CO-386-online
10/03

# United States District Court
# For the District of Columbia

Center for Public Integrity, )
)
)
)
vs   Plaintiff )   Civil Action No._____
)
U.S. Department of Health and )
Human Services, )
)
Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __plaintiff, Center for Public Integrity,___ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __plaintiff_____ which have any outstanding securities in the hands of the public:

none (plaintiff is a nonprofit corporation)

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

/s/
Signature

D.C. Bar #458244                              Peter Newbatt Smith
BAR IDENTIFICATION NO.                        Print Name

910 17th Street, N.W., 7th Floor
Address

Washington, DC 20006-2606
City           State           Zip Code

202-481-1239
Phone Number