UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Center for Public Integrity, | \| |
| Plaintiff, | \| |
| v. | \| Civil Action No. 06-1818 (JDB) |
| | \| ECF |
| U.S. Department of Health and Human Services, | \| |
| Defendant. | \| |

**DECLARATION OF SERVICE**

My name is Peter Newbatt Smith.  I am over eighteen years of age.  I am employed by the plaintiff, but I am not a party, in the case captioned above.

On October 23, 2006, at approximately 3:20 p.m., at 501 3rd Street, N.W., 4th Floor, Washington, D.C., I handed a copy of the Complaint in this case and a Summons addressed to the U.S. Attorney for the District of Columbia, to an employee who identified herself to me as Lakesha Carroll, a Docket Clerk, and who indicated she was authorized to accept them on behalf of the U.S. Attorney.

I swear under penalty of perjury that the foregoing is true and correct.

Executed on   [Oct. 23, 2006]        .

_____/s/_____
Peter Newbatt Smith