## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Center for Public Integrity,        |

      Plaintiff,               |

                           |

v.                           |    Civil Action No. 06-1818 (JDB)

                           |    ECF

U.S. Department of Health and Human Services,|

                           |

      Defendant.         |

## PROOF OF SERVICE

Please take note that the attached U.S. Postal Service Certified Mail Receipts (Exhibit 1) are filed as proof of service in this case.

I certify that, as evidenced by the U.S. Postal Service Certified Mail Receipts, a Summons and a copy of the Complaint in this case was mailed to each of the following on October 24, 2006, by certified first-class mail:

(1) U.S. Department of Health and Human Services, 200 Independence Ave., S.W., Washington, DC 20201-0004;

(2) Attorney General of the United States, U.S. Department of Justice, 950 Pennsylvania Ave., N.W., Washington, DC 20530-0001.

November 1, 2006                Respectfully submitted,

                                  /s/

                         Peter Newbatt Smith
                         D.C. Bar #458244
                         Center for Public Integrity
                         910 17th Street, N.W., 7th Floor
                         Washington, DC 20006-2606
                         202-481-1239
                         psmith@publicintegrity.org
                         Attorney for Plaintiff

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Department of Health and Human Services
200 Independence Ave., S.W.
Washington, DC 20201-0004

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _(signature)_
☐ Agent
☐ Addressee

B. Received by ( Printed Name)
Lawrence

C. Date of Delivery
10-27-06

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☒ Certified Mail      ☐ Express Mail
☐ Registered          ☐ Return Receipt for Merchandise
☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)        ☐ Yes

2. Article Number
(Transfer from service label)
7003 1010 0003 3282 2356

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Washington, DC 20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by ( Printed Name)

C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☒ Certified Mail      ☐ Express Mail
☐ Registered          ☐ Return Receipt for Merchandise
☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)        ☐ Yes

2. Article Number
(Transfer from service label)
7003 1010 0003 3282 2363

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

Exhibit 1