UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **Center for Public Integrity**, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No.: 06-1818 (JDB)) |
| **United States Department of Health and Human Services**, | ) ) ) ) | |
| Defendant. | ) ) | |

### DEFENDANT'S MOTION AND MEMORANDUM OF LAW IN SUPPORT OF AN ENLARGEMENT OF TIME IN WHICH TO RESPOND TO PLAINTIFF'S COMPLAINT

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant, U.S. Department of Health and Human Services, through counsel, respectfully moves this Court for an enlargement of time in which to respond to Plaintiff's complaint. In support of this motion, Defendant states the following:

(1) Plaintiff filed its complaint pursuant to the Freedom of Information Act ("FOIA") on October 23, 2006. In its complaint, Plaintiff challenges Defendant's decision, in response to Plaintiff's FOIA request dated February 14, 2006, that Plaintiff does not qualify for treatment as a representative of the news media, and therefore is not entitled to favorable processing fee status under the FOIA.

(2) Prior to Defendant's response to the complaint, on November 21, 2006, Plaintiff filed a First Amended Complaint in which Plaintiff added allegations regarding a prior FOIA request dated December 21, 2005. Plaintiff again challenges the Defendant's decision denying Plaintiff's request for treatment as a representative of the news media. Defendant's response to

Plaintiff's First Amended Complaint is due on or before December 11, 2006.  Fed. R. Civ. P. 15(a); 6(e).

(3) The undersigned counsel has been in contact with agency counsel who has represented that the agency would like further time to process Plaintiff's request for treatment as a representative of the news media as the agency had not ruled on Plaintiff's appeal of its February 2006 request prior to the initiation of this lawsuit.  To that end, a letter was sent to Plaintiff's counsel last week requesting more information concerning the basis for Plaintiff's request to be treated as a representative of the news media.

(4) In light of the posture of the administrative process, the undersigned counsel respectfully suggests that additional time be afforded to the agency to continue to consider Plaintiff's request, as further consideration by the agency may moot Plaintiff's claims.  Accordingly, Defendant requests a thirty day extension from the date its answer would have been due, up to and including January 10, 2007, to answer or otherwise respond to Plaintiff's complaint, should a response be necessary.

(5) Pursuant to LCvR 7(m), counsel for Defendant contacted Plaintiff's counsel regarding the requested extension of time to answer or otherwise respond to Plaintiff's complaint.  Plaintiff's counsel indicated that he does not consent to the relief sought herein.

December 6, 2006

                                            Respectfully submitted,
                                             /s/ Jeffrey A. Taylor
                                          JEFFREY A. TAYLOR, D.C. BAR # 498610
                                          United States Attorney

                                             /s/ Rudolph Contreras
                                          RUDOLPH CONTRERAS, D.C. BAR #  434122
                                          Assistant United States Attorney

|                                      |                                                |
|--------------------------------------|------------------------------------------------|
|                                      | /s/ Michelle N. Johnson                        |
|                                      | MICHELLE N. JOHNSON, D.C. BAR # 491910         |

Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. – Room E4212
Washington, D.C. 20530
(202) 514-7139

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Center for Public Integrity,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**United States Department of Health** )<br>**and Human Services,** )<br>)<br>Defendant. )<br>) | **Civil Action No.: 06-1818 (JDB))** |

## **ORDER**

This matter having come before this Court on the Defendant's Motion for an Enlargement of Time in Which to Respond to Plaintiff's Complaint, it is hereby **ORDERED** that Defendant's motion is **GRANTED**; and it is further

**ORDERED** that Defendant shall respond to Plaintiff's complaint on or before January 10, 2007.

**SO ORDERED** this ____ day of _____, 2006.

_____
United States District Court Judge

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing Defendant's Motion for an Enlargement of Time in Which to Respond to Plaintiff's Complaint was transmitted via the U.S. District Court's electronic filing notification system to:

Peter Newbatt Smith  
Center for Public Integrity  
910 17th Street, NW  
7th Floor  
Washington, DC 20006

on this 6th day of December, 2006.

/s/  
MICHELLE N. JOHNSON