UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Center for Public Integrity,

    Plaintiff,

v.                                                                    Civil Action No. 06-1818 (JDB)
                                                                                                  ECF

U.S. Department of Health and Human Services,

    Defendant.

**<u>PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME IN WHICH TO RESPOND TO PLAINTIFF'S COMPLAINT</u>**

Plaintiff, Center for Public Integrity, by its counsel, respectfully opposes Defendant's Motion for an Enlargement of Time in Which to Respond to Plaintiff's Complaint.

It is unquestioned that the Court, in its discretion, may grant the extension that defendant, the Department of Health and Human Services ("HHS"), seeks. The Freedom of Information Act ("FOIA") requires a defendant agency to answer or otherwise plead within 30 days of service "unless the court otherwise directs for good cause shown." 5 U.S.C. § 552(a)(4)(C). In this case, the Center filed an Amended Complaint before the 30-day period expired, and HHS now seeks, under Fed. R. Civ. P. 6(b)(1), an enlargement of the time allowed to answer the Amended Complaint.

The only cause shown by HHS is that it desires to have more time to consider the administrative appeal that the Center filed May 26, 2006. HHS has had more than five months to consider that appeal, whereas FOIA required that HHS decide it within twenty working days. 5 U.S.C. § 552(a)(6)(A)(ii).

Moreover, the filing of this lawsuit has largely mooted the administrative appeal.[1] HHS must simply decide upon its litigation stance, as any defendant is expected to do within the time allowed for response. The prospect that "further consideration by the agency may moot Plaintiff's claims" (Def.'s Motion, at 2) is hardly unique to this case.

The preparation of an Answer in this case would not be burdensome for HHS. However, an Answer would likely narrow the issues in the case and simplify plaintiff's preparation of a motion for summary judgment.

The Center also calls to the Court's attention indications that defendants have apparently become accustomed to routinely delaying their responses to FOIA complaints, despite the statutory requirement, 5 U.S.C. § 552(a)(4)(C), that they be answered within 30 days, "unless the court otherwise directs for good cause shown." Exhibit 1 lists all FOIA cases (with "nature of suit" coded as "895") filed in this District from January through October 2006, based on records from the Court's PACER system. Excluding those cases in which the plaintiff has failed to serve process and those voluntarily dismissed within 30 days, more than 77 percent (62 of 80) had responses filed 35 calendar days or more after service. Even among those cases in which an answer was filed, as opposed to a dispositive motion, more than 57 percent (23 of 40) were beyond the statutory deadline. In light of this record, the Center urges the Court to exercise its discretion in ways that will encourage better compliance by the government.

For these reasons, plaintiff requests that defendant's Motion be denied, or that an enlargement of up to one week be granted.

---

[1] It has been undersigned counsel's experience that, once judicial review is sought, the Department of Justice, for example, routinely closes administrative appeals without a decision.

Respectfully submitted,


_____/s/_____
Peter Newbatt Smith
D.C. Bar #458244
Center for Public Integrity
910 17th Street, N.W., 7th Floor
Washington, DC 20006-2606
202-481-1239
psmith@publicintegrity.org

Attorney for Plaintiff

3

# EXHIBIT 1

FOIA Cases in the U.S. District Court for the District of Columbia
filed Jan - Oct 2006 with NOS 895

| Case Title | Case No | Filed | Served | Answered | # of Days | How Answered | Service Notes |
|---|---|---|---|---|---|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER v. DEPART | 1:2006cv00029 | 1/10/2006 | 10-Jan-06 | 09-Feb-06 | 30 | Answer | |
| O'BRYAN v. ENGLAND | 1:2006cv00050 | 1/12/2006 | 25-Jan-06 | 24-Mar-06 | 58 | Mot Summ Judg | |
| NATIONAL AIR TRAFFIC CONTROLLERS ASSOCIATION, A | 1:2006cv00053 | 1/12/2006 | 27-Jan-06 | 29-Mar-06 | 61 | Answer | |
| SELLS v. EXECUTIVE OFFICE FOR THE UNITED STATES | 1:2006cv00077 | 1/13/2006 | 20-Jan-06 | 22-May-06 | 122 | Mot Summ Judg | for Def EOUSA |
| INTERFAITH WORKER JUSTICE v. UNITED STATES DEPA | 1:2006cv00090 | 1/18/2006 | 24-Jan-06 | 25-May-06 | 121 | Pl's Vol Dismissal | |
| ELECTRONIC PRIVACY INFORMATION CENTER v. DEPART | 1:2006cv00096 | 1/19/2006 | 22-Jan-06 | 09-Mar-06 | 46 | Answer | |
| STUDENTS FOR SENSIBLE DRUG POLICY et al v. UNIT | 1:2006cv00140 | 1/26/2006 | 07-Feb-06 | 23-Mar-06 | 44 | Pl's Vol Dismissal/Stipulation | |
| LIEBERMAN v. UNITED STATES DEPARTMENT OF HOMELA | 1:2006cv00163 | 1/31/2006 | 31-Jan-06 | 21-Jul-06 | 171 | Pl's Mot to Dismiss | |
| FRIEDMAN v. U.S. NONLETHAL WEAPONS DIRECTORATE | 1:2006cv00169 | 1/31/2006 | 14-Jul-06 | 18-Aug-06 | 35 | Mot for Summary Judgment | response to 2nd amended complaint |
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHI | 1:2006cv00173 | 1/31/2006 | 03-Feb-06 | 06-Mar-06 | 31 | Answer | |
| PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILI | 1:2006cv00182 | 2/2/2006 | 13-Feb-06 | 06-Jun-06 | 113 | Mot Dismiss/Summ Judg | |
| SUCCESS FOR ALL FOUNDATION v. UNITED STATES DEP | 1:2006cv00190 | 2/3/2006 | 13-Feb-06 | 05-Dec-06 | 295 | Pl's Vol Dismissal/Stipulation | svc date not indicated (2/3 - 3/15) |
| ELECTRONIC PRIVACY INFORMATION CENTER v. NATION | 1:2006cv00199 | 2/6/2006 | | 15-Feb-06 | N/A | Pl's Vol Dismissal | |

| | | | | | | |
|---|---|---|---|---|---|---|
| SERVICEMEMBERS LEGAL DEFENSE NETWORK v. DEPARTM | 1:2006cv00200 | 2/6/2006 | 13-Feb-06 | 29-Mar-06 | 44 Answer | |
| PEOPLE FOR THE AMERICAN WAY FOUNDATION v. NATIO | 1:2006cv00206 | 2/6/2006 | 09-Feb-06 | 09-May-06 | 89 Mot Summ Judg | |
| AMERICAN CIVIL LIBERTIES UNION et al v. UNITED | 1:2006cv00214 | 2/7/2006 | 07-Feb-06 | 09-Mar-06 | 30 Answer | |
| HINOJOSA et al v. DEPARTMENT OF TREASURY et al | 1:2006cv00215 | 2/6/2006 | 24-Feb-06 | 26-May-06 | 91 Mot Summ Judg | |
| JONES v. UNITED STATES DEPARTMENT OF JUSTICE et | 1:2006cv00248 | 2/10/2006 | 14-Feb-06 | 08-Jun-06 | 114 Answer | |
| HARRINGTON v. DEPARTMENT OF JUSTICE | 1:2006cv00254 | 2/13/2006 | 14-Feb-06 | 16-Mar-06 | 30 Answer | |
| DAVIDSON v. INTERNAL REVENUE SERVICE | 1:2006cv00288 | 2/16/2006 | | | N/A | not yet served? |
| CLEMMONS v. DEFENSE SECURITY (DSS) ADMINISTRATI | 1:2006cv00304 | 2/21/2006 | 26-Apr-06 | 26-May-06 | 30 Answer | Svc date not indicated (betw 2/21-5/8?) |
| CLEMMONS v. DEPARTMENT OF JUSTICE et al | 1:2006cv00305 | 2/21/2006 | 30-Jun-06 | 30-Aug-06 | 61 Mot to Dismiss | |
| TOOLEY v. BUSH et al | 1:2006cv00306 | 2/21/2006 | 28-Feb-06 | 01-May-06 | 62 Mot Dismiss/Summ Judg | |
| JUDICIAL WATCH INC v. U.S. DEPARTMENT OF DEFENS | 1:2006cv00309 | 2/22/2006 | 27-Feb-06 | 28-Mar-06 | 29 Answer | |
| JUDICIAL WATCH, INC. V. UNITED STATES SECRET SE | 1:2006cv00310 | 2/22/2006 | 27-Feb-06 | 16-May-06 | 78 Motion to Dismiss (Jurisdiction) | |
| JUDICIAL WATCH, INC. v. U.S. DEPARTMENT OF JUST | 1:2006cv00406 | 3/6/2006 | 15-Mar-06 | 14-Apr-06 | 30 Answer | |
| BRUCKMANN & VICTORY, LLP v. MINE SAFETY AND HEA | 1:2006cv00407 | 3/6/2006 | 15-Mar-06 | 14-Jun-06 | 91 Pl's Vol Dismissal | |
| LIPSEY v. DEPARTMENT OF JUSTICE | 1:2006cv00423 | 3/8/2006 | 14-Mar-06 | 19-May-06 | 66 Answer | |
| JOHNSON v. EXECUTIVE OFFICE FOR THE UNITED STAT | 1:2006cv00424 | 3/8/2006 | 14-Mar-06 | 29-Jun-06 | 107 Mot Summ Judg | |
| LEAL v. HOMELAND SECURITY | 1:2006cv00425 | 3/8/2006 | 14-Mar-06 | 17-May-06 | 64 Mot Summ Judg | |

| Case | Case Number | Filed | | | | | |
|---|---|---|---|---|---|---|---|
| STOLT-NIELSEN TRANSPORTATION GROUP LTD. v. UNIT | 1:2006cv00474 | 3/15/2006 | 17-Mar-06 | 03-May-06 | 47 | Answer | |
| PUBLIC DEFENDER SERVICE FOR THE DISTRICT OF COL | 1:2006cv00500 | 3/17/2006 | 22-Mar-06 | 17-Jul-06 | 117 | Pl's Vol Dismissal / Stipulation | |
| CLEMMONS v. UNITED STATES DEPARTMENT OF HOMELAN | 1:2006cv00518 | 3/20/2006 | 05-Oct-06 | | 56+ | | Response to Amended Complaint |
| YUGOIMPORT SDPR J.P. et al v. UNITED STATES DEP | 1:2006cv00589 | 3/30/2006 | 10-Apr-06 | 22-Jun-06 | 73 | Answer | |
| MENDOZA v. DRUG ENFORCEMENT ADMINISTRATION | 1:2006cv00591 | 3/30/2006 | 04-Apr-06 | 31-Jul-06 | 118 | Mot for Summ Judg | |
| SLAHI v. U.S. DEPARTMENT OF DEFENSE | 1:2006cv00597 | 3/31/2006 | 31-Mar-06 | 01-May-06 | 31 | Answer | |
| STONEHILL v. INTERNAL REVENUE SERVICE | 1:2006cv00599 | 3/31/2006 | 08-Apr-06 | 08-Jun-06 | 61 | Answer | |
| BIGWOOD v. UNITED STATES AGENCY FOR INTERNATION | 1:2006cv00635 | 4/6/2006 | 17-Apr-06 | 07-Jun-06 | 51 | Mot for Summ Judg | |
| PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILI | 1:2006cv00660 | 4/11/2006 | 19-Apr-06 | 20-Sep-06 | 154 | Answer | |
| PUBLIC CITIZEN v. UNITED STATES CONSUMER PRODUC | 1:2006cv00662 | 4/11/2006 | | 02-May-06 | N/A | Pl's Voluntary Dismissal | |
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHI | 1:2006cv00743 | 4/24/2006 | 25-Apr-06 | 23-Jun-06 | 59 | Answer | |
| RUSTON v. RIGGS | 1:2006cv00782 | 4/27/2006 | 03-May-06 | 25-Jul-06 | 83 | Mot to Dismiss | svc date on USAtty unclear |
| ABDELFATTAH v. U.S. DEPARTMENT OF HOMELAND SECU | 1:2006cv00828 | 5/5/2006 | | 22-May-06 | N/A | Pl's Voluntary Dismissal | |
| DEMOCRATIC NATIONAL COMMITTEE v. UNITED STATES | 1:2006cv00842 | 5/8/2006 | 12-May-06 | 12-Jun-06 | 31 | Answer | |
| STEELE v. FEDERAL BUREAU OF PRISONS | 1:2006cv00866 | 5/9/2006 | 29-Jun-06 | 25-Sep-06 | 88 | Mot to Dismiss or for Summ Judg | |
| LONG et al v. DEPARTMENT OF HOMELAND SECURITY | 1:2006cv00878 | 5/10/2006 | 10-May-06 | 23-Oct-06 | 166 | Pl's Vol Dismissal | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| LIGHTNER v. FEDERAL BUREAU OF PRISONS | 1:2006cv00881 | 5/10/2006 | 23-May-06 | 15-May-06 | N/A | Pl's Mot to Dismiss granted | |
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHI | 1:2006cv00883 | 5/10/2006 | 12-May-06 | 12-Jun-06 | 31 | Answer | |
| FIELDS v. FEDERAL BUREAU OF PRISONS | 1:2006cv00907 | 5/15/2006 | 23-May-06 | 30-May-06 | N/A | Pl's Mot to Dismiss granted | |
| DUNNINGTON v. DEPARTMENT OF DEFENSE et al | 1:2006cv00925 | 5/16/2006 | 23-May-06 | 22-Jun-06 | 30 | Mot to Dismiss | |
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS v. | 1:2006cv00930 | 5/17/2006 | 15-Jun-06 | 11-Aug-06 | 57 | Answer | to Amended Complaint |
| ICM REGISTRY, LLC v. UNITED STATES DEPARTMENT O | 1:2006cv00949 | 5/19/2006 | 10-May-06 | 19-Jun-06 | 40 | Answer | |
| INSTITUTE FOR POLICY STUDIES v. UNITED STATES C | 1:2006cv00960 | 5/23/2006 | 30-May-06 | 03-Aug-06 | 65 | Answer | |
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHI | 1:2006cv00965 | 5/24/2006 | 25-May-06 | 20-Jun-06 | N/A | Pl's Voluntary Dismissal | |
| FORENSIC JUSTICE PROJECT et al v. FEDERAL BUREA | 1:2006cv01001 | 5/31/2006 | 16-Jun-06 | 30-Aug-06 | 75 | Answer | |
| LEVY v. UNITED STATES POSTAL SERVICE | 1:2006cv01007 | 5/30/2006 | 12-Jun-06 | 24-Oct-06 | 134 | Mot to Dismiss or for Summ Judg | |
| UNITED AMERICA FINANCIAL, INCORPORATED v. POTTE | 1:2006cv01023 | 6/2/2006 | 12-Jun-06 | 09-Aug-06 | 58 | Answer | |
| TERESHCHUK v. BUREAU OF PRISONS | 1:2006cv01031 | 6/5/2006 | 09-Jun-06 | 14-Aug-06 | 66 | Pl's Supp Complaint | |
| PICKARD v. NATIONAL TRANSPORTATION SAFETY BOARD | 1:2006cv01039 | 6/6/2006 | 12-Jun-06 | 14-Sep-06 | 94 | Mot for Summ Judg | 2 ext requests opposed but granted |
| NATIONAL SECURITY ARCHIVE v. CENTRAL INTELLIGEN | 1:2006cv01080 | 6/14/2006 | 16-Jun-06 | 08-Sep-06 | 84 | Mot to Dismiss (Jurisdiction) | |
| MOAYEDI v. U.S. CUSTOMS AND BORDER PROTECTION | 1:2006cv01082 | 6/13/2006 | 10-Jul-06 | 09-Aug-06 | 30 | Answer | Svc date not indicated (betw 6/13-8/9) |
| NEAL v. SNOW et al | 1:2006cv01124 | 6/20/2006 | 29-Jun-06 | 17-Nov-06 | 141 | Mot for Summ Judg | response to FOIA claims |

| | | | | | | |
|---|---|---|---|---|---|---|
| JUDICIAL WATCH INC v. FEDERAL BUREAU OF INVESTI | 1:2006cv01135 | 6/22/2006 | 03-Aug-06 | | 119+ | response to Amended Complaint |
| TREA SENIOR CITIZENS LEAGUE v. UNITED STATES DE | 1:2006cv01201 | 6/29/2006 | 03-Jul-06 | 06-Sep-06 | 65 Answer | |
| TREA SENIOR CITIZENS LEAGUE v. SOCIAL SECURITY | 1:2006cv01202 | 6/29/2006 | 03-Jul-06 | 06-Sep-06 | 65 Answer | |
| GINARTE v. MUELLER et al | 1:2006cv01222 | 7/6/2006 | 07-Jul-06 | 07-Sep-06 | 62 Mot for Summary Judgment | |
| MARINO v. DRUG ENFORCEMENT ADMINISTRATION | 1:2006cv01255 | 7/12/2006 | 14-Jul-06 | 05-Oct-06 | 83 Mot for Summary Judgment | |
| AGUIRRE v. SECURITIES AND EXCHANGE COMMISSION | 1:2006cv01260 | 7/14/2006 | 19-Jul-06 | 08-Sep-06 | 51 Answer | |
| VOINCHE v. EXECUTIVE OFFICE OF THE PRESIDENT et | 1:2006cv01272 | 7/17/2006 | 28-Jul-06 | 06-Oct-06 | 70 Mot to Dismiss | |
| PHYSICIANS COMMITTEE FOR RESPONSIBLE MEDICINE v | 1:2006cv01392 | 8/7/2006 | 09-Aug-06 | 13-Sep-06 | 35 Answer | |
| ROBERT F. KENNEDY MEMORIAL CENTER FOR HUMAN RIG | 1:2006cv01437 | 8/15/2006 | 22-Aug-06 | 04-Oct-06 | 43 Answer | |
| GAYLOR v. U.S. DEPARTMENT OF JUSTICE | 1:2006cv01467 | 8/21/2006 | 11-Sep-06 | | 80+ | |
| HIDALGO v. FEDERAL BUREAU OF INVESTIGATION | 1:2006cv01513 | 8/28/2006 | 31-Aug-06 | 02-Oct-06 | 32 Answer | |
| ROTAIR INDUSTRIES INC v. UNITED STATES DEPARTME | 1:2006cv01526 | 8/29/2006 | 31-Aug-06 | 23-Oct-06 | 53 Answer | Ext requested out of time |
| HALL et al v. U. S. DEPARTMENT OF JUSTICE | 1:2006cv01540 | 8/31/2006 | 12-Sep-06 | 07-Nov-06 | 56 Answer | |
| JARVIK v. CENTRAL INTELLIGENCE AGENCY | 1:2006cv01555 | 9/1/2006 | | | N/A | not yet served? |
| CENTER FOR PUBLIC INTEGRITY v. FEDERAL COMMUNIC | 1:2006cv01644 | 9/25/2006 | 25-Sep-06 | | 66+ | |
| LOVING v. UNITED STATES DEPARTMENT OF DEFENSE e | 1:2006cv01655 | 9/26/2006 | 29-Sep-06 | 30-Nov-06 | 62 Answer | |
| RAY v. FEDERAL BUREAU OF PRISONS | 1:2006cv01673 | 9/29/2006 | | | N/A | not yet served? |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ELECTRONIC FRONTIER FOUNDATION v. DEPARTMENT O | 1:2006cv01708 | 10/3/2006 | 13-Oct-06 | 13-Nov-06 | 31 | Answer | |
| COMPTEL v. FEDERAL COMMUNICATIONS COMMISSION | 1:2006cv01718 | 10/5/2006 | 05-Oct-06 | 06-Nov-06 | 32 | Answer | |
| WASHINGTON POST v. DEPARTMENT OF HOMELAND SECUR | 1:2006cv01737 | 10/10/2006 | 14-Oct-06 | | 47+ | | |
| BESTOR v. FEDERAL BUREAU OF INVESTIGATION | 1:2006cv01745 | 10/12/2006 | 13-Oct-06 | | 48+ | | |
| AMERICAN-ARAB ANTI DISCRIMINATION COMMITTEE v. | 1:2006cv01770 | 10/17/2006 | 17-Oct-06 | 16-Nov-06 | 30 | Answer | |
| ELECTRONIC FRONTIER FOUNDATION v. DEPARTMENT OF | 1:2006cv01773 | 10/17/2006 | 25-Oct-06 | 24-Nov-06 | 30 | Answer | |
| MITSUI ENGINEERING & SHIPBUILDING CO LTD v. UNI | 1:2006cv01804 | 10/18/2006 | 19-Oct-06 | 16-Nov-06 | 28 | Answer | |
| PENNINGTON v. UNITED STATES DEPARTMENT OF JUSTI | 1:2006cv01808 | 10/17/2006 | | | N/A | | not yet served? |
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHI | 1:2006cv01811 | 10/19/2006 | 19-Oct-06 | | 42+ | | svcs date not indicated (10/19-11/13) |
| NATIONAL TREASURY EMPLOYEES UNION v. U.S. CUSTO | 1:2006cv01812 | 10/19/2006 | 30-Oct-06 | | 31+ | | |
| CENTER FOR PUBLIC INTEGRITY v. U.S. DEPARTMENT | 1:2006cv01818 | 10/23/2006 | 21-Nov-06 | | N/A | | (First Amended Complaint) |
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHI | 1:2006cv01835 | 10/26/2006 | 30-Oct-06 | | 31+ | | |

NOTES:
"Served" is best estimate of date served on U.S. Attorney.
"Answered" reflects responses made through Nov. 30, 2006. Where plaintiff voluntarily dismisses a case, the "Answered" date is the deadline set by the previous enlargement of time.