# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Center for Public Integrity, | \| |
| | \| |
| Plaintiff, | \| |
| | \| |
| v. | \| Civil Action No. 06-1818 (JDB) |
| | \| ECF |
| U.S. Department of Health and Human Services, | \| |
| | \| |
| Defendant. | \| |

## PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Plaintiff, Center for Public Integrity, hereby opposes defendant's Motion for Summary Judgment. Plaintiff's memorandum and other supporting materials accompany its cross-motion (Docket No. 9).

Respectfully submitted,

_____/s/_____
Peter Newbatt Smith
D.C. Bar #458244
Center for Public Integrity
910 17th Street, N.W., 7th Floor
Washington, DC 20006-2606
202-481-1239
psmith@publicintegrity.org

Attorney for Plaintiff