IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR PUBLIC INTEGRITY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF )<br>HEALTH & HUMAN SERVICES, )<br>)<br>)<br>Defendant. )<br>)<br>) | Civil Action No.: 06-1818 (JDB) |

## DEFENDANT'S OPPOSITION TO PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT

Defendant, the United States Department of Health and Human Services, hereby opposes Plaintiff's Cross-Motion for Summary Judgment. Defendant's memorandum of law and other supporting materials accompany its reply in further support of its motion for summary judgment (Docket #11).

Respectfully submitted,

  /s/ Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

  /s/ Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #  434122
Assistant United States Attorney

  /s/ Michelle N. Johnson
MICHELLE N. JOHNSON, D.C. BAR # 491910
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. – Room E4212
Washington, D.C. 20530

                    (202) 514-7139

                    COUNSEL FOR DEFENDANT

Of Counsel:

Patricia Mantoan  
Attorney  
Office of the General Counsel  
General Law Division  
Room 4760 Cohen Building  
330 Independence Avenue, S.W.  
Washington, DC 20201