# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Center for Public Integrity,         |

      Plaintiff,           |

v.                                |     Civil Action No. 06-1818 (JDB)
                                  |     ECF

U.S. Department of Health and Human Services,|

      Defendant.         |

## DECLARATION OF CHATCHAI SAE-TUNG

I, Chatchai Sae-Tung, hereby declare as follows:

1.     Since May 2005, I have been the network administrator for the Center for Public Integrity, the plaintiff in this case. In this position, my responsibilities include the support and maintenance of the Center's computer and information systems.

2.     I make this declaration based upon my personal knowledge and based upon records created and maintained as part of the Center's routine operations.

3.     It is the Center's practice weekly to "back up" information on its computer servers, including the contents of its Web site. Most of these weekly backups are retained for only one month, but one backup from each calendar month is retained for approximately a year.

4.     In connection with this lawsuit, I retrieved information from the backups recorded on or about February [24], 2006 (the earliest backup still retained), and October [24], 2006. The retrieved data was used to reconstruct certain pages on the Center's Web site as of those dates. The reconstructions of those pages were generated in PDF format and are attached as Exhibits A (February 2006) and B (October 2006) to this declaration. Each page's URI, or "web address," has been added as a label near the top and bottom of

each page. In some instances, the system regenerating the pages incorporated some of the

Web site's current formatting. However, to the best of my knowledge, information and

belief, the attached pages contain substantially the same content as a visitor to the

Center's Web site would have seen on the backup date.


     I declare under penalty of perjury that the foregoing is true and correct, to the best

of my knowledge and belief.

     Executed this __2|__ day of February, 2007.

                           Chatchai Sae-Tung