# EXHIBIT A

**Web Pages
Dated February 24, 2006**

# THE CENTER FOR PUBLIC INTEGRITY
Investigative Journalism in the Public Interest

http://www.publicintegrity.org

Donate | Store

SITE SEARCH [     ] Go    Home | Projects | Research Tools | About Us

## FEATURED PROJECTS

**Katrina Watch**
A daily digest of the best coverage

**Telecom and Media Ownership**
Tracking the broadcasting, cable, and telecommunications industries

**Iraq/Afghanistan Contracts**
A comprehensive examination of who won contracts to do business in Iraq and Afghanistan

**Lobbying**
Tracking how private interests influence public policy

**Pharmaceuticals**
How the drug industry sells its agenda at patients' expense

**Outside Interests**
A state-by-state investigation into legislators' private interests

(MORE >>)



## LOBBYWATCH
New GOP House Leader Has Many Old Ties to K Street

**Lobbying FAQ**
What is Permissible? Out of Bounds? Punishable?

### LATEST REPORTS

**Draft Legislation Undercuts Bush Domestic Spying Rationale**
(1/31/2006)

**Candidates for GOP House Leader Also Have Ties to K Street**
At least 19 former staff members are lobbyists (1/18/2006)

**Abramoff Plea: Digging Up K Street**
The history of lobbying shows a web of conflicts (1/6/2006)

(MORE >>)


Concerned about government accountability? Join Now!


INTERNATIONAL CONSORTIUM
ICIJ
OF INVESTIGATIVE JOURNALISTS

**GET OUR NEWSLETTERS**
ENTER YOUR EMAIL
[     ] Go

**NEWS ROOM >>**
The Center for Public Integrity Responds (2/23/2006)

© 2005, The Center for Public Integrity. All rights reserved.
IMPORTANT: Read our privacy policy and the terms under which this service is provided to you.
910 17th Street, NW · 7th Floor · Washington, DC 20006 · Tel. (202) 466-1300

http://www.publicintegrity.org


Site Search [Go]   Home | Projects | Research Tools | About Us

- About Us
- Annual Report
- **Awards**
- Center Policy
- Commentaries
- Employment
- Funders
- In the News
- IRS Compliance
- Journalistic Ethics
- News Room
- The Public i™ Newsletter
- RSS Feed Help
- The Team >>
- Contact Us
- Donate

## About Us

# The Center for Public Integrity List of Awards

## 2005

- **INVESTIGATIVE REPORTERS AND EDITORS**
  - IRE Certificate, 2004, Other Media: Online
    **"Outsourcing the Pentagon: Who's winning the big contracts"**, *Larry Makinson, Elizabeth Brown, Dan Guttman, M. Asif Ismail, and Alex Knott*

## 2004

- **ASSOCIATION OF CAPITAL REPORTERS AND EDITORS**
  - Online In-Depth Reporting
    **"Silent Partners: How political non-profits work the system"**, *Derek Willis & Aron Pilhofer*

- **INFORMATION TODAY**
  - 2004 Buddie Award for Best Unknown Database
    **The Center for Public Integrity**

- **INVESTIGATIVE REPORTERS AND EDITORS**
  - Other Media: Online [finalist]
    **"The Politics of Oil: How one of the world's richest industries influences government and policy"**, *Bob Williams, Kevin Bogardus, Laura Peterson, Paul Radu, Daniel Lathrop, Teo Furtado, and Aron Pilhofer*

- **ONLINE JOURNALISM AWARDS, USC ANNENBERG SCHOOL FOR COMMUNICATION**
  - Enterprise Journalism, small sites
    **"Silent Partners: How political non-profits work the system"**, *Derek Willis & Aron Pilhofer*
  - General Excellence, small sites [finalist]
    **The Center for Public Integrity**

- **PEN USA** *(composed of poets, playwrights, essayists, novelists and others interested in protecting the rights of writers round the world)*
  - First Amendment Award
    **Charles Lewis and the Center for Public Integrity**

- **SOCIETY OF ENVIRONMENTAL JOURNALISTS**
  - National Award for Outstanding Online Reporting
    **"The Politics of Oil: How one of the world's richest industries influences government and policy"**, *Bob Williams, Kevin Bogardus, Laura Peterson, Paul Radu, Daniel Lathrop, Teo Furtado, and Aron Pilhofer*

## 2003

- **ASSOCIATION OF CAPITAL REPORTERS AND EDITORS**
  - Online Reporting: Public Service In-Depth Reporting
    **"State Secrets: An Investigation of Political Party Money in the States"**, *Mary Jo Sylvester, Leah Rush, John Dunbar, and Robert Moore*

- **INVESTIGATIVE REPORTERS AND EDITORS**
  - Finalist, Other Media: Online
    **"Well Connected"**, *John Dunbar, Bob Williams, Morgan Jindrich and Scott Singleton*
  - IRE Certificate, Other Media: Online
    **"The Water Barons"**, *William Marsden, Maud S. Beelman, Bill Allison, Samiya Edwards, Erika Hobbs, Aron Pilhofer, Daniel Politi and Andre Verloy*

- **LONG ISLAND UNIVERSITY**
  - Online Journalism Awards, Features Journalism (Independent)
    **"Windfalls of War: U.S. Contractors in Iraq and Afghanistan"**, *Maud S. Beelman, Andre Verloy, Bill Allison, Teo Furtado, Kevin Baron, Neil Gordon, Laura Peterson, Daniel Politi, André Verlöy, Bob Williams, Brooke Williams, Aron Pilhofer and Han Nguyen*

- **ONLINE NEWS ASSOCIATION AND THE USC ANNENBERG SCHOOL FOR COMMUNICATION**
  - Online Journalism Awards, Enterprise Reporting (Independent) [finalist]
    **"The Water Barons"**, *William Marsden, Maud S. Beelman, Bill Allison, Samiya Edwards, Erika Hobbs, Aron Pilhofer, Daniel Politi and Andre Verloy*
  - Online Journalism Awards, Enterprise Reporting (Independent)
    **"Well-Connected"**, *John Dunbar, Bob Williams, Morgan Jindrich, Bill Allison and Teo Furtado*
  - Online Journalism Awards, Features Journalism (Independent) [finalist]
    **"Making a Killing: The Business of War"**, *Philip van Niekerk, Maud S. Beelman, Iqbal Athas, Duncan Campbell, Sunday Dare, Samiya Edwards, Julio Godoy, Alain Lallemand, Yossi Melman, Laura Peterson, Mungo Soggot and Andre Verloy*
  - Online Journalism Awards, General Excellence [finalist]
    **The Center for Public Integrity**

- **PROJECT CENSORED**
  - National Award: Top 25 Censored News Stories of 2002-2003 [2nd Place Ranking]
    **"Justice Department Drafts Sweeping Expansion of Terrorism Act"**, *Charles Lewis and Adam Mayle*

- **SOCIETY OF PROFESSIONAL JOURNALISTS**
  - Public Service in Online Journalism (Independent)
    **"Silent Partners: How political nonprofits work the system"**, *Derek Willis and Aron Pilhofer*

## 2002

- **INVESTIGATIVE REPORTERS AND EDITORS**
  - National Book Award
    **"Capitol Offenders: How Private Interests Govern Our States"**, *Diane Renzulli, John Dunbar, Alex Knott, Robert Moore, and Leah Rush*
  - Online Reporting Award Finalist
    **"Enron's Big Political Donors"**, *John Dunbar, Robert Moore, and Mary Jo Sylwester*

- **SOCIETY OF PROFESSIONAL JOURNALISTS**
  - Sigma Delta Chi Award: Online Investigative Reporting (Independent)
    **"Making a Killing: The Business of War"**, *Philip van Niekerk, Maud S. Beelman, Iqbal Athas, Duncan Campbell, Sunday Dare, Samiya Edwards, Julio Godoy, Alain Lallemand, Yossi Melman, Laura Peterson, Mungo Soggot and Andre Verloy*
  - Sigma Delta Chi Award: Public Service in Online Journalism (Independent)
    **"State Secrets: An Investigation of Political Party Money in the States"**, *Mary Jo Sylwester, Leah Rush, John Dunbar, and Robert Moore*

## 2001

- **INVESTIGATIVE REPORTERS AND EDITORS**
  - Online Reporting Award Finalist
    **"Tobacco Companies Linked to Criminal Organizations in Lucrative Cigarette Smuggling"**, *Maud S. Beelman, Bill Birmbauer, Duncan Campbell, William Marsden, Erik Schelzig, and Leo Sisti*

- **SOCIETY OF PROFESSIONAL JOURNALISTS**
  - Sigma Delta Chi Award: Public Service in Online Journalism (Independent)
    **"Watchdogs on Short Leashes"**, *Kenneth Vogel and Leah Rush*

## 2000

- **INVESTIGATIVE REPORTERS AND EDITORS**
  - National Book Award Finalist
    **"The Buying of the President 2000"**, *Charles Lewis*
  - Online Reporting Award
    **"Our Private Legislatures - Public Service, Personal Gain"**, *Diane Renzulli, Leah Rush, John Dunbar, Alex Knott, Robert Moore, and Ken Vogel*
  - Online Reporting Award Finalist
    **"Money, Influence and Integrity in the 2000 Election Year"**, *The Public i Staff*

## 1999

- **INVESTIGATIVE REPORTERS AND EDITORS**
  - National Book Award
    **"Animal Underworld: Inside America's Black Market for Rare and Exotic Species"**, *Alan Green*
  - Online Reporting Award Finalist
    **"US Support for Tobacco Overseas: Going Out of Business"**, *The Public i Staff and Maud S. Beelman*

## 1998

- **INVESTIGATIVE REPORTERS AND EDITORS**
  - National Book Award Finalist
    **"The Buying of Congress: How Special Interests Have Stolen Your Right to Life, Liberty, and the Pursuit of Happiness"**, *Charles Lewis*

## 1997

- **INVESTIGATIVE REPORTERS AND EDITORS**
  - National Book Award Finalist
    **"Toxic Deception: How the Chemical Industry Manipulates Science, Bends the Law, and Endangers Your Health"**, *Dan Fagin and Marianne Levelle*

## 1996

- **INVESTIGATIVE REPORTERS AND EDITORS**
  - National Book Award Finalist
    **"The Buying of the President 1996"**, *Charles Lewis*

- **SOCIETY OF PROFESSIONAL JOURNALISTS**
  - Sigma Delta Chi Award: Public Service in Online Journalism (Independent)
    **"Fat Cat Hotel: How Democratic High-Rollers are Rewarded with Overnight Stays at the White House"**, *Public i Staff and Margaret Ebrahim*

http://www.publicintegrity.org/about/about.aspx?act=awards

© 2005, The Center for Public Integrity. All rights reserved.
IMPORTANT: Read our privacy policy and the terms under which this service is provided to you.
910 17th Street, NW - 7th Floor - Washington, DC 20006 - Tel. (202) 466-1300

# THE CENTER FOR PUBLIC INTEGRITY
### Investigative Journalism in the Public Interest

SITE SEARCH [    ] Go

Home | Projects | Research Tools | About Us

**About Us**
- Annual Report
- Awards
- Center Policy
- Commentaries
- Employment
- Funders
- In the News
- IRS Compliance
- Journalistic Ethics
- News Room
- The Public i™ Newsletter
- RSS Feed Help
- The Team >>
- Contact Us
- Donate

## About Us



The Center for Public Integrity is a nonprofit, nonpartisan, tax-exempt organization that conducts investigative research and reporting on public policy issues in the United States and around the world.

The Center was founded in 1989 by Charles Lewis following a successful 11-year career in network television news. Through thorough, thoughtful and objective analyses, the Center hopes to serve as an honest broker of information – and to inspire a better-informed citizenry to demand a higher level of accountability from its government and elected leaders.

The Center extends its public policy journalism around the world. Created in 1997, the International Consortium of Investigative Journalist network includes 92 leading investigative reporters and editors in 48 countries. The group has collaborated on numerous online and printed reports on corporate crime, arms trafficking, terrorism, U.S. military policy and human rights issues. Global Access, another international project, was launched in 2001 to systematically track and report on openness, accountability and the rule of law in various countries.

Since 1990, the Center for Public Integrity has released more than 275 investigative reports and 14 books. In just the last eight years the organization has been honored more than 30 times by, among others, PEN USA, Investigative Reporters and Editors (IRE) and the Society of Professional Journalists (SPJ). The Center's "Windfalls of War" report on U.S. government contracts in Iraq and Afghanistan won the highly prestigious George Polk award (online category) in 2004.

The Center's publication, *The Buying of the President 2004*, built on the success of its 1996 and 2000 predecessors and again focused on the relationships between major presidential candidates and their "career patrons." The book, which appeared on *The New York Times* bestseller list several times since its January, 2004 publication, has become something of an American classic because it provides the **only** investigative profiles and personal histories of the major presidential candidates prior to the first caucuses and political primaries. In the summer of 2004, the Center published *The Corruption Notebooks*, a hard-hitting collection of essays by leading investigative journalists around the world on the status of corruption in 25 countries.

The exponential increase in usage of the Center's reports by the media, academics, nongovernmental organizations and the public at large shows the growing impact of its mission. The quality of the Center's work, in only 14 years, has firmly established the organization as an institutional presence in Washington. By building upon and perpetuating its hard-earned reputation for "public service journalism," we aim to steadily increase the organization's impact on public policy debates.

The Center is located at 910 17th Street, NW, Suite 700, Washington, DC 20006. The telephone number is (202) 466-1300.

HOME | PROJECTS | RESEARCH TOOLS | ABOUT US | DONATE | SEARCH | SITEMAP | RSS

© 2005, The Center for Public Integrity. All rights reserved.
IMPORTANT: Read our privacy policy and the terms under which this service is provided to you.
910 17th Street, NW · 7th Floor · Washington, DC 20006 · Tel. (202) 466-1300

http://www.publicintegrity.org/about/about.aspx?act=mission

THE CENTER FOR PUBLIC INTEGRITY
Investigative Journalism in the Public Interest
Case 1:08-cv-01818-JDB   Document 13-3
http://www.publicintegrity.org/about/publici.aspx
Donate | Store
SITE SEARCH [Go]   Home | Projects | Research Tools | About Us

- About Us
- Annual Report
- Awards
- Center Policy
- Commentaries
- Employment
- Funders
- In the News
- IRS Compliance
- Journalistic Ethics
- News Room
- The Public *i*™ Newsletter
- RSS Feed Help
- The Team >>
- Contact Us
- Donate

### About Us

# The Public *i*™ Newsletter

The Public *i*™ is the Center for Public Integrity's award-winning newsletter. Launched in 1994, it's been the venue for some of the Center's biggest scoops, including "Fat Cat Hotel," the story that first exposed how wealthy Democratic donors and fund-raisers were being rewarded with overnight stays in the White House as guests of President and Mrs. Clinton. That issue of *The Public i*, published in August 1996, won the "Public Service in Newsletter Journalism" award from the Society of Professional Journalists "in recognition of distinguished service to the American people and the profession of journalism through outstanding accomplishment during the year of 1996."

These documents require Adobe Acrobat Reader.

**February 2005 Issue** (PDF format)

**December 2004 Issue** (PDF format)

**September 2004 Issue** (PDF format)

**July 2004 Issue** (PDF format)

**May 2004 Issue** (PDF format)

**February 2004 Issue** (PDF format)

**November 2003 Issue** (PDF format)

**July 2003 Issue** (PDF format)

**February 2003 Issue** (PDF format)

**November - December 2002 Issue** (PDF format)

**October 2002 Issue** (PDF format)

**May 2002 Issue** (PDF format)

- Center Releases Capitol Offenders: How Private Interests Govern Our States
- $570 Million Spent on Lobbying in the States in 2000
- For Banks, a Payday in the Statehouse
- Since Our Last Newsletter

**February 2002 Issue** (PDF format)

- White House Pushed Pro-Tobacco Rule in Anti-Terrorism Bill
- HUD Office Mismanages Funds
- Racicot will Continue Lobbying while Serving as RNC Chair

**December 2001 Issue** (PDF format)

- Enron's Top Brass Were Big Donors
- Enron: A Financial and Political Scandal (Commentary)
- Africa's 'Merchant of Death' Sold Arms to The Taliban

**November 2001 Issue** (PDF format)

- Osama bin Laden: How U.S. Helped Midwife a Terrorist
- U.S. role in Gulf War
- U.S. Embassy Bombings

**September 2001 Issue** (PDF format)

- Investigation Looked at Colombia, Peru, Mexico, Brazil
- CIA Gave at Least $10 Million to Ex-Spymaster

**June 2001 Issue** (PDF format)

- The Bush Team
- A Dozen Summer Interns
- Politics and Human Cloning

**April 2001 Issue** (PDF format)

- Most Surprising Finding: Feds' Non-response to Tax Cheats
- A Special Offer for new and Renewing Members

**February 2001 Issue** (PDF format)

- Young Pilots Riskier Than the Over-60s Who are Turned Away
- Legislators' Ties to Timber Industry
- Message to Our Members

**December 2000 Issue** (PDF format)

- Attack Linked to U.S. Bomb
- U.K. May Probe Cigarette Smuggling
- Philip Morris Accused of Smuggling
- Membership message

**October 2000 Issue** (PDF format)

- Anti-Hillary Groups Drawn to New York
- Little Money for Black Candidates
- Membership message

**April 2000 Issue** (PDF format)

- Overnight Guests at Governor's Mansion Added $2.2 Million to Bush Campaign
- Vice President's Quarters Draws Fund-Raisers Bucks
- Major Tobacco Mutlinational Implicated In Cigarette Smuggling, Tax Evasion, Documents Show
- Charles Lewis Commentary: Denial and Hypocrisy
- Celebrity Quiz
- Membership message

**Opposition Research** (PDF format), August 1999
The pen isn't the only communications tool that's mightier than the sword. There's also the video camera, which in the right hands can produce some very special effects- for instance, making a mountain of trash disappear.

**Poison Politics** (PDF format), June 1999
Since Toxic Deception was first published in 1997, the EPA claims to have mended many of the holes in the tattered safety net for toxic chemicals. But as the new edition of the book shows, appearances can be deceiving.

**Reporting Across Borders** (PDF format), March 1999
The International Consortium of Investigative Journalists is the first systematic effort ever to bring the world's leading investigative reporters together in a collaborative—and largely electronic—network.

**Not-So-Full Disclosure** (PDF format), February 1999
Financial-disclosure rules are the first line of defense against lawmakers using their positions of public trust for private gain. Taken together, however, the rules that apply to state legislators may be more loophole than law.

**The Death of Conscience** (PDF format), October 1998
The public perception today is that most lawmakers on Capitol Hill won't risk their careers for anything. Why? A tale of two former Senators speaks volumes about what's wrong in Washington these days.

**In Your Backyard** (PDF format), August 1998
Americans apply about 74 million pounds of pesticides a year to everything from lawns and playgrounds to golf courses and parks. Here's how the industry that manufactures them keeps Congress—and the EPA—on its side.

**Errant Arcs** (PDF format), May 1998
In 1991, the National Transportation Safety Board urged the Federal Aviation Administration to inspect the wiring on Boeing 737s. The FAA didn't listen—until events eight years later forced it to act.

**Anything Goes?** (PDF format), April 1998
What's stopping lawmakers in the Illinois General Assembly from proposing and voting on measures that could boost their own incomes? Nothing, the Center's investigation shows.

**The Invisible Threat** (PDF format), August 1997
An excerpt from the Center's widely acclaimed book, *Toxic Deception: How the Chemical Industry Manipulates Science, Bends the Law, and Endangers Your Health*.

**The Big Squeeze** (PDF format), March 1997
An excerpt from the Center's report, *Squeeze Play: The United States, Cuba, and the Helms-Burton Act*, an in-depth investigation of the influences that have shaped U.S. policy toward Cuba.

**Presidential Frequent Fliers** (PDF format), December 1996
Bill Clinton and Bob Dole hit the air running in the 1996 campaign, but both of them flew on the cheap, thanks to huge - and mostly hidden - subsidies from corporate America and the nation's taxpayers.

**Limited Partners** (PDF format), October 1996
Elizabeth and Robert Dole's investment in a tax shelter raises a series of provocative questions, especially for a presidential candidate who has made tax fairness and integrity the centerpieces of his campaign.

**Fat Cat Hotel** (PDF format), August 1996
Where to stay in the nation's capital? If you're one of the Democratic Party's big donors or fund-raisers, your hotel of choice isn't the Four Seasons or the Ritz-Carlton. It's the White House.

**Playing Political Roulette** (PDF format), June 1996
The gambling industry has moved quickly to accumulate influence and clout in national politics. In this year's presidential race, it's betting the house.

**Campaign 96: The Hidden Persuaders** (PDF format), February 1996
Candidates on the Washington Culture: Lamar Alexander, Bob Dole, Pat Buchanan, Phil Gramm, Bill Clinton, and Richard Lugar.

**Unanswered Questions the Presidential Candidates Don't Want You to Ask** (PDF format), January 1996
1995 Contributions to presidential candidates from Bill Clinton, Lamar Alexander, Patrick Buchanan, and Bob Dole, their "Top Ten Career Patrons."

**Steve Forbes and the Flat Tax** (PDF format), December 1995
With the assistance of an accounting firm that made estimates based on available public financial disclosure records, the Center revealed that millionaire publisher Steve Forbes's key campaign issue, advocacy of a "flat tax," would have cut his own annual tax liability in half.

**Rocky Mountain High-Flier** (PDF format), June 1995
A look into the foreign trade missions sponsored by the U.S. Department of Commerce and led by Commerce Secretary Ronald Brown.

**Contract with an American** (PDF format), March 1995
A look into Marianne Gingrich's position with the Israel Export Development Company, Ltd.

**Public Trust, Private Influence** (PDF format), November 1994

- A word from Charles Lewis on arrogance
- James MacGregor Burns on leadership
- Inside the Beltway-New Campaign Fund Uses!
- Dread Disease; Old Nuke and New Nuke Concerns
- A Defense Fund Tax Primer
- Cuba Si! Cuba No!

**Lobbying** (PDF format), July 1994

- The Fastest Growing Health Care Industry
- A word from Charles Lewis, "Where's the Outrage?"
- An interview with Bill Kovach
- Inside the Beltway: Summer Bummer
- Inside America: Scary Water
- Study Update: Rainy Day II
- Gold Rush for Former Senator

THE CENTER FOR PUBLIC INTEGRITY

Audio, Video and Interactive Clips
News Room
Tools of the Trade
Site Search
Sitemap

Archives
2007
2006
**2005**
2004
2003
2002
2001
2000
1999
1998
1997

http://www.publicintegrity.org/archives.aspx?year=2005

# 2005 Archives

### ABC 20/20, Sweden's TV4 Receive International Watchdog Awards
The Center for Public Integrity Announces ICIJ Award Winners and Finalists
WASHINGTON, December 20 — The ABC News 20/20 report documenting systematic sexual exploitation of girls and boys by UN peacekeepers and contractors in the Democratic Republic of Congo has been awarded the Outstanding Investigative Reporting prize for 2005 by the International Consortium of Investigative Journalists, the international arm of the Center for Public Integrity.

*In the News*
### Pulitzer Winner Ravits Named Managing Director of the Center for Public Integrity
WASHINGTON, December 16, 2005 — Pulitzer-Prize winning investigative journalist Wendell Rawls Jr. has been named Managing Director of the Center for Public Integrity, the Center's Executive Director Roberta Baskin announced today.

*In the News*
### Lobbyist Found Guilty of Jamming Get-Out-the-Vote Phone Lines
WASHINGTON, December 16, 2005 — James Tobin, a Republican lobbyist from Maine, was found guilty of conspiring to jam New Hampshire Democratic get-out-the-vote phone lines three years ago, reports the Bangor Daily News.

*In the News*
### The Center for Public Integrity Withdraws "Traveling Executive Class"
WASHINGTON, December 14, 2005 — The Center for Public Integrity recently issued a correction on its story "Traveling Executive Class" about White House staff and officials accepting travel sponsored by corporations, lobbying organizations, universities and other outside groups. The discovery of some data errors led to an extensive internal review of our data-collecting procedures, after which the Center's editors decided to remove the entire "Traveling Executive Class" report from the Center's Web site until the investigation was completed. As a result of the investigation, new, stringent safeguards have been instituted to ensure accuracy.

### Defense Contractor Behind a Congressman's Bribery
WASHINGTON, December 2, 2005 — Rep. Randy "Duke" Cunningham's confession that he accepted bribes and his resignation from Congress are drawing attention to Pentagon contractors linked to the California Republican.

### Indictment of a System
Like DeLay's committee, groups run by 36 other members of Congress took corporate money and transferred funds to national party accounts
WASHINGTON, November 21, 2005 — Three days after Rep. Tom DeLay, R-Texas, was indicted by a Texas grand jury, he used on national television to refute the charges and to tell viewers that he was not alone: other members of Congress had made transactions similar to those that led to his prosecution.

### Study Findings for "Indictment of a System"
WASHINGTON, November 21, 2005 — DeLay's committee, groups run by 36 other members of Congress took corporate money, and transferred funds to national party accounts.

### Nice Work If You Can Get It
Political patronage rich in state utility commissions
WASHINGTON, November 18, 2005 — Illinois consumer advocate Martin Cohen was appointed head of the Illinois Commerce Commission. His job was to balance the interests of ratepayers against those of the utility industry.

### Nice Work If You Can Get It
Political patronage rich in state utility commissions
WASHINGTON, November 18, 2005 — When Martin Cohen was appointed head of the Illinois Commerce Commission, the regulatory body that oversees utilities in the state, he joined a very small fraternity.

### State Utility Commissions Fail Transparency Test
Half of states fail Center survey
WASHINGTON, November 17, 2005 — Half of the states revealed a serious failing grade on making personal financial information of the nation's utility board members available for public inspection, according to a Center for Public Integrity study examining laws in all 50 states.

### Cheney Sidesteps Travel Disclosure Rules
Unlike the rest of the White House, Cheney doesn't make his outside travel public
WASHINGTON, November 16, 2005 — Vice President Dick Cheney and his staff have been conspicuously absent from a Center for Public Integrity analysis of White House staff travel reports, including the Office of the President, the Center for Public Integrity has discovered.

### Cheney Sidesteps Travel Disclosure Rules
Unlike the rest of the White House, Cheney doesn't make his outside travel public
WASHINGTON, November 16, 2005 — Vice President Dick Cheney and his staff have been conspicuously absent from a Center investigation into travel disclosure laws followed by the rest of the White House, a Center for Public Integrity investigation released today found.

### Koch Industries: Big, Private, and Powerful
WASHINGTON, November 15, 2005 — Koch Industries, poised to become the largest privately held company in America with its acquisition of Georgia-Pacific, is also a major player in campaign contributions.

### Center for Public Integrity Receives $700,000 Ford Foundation Grant to Extend Landmark Telecommunications Study
WASHINGTON, November 7, 2005 — The Center for Public Integrity announced Monday that it has been awarded a two-year, $700,000 grant from the Ford Foundation to extend Its Crossroads, the landmark investigation of the telecommunications industry, by a global level.

### From Coffins to Coffers
Dozens of donors listed as "deceased" have contributed $1.3 million to candidates for Congress. Big donations in the House and plenty of numerous political participation that has grown into a nationwide trend: donating money from beyond the grave. >>

### 527s Run Around in the States
Groups continue to raise money via loose regulation crack down
WASHINGTON, October 24, 2005 — With $51 million in the bank for 2005 so far, 527 committees—political nonprofit organizations that fall into the Internal Revenue Service rather than with the Federal Election Commission—are raking high in the off-year election cycle. On the campaign trail, though, many of these groups are coming afoul of state regulators and election authorities. Some have been fined, supoena'd or left to dissolve after months of battling state officials. >>

### Murky Waters
A private foundation tied to Reid's Lobbyist parent company has paid him for House Republicans Committee Chairman Pombo's trips abroad. Did they break the law? >>
WASHINGTON, October 18, 2005 — A powerful member of Congress may have broken the law by not paying taxes on foreign trips paid for by a lobbying private foundation in large part overlooked by the parent company of the Red Lobster and Olive Garden restaurant chains, the Center for Public Integrity has discovered. >>

### Murky Waters
A private foundation tied to Reid's Lobbyist parent company has paid him for House Republicans Committee Chairman Pombo's trips abroad. Did they break the law? >>
WASHINGTON, October 18, 2005 — Federal document reveals.

### Harriet Miers Gained $5,000 to Bush Election Recount
WASHINGTON, October 4, 2005 — President George W. Bush's latest Supreme Court nominee, White House Counsel Harriet Miers, donated $5,000 to Bush-Cheney 2000, Inc.-Recount Fund, a political action committee of the $25,700 total given by individuals at her law firm, Locke Liddell & Sapp. >>

### PAC-Men Lobbists
Almost 80 members of Congress used corporate lobbyists to head their fund-raising committees
WASHINGTON, October 3, 2005 — More than 90 sitting members of Congress have used registered lobbyists to head their political action committees or leadership PACs, a Center for Public Integrity analysis of lobbying and campaign finance data shows. As the law now stands, there is nothing on the law side, for such committees. >>

### The Paper Trail Behind Tom DeLay's Indictment and Roy Blunt's 527
WASHINGTON, September 28, 2005 — Although Rep. Tom DeLay, R-Texas, was indicted on Wednesday of illegally laundering corporate donations through his 527 organization to a state party committee, the main clause to fill in him as House Majority leader, has emerged as innocular—albeit tangled. >>

### The Paper Trail Behind Tom DeLay's Indictment
WASHINGTON, September 28, 2005 — House Majority Leader Tom DeLay was indicted by a Texas grand jury Wednesday, on conspiracy to commit campaign finance laws. Following his indictment, DeLay announced that he would temporarily step down from his post as House Majority Leader. >>

### Former Bells Dial Up Big Numbers in Statehouses
SBC is No. 1 in both lobbying and contributions >>
WASHINGTON, September 26, 2005 — Telecommunications companies spent $60.3 million on political contributions over six years and a minimum of $83.4 million on lobbying over two years in an attempt to curry favor with elected officials in the states, according to a new Center for Public Integrity analysis. >>

### More Cities Offering Wireless Internet Access
Bells call it unfair competition >>
WASHINGTON, September 26, 2005 — As a resident of rural Austin, Texas, Adina Levin enjoys the benefits of widespread wireless Internet access. Austin is one of a number of cities in the nation that has built a system that allows residents to log on to the Internet without paying about plugging into a phone or cable outlet. Levin wants the rest of the state to have the same convenience. "People really care about it," Levin said of wireless Internet access. "There's a convincing argument." >>

### Statement on the Memorandum Opinion in OAO Alfa Bank et al, plaintiffs, v. Center for Public Integrity et al, defendants.
WASHINGTON, September 28, 2005 — In the case of motions, depositions, discovery, and legal arguments, United States District Judge John D. Bates granted the Center for Public Integrity's motion for summary judgment in a lawsuit brought against us by OAO Alfa Bank and two of its top officials, Mikhail Fridman and Pyotr Aven. >>

### Pentagon Doesn't Know How Much It's Spending
WASHINGTON, September 27, 2005 — How useful is the Defense Department keeping track of the billions of dollars spent in Iraq and Afghanistan? >>

### 4' Street Raskes Chinese Textiles Interests
Trade issues fuel much of China's lobbying efforts—and few may be more important than textile imports
WASHINGTON, September 23, 2005 — A U.S. and Chinese negotiators get ready to bump heads over textile trade again next week in Washington, D.C., the Center for Public Integrity analysis of lobbying records filed with the Department of Justice shows that textiles have been one of the top priorities of China's political agenda in the past seven years. >>

### Investigative Journalists Meet in London
WASHINGTON, September 21, 2005 — Members of the International Consortium of Investigative Journalists are among the world's best investigative reporters: a special cadre of journalists who explore the world with unusually perceptive and skeptical eyes. They examine and challenge, and tell their fellow citizens of the planet what is happening that seriously affects them. >>

### New Calls for Lobby Reform
WASHINGTON, September 15, 2005 — In April 2005 the Center for Public Integrity released a report showing that a large number of lobbyists failed to comply with the law by filing timely disclosure forms with the government. >>

### Muzzling the Watchdogs
India has a vibrant press—despite some government officials' efforts to discourage it
WASHINGTON, September 15, 2005 — Earlier this year, I come front-page stories in The Indian Express newspaper in which the paper's editor, Shekhar Gupta, and his reporters' lives and actions have been increasingly criticized by a lawsuit. It may be the cause of free press, speech has been seriously dampened. >>

### China Steps Up Its Lobbying Game
The Chinese government is hiring the best of the best to advance its agenda
WASHINGTON, September 14, 2005 — As an old company controlled by the government of China bankrolled one of the most complex, multi-pronged lobbying blitzes in recent memory to solve the bid to take over U.S. petroleum giant Unocal this summer, according to an in-depth analysis of who lobbies where on Capitol Hill by the Center for Public Integrity. >>

### Timely, Effective and Fair?
Justice Department makes a website public database that can't be assembled to be inaccessible
WASHINGTON, September 13, 2005 — It's a detailed database that could be shining a constant light on the shadowy and complicated world of Washington lobbyists vying for foreign governments and overseas companies, a potentially invaluable tool for bringing government transparency, honesty and accountability. >>

### Profiting from Katrina
No-contracts
September 12, 2005 — The Houston Chronicle and The Wall Street Journal, among others, have begun to focus on another like angle of the still-unfolding story of Hurricane Katrina's aftermath: the awarding of government contracts for some of the biggest reconstruction contracts of American history. In the last few years, the Center for Public Integrity has done extensive research on government contracts, and the reports we have links to Web pages, now popular. The office or the ones of the major companies that have received the first federal contracts for work in the Gulf disaster zone. >>

### Statement on Unattributed Use of Source Material
September 9, 2005 — >>

### State Lobbyists Near the $1 Billion Mark
Laws in flux for 19 states >>
WASHINGTON, August 19, 2005 — United interests are working harder than ever to achieve their goals in state agencies across the country. Nearly 47,000 such interests—companies, advocacy groups, labor unions, professional organizations and even government agencies—racked more than 35,000 individual lobbyists. >>

### Lobbying Laws in the States
A state-by-state roundup of recent developments
WASHINGTON, August 19, 2005 — While all those semiocrities of states that have either proposed or enacted changes to their lobbying regulations in the last year. Most of this information comes from links reviewed from sources. >>

### Why We Still Need Serious Journalism
August 8, 2005 — I met for space to get out on Fleet Street and nearly gave up. Then, with one of those stories of luck which all journalists need, in 1966 I eagled my say into to the Sunday Times, I'd done one story for it as a freelance and had been given a spare desk and a typewriter. >>

### Illegal Defense
A Center finds violations missing records regarding legal expense funds
WASHINGTON, August 4, 2005 — House Majority Leader Tom DeLay and Senate Minority Leader Harry Reid are among the lawmakers who accepted donations to their legal expense funds from concern registered. Unions seem to include a very restricted lobbyist and foreign agents, according to a study by the Center for Public Integrity. >>

### Commentaries
If You Pay, You're the Boss
Mexico has freedom of expression, but no tradition of investigative reporting
July 23, 2005 — Mexican TV networks claim it paid a tradition of imposing higher self-censorship on themselves, are now playing a leading role in the country's media coverage of politics. >>

### Commentaries
Campaigning for Oil
A 527 helps Alaska's push to open the Arctic National Wildlife Refuge
WASHINGTON, July 16, 2005 — So-called 527 committees interest the public realm last year as a tool of campaigns and consultants to win elections. But in Alaska, one such group has found a new function: lobbying to open up the Arctic National Wildlife Refuge for oil and gas exploration. >>

### Commentaries
Drug Lobby Second to None
How the pharmaceutical industry gets its way in Washington
WASHINGTON, July 7, 2005 — The pharmaceutical and health products industry has spent more than $800 million in federal lobbying and campaign donations at the federal and state levels in the past seven years, a Center for Public Integrity investigation has found. >>

### Commentaries
FDA: A Shell of the Past?
The Food and Drug Administration lacks the power to regulate pharmaceuticals and keep you safe
WASHINGTON, July 7, 2005 — The Food and Drug Administration has been slow to respond to concerns raised about multiple myeloma—a cancer of the plasma cells that is responsible for more than 10,000 deaths annually in the United States. The drug accountable for more than dozens of the $377 million in revenue generated last year by its manufacturer. New Jersey-based Calgene Corp. In fact, the global pharmaceutical company's Vioxx ads proclaims that "Thalomid is "the current driver of Calgene revenue growth." >>

### Commentaries
Surrogates for Their Agenda
How the drug industry uses non-profits to push its interests
WASHINGTON, July 7, 2005 — People who consult a pharmaceutical non-profit are familiar; seen more often than not at dinnertime: a middle-aged woman begins a discussion by saying, "I can't even believe I'm talking about this." >>

### Commentaries
Checkbook Politics
Over the last seven years, the pharmaceutical industry has given $180 million in campaign contributions
WASHINGTON, July 7, 2005 — In the pharmaceutical and health products industry has given nearly $180 million to federal and state candidates and parties, along with some political non-profits, in the last four election cycles, a Center for Public Integrity analysis of campaign finance records revealed. Sixty-five percent, or almost $100 million, went to Republicans. >>

### Commentaries
A Timeline of Political Clout
Here's what the pharmaceutical industry has gotten on its political investment
July 7, 2005 — Thirty-three of the 50 countries PhRMA expanded its part on the U.S. Trade Representative's "Special 301" list appear on the list. Inclusion in the Special 301 report establishes intellectual property standards—such as patents—as a priority in bilateral discussions between the United States and the designated country. >>

### Commentaries
Exporting Prices
Drug makers' trade group makes the industry's priorities U.S. trade policy
WASHINGTON, July 7, 2005 — Pharmaceutical Research and Manufacturers of America, which represents 47 parent companies and subsidiaries that develop and make prescription and over-the-counter drugs, listed contacts with the government's top officials overseeing international trade agreements on more lobbying reports than other that on contacts with the Food and Drug Administration, which directly oversees the industry's products. >>

### Commentaries
The Cost of Indecency
Big settlements lead to tamer airwaves
WASHINGTON, June 30, 2005 — After a record 2004, the Federal Communications Commission has yet to issue a fine for indecent broadcasting this year, the longest pause in activity since 2001, according to records obtained by the Center for Public Integrity. >>

### Commentaries
Managing Editor's Note
WASHINGTON, June 23, 2005 — You could call this the lead of a Center for Public Integrity report: "Of the 1,421 companies, unions and other organizations that use lobbyists the government in 2004, more than 2,000 employees and contractors from the office of the U.S. Census Bureau—nearly 12 percent—inexplicably disappeared in 2004." According to the report the most important thing, many of affiliates spent influencing federal policy, has become a matter of dollars in 2004 and the government has no means of calculating it. >>

### Commentaries
Traveling on the Alonmark Plan
Dozens of members of Congress have accepted trips from non-profits with registered lobbyists on their boards
WASHINGTON, June 28, 2005 — At least 123 of Washington's top lobbyists occupy the same ethical grey area now threatening to bring down high-profile influence peddler Jack Abramoff, according to a Center study. >>

### Update
Zuma to Be Prosecuted
June 20, 2005 — South Africa is the move again, with the decision by the national prosecuting authority to charge the ousted deputy president Jacob Zuma on two counts of corruption. >>

### Private Warriors
June 20, 2005 — "Private Warriors" is a collaborative effort between Frontline, PlainView and the Center for Public Integrity. >>

### Center for Public Integrity Wins Murrow Award for Web Site Excellence
WASHINGTON, June 17, 2005 — The Center for Public Integrity Web site was singled out by the Radio Television News Directors Association for excellence in a small-market news presentation.

### Treacherous Trails
The prose in Colombia has access to public information, through looking for it can put journalists in grave danger
WASHINGTON, June 10, 2005 — Colombia is a country of extreme news, as evidenced by just one day's headlines: a popular singer was gunned down with her assistant. U.S. soldiers charged with paying cocaine out of the country. 10 of Bogota's 20 deadly mayors fined by the mayor while most of them face and exchange of drug allegations or corruption. >>

### Call for GAO Investigation Follows Center Report
WASHINGTON, June 8, 2005 — Members of the U.S. Senate Commerce Committee today called for an investigation into the Justice Department's Foreign Agent Registration Act Database, following a report by the Center for Public Integrity. >>

### McCain-Feingold Changes State Party Spending
Fundraising stays strong on the other hand
WASHINGTON, June 6, 2005 — Federal campaign finance reform took a bite out of the bottom line for state parties in 2004 as overall fundraising dipped to nearly more than $700 million for the cycle, with less being spent between Republicans and Republican. >>

### Old Parties Learn New Tricks
Fundraising stays level in the face of federal changes
WASHINGTON, May 26, 2005 — Analysis became a federal election by 527s—the political groups that had not existed widely prior to the 2004 election season by enacting political donations to the parties. >>

### Profiles: Organizational Donors
WASHINGTON, May 25, 2005 — The Center profiled the top-ranking organizations—companies, groups—giving to state political party and caucus committees in 2003 and 2004. >>

### Profiles: Individual Donors
WASHINGTON, May 25, 2005 — The Center profiled the top-ranking individual donors in giving to state political party and caucus committees in 2003 and 2004. >>

### Profiles: Industry Donors
WASHINGTON, May 25, 2005 — The Center profiled the top-ranking industries giving to state political party and caucus committees in 2003 and 2004. >>

### Profiles: Consultants
WASHINGTON, May 25, 2005 — The Center profiled the top consultants hired by state political party and caucus committees in 2003 and 2004. >>

### Breaking the Law
Almost half the lobbyists required to file are not in the database
WASHINGTON, April 7, 2005 — When it comes to lobbying in Washington, D.C., those paid to influence America's laws have a habit of disregarding them. >>

### Georgia Beefs Up Disclosure
WASHINGTON, April 6, 2005 — After the 2005 Georgia General Assembly on Thurs - March 31, passed House Bill 48 updating that state's ethics in government laws. Several positions held up by requirements for legislative financial disclosure and lobbyist disclosure. Research for this was pulled from the Center for Public Integrity's nonpartisan website. It was among state legislative financial disclosure laws released this past year. Thank you to the Center for Public Integrity for its excellent research. Thank you to everyone who has this legislation is signed into law, as well. >>

### Center for Public Integrity Report Wins IRE Award for Online Reporting
Additional Center report named finalist in online category
WASHINGTON, March 25, 2005 — The largest award-winning investigation of how the government spends $270 billion on homeland security, won the 2004 Award for online reporting from Investigative Reporters and Editors. IRE also renamed another Center project, investigating the role of 527s in the 2004 election, as a finalist in the same category. >>

### Puzzling Evidence
When a story is good enough to cut and paste, and too good to check
WASHINGTON, March 21, 2005 — The largest such Daily, a German-language newspaper on the southern Pacific island of Tonga, is told a story pulled by American "mainstream" news that deserves attention. I want to share it with you because it shows something about the "mainstream" news—the U.S. media—but just as important a measure how far they have fallen. >>

### No Good Deed Goes Unpunished
The Center responds to personal attacks by former U.S. and political groups
WASHINGTON, March 17, 2005 — It was ambushed by a group of U.S. and political groups and staff tasked with protecting the family of the late Charlotte Tremblay, in March 2005 confronted with a lawsuit arising out of the fact he had fully committed. The Center for Public Integrity has just got information from across the Atlantic that the lawsuit is important in a complete response from the Center. >>

### Mercyhurst Responds
March 17, 2005 — Mercyhurst College letter of response. >>

### No-Bid Contractor Has Deep Ties to Ridge
Head of Homeland Security Department when contract deals happened
WASHINGTON, March 11, 2005 — Former Homeland Security Secretary Tom Ridge has close personal and political connections to a key Pennsylvania contractor that originated in negotiations under Pennsylvania's Department of Homeland Security in his first year in that role. >>

### Tiny School Gets No-Bid Work From Homeland Security
Agency claims Mercyhurst College has the expertise to produce homeland analysis
WASHINGTON, March 10, 2005 — A tiny college located in the homeland of an American Heartland County, Mercyhurst, Tom Ridge is negotiating an end-of-year contract that marks its only $3 million from homeland security overall, a matter of interest for the college's curriculum where students in basic courses for security, are in charge of the organization. >>

### Unprecedented Opportunity
A Beirut Lament Journal could discuss the potential for democracy in the Middle East
March 7, 2005 — Rami Khoun, a veteran editor and publisher of the Lebanon Daily Star newspaper. The Daily Star appeared to face the most pressing and most shaped some heads, but our consortium to the Middle East coverage. >>

### Two-hundred Channels and Nothing on—Literally
Low-power TV strugglers to find its lights
WASHINGTON, February 28, 2005 — A year after the Federal Communications Commission enacted a new way to help broadcasters to stay on the air, only half are currently broadcasting, according to the Center for Public Integrity. >>

### Democrats Likely to Choose Howard Dean as Leader
Doing the Do to the potential in the U.S. Member position remains open
WASHINGTON, February 10, 2005 — A former presidential candidate Howard Dean has taken donations to succeed Terry McAuliffe as chairman of the Democratic National Committee. The Center for Public Integrity profiled Dean's in-kind contributions as a presidential candidate in 2004. >>

### Battling Over Social Security
Several groups have begun their ads as well to rally support for their position on the settlement-era entitlement
WASHINGTON, February 2, 2005 — Once proposed that spans million through the 527 election Committee's 2004 are now turning their attention to another, more immediate, front. >>

### The State of Investigative Reporting
WASHINGTON, January 27, 2005 — "Our one reporter on political corruption — there comes this about journalism before we in more political capitals, only of journalists as cited as most trusted in polls — journalism, if not particularly expensive, is not all that expensive for the public for the same ..."

- Russian Center Rossiyskiy — For more on press freedom issues in Russia and the equality of governance in general, use the Russia Country Report in the Center's Global Integrity Center.
- The Say Who Should Rule Russia: Its investigation regards the public is open to the influence of a former friend of the party's daughter's ex-husband who is bankrolled by the Russia Country Report in the Center's Global Integrity Center.
- Encountet: (You Are Enemy). A Sinhalanese journalist puts his life on stake for keeping track of the country's culture.
- Revealing the Hidden Costs of Commerce: A Center investigation of the U.S. Department of Commerce's chief economist on human trafficking.
- A Collision of Worlds: An Argentinean's Deep Intel paper's reporter has had to move from his home because of the continuing threats from the local criminal underworld.

### Private Warriors
The privatization of America's military has extended the world considerably—and changed
WASHINGTON, January 19, 2005 — On a dark, restaurant-turned-bunker location in a private compound in Mosul, Iraq, sometime around 8:00 A.M. on December 21, 2004 a beep and a crowd of the employees of military contractors, and U.S. Army officers prepared for daily meals. Across the country, in accordance with a D.C. ...

### Posted: DeLay's Controversy 2004 Personal Disclosures
WASHINGTON, January 18, 2005 — On the outside chief outside financial interests organizers in your state might have? You may find out with a couple of clicks at the Center for Public Integrity's website. The nonpartisan, nonprofit investigative reporting and research organization this week released online financial disclosures filed by state legislators across the country. >>

### Roberta Baskin to Join the Center for Public Integrity as Executive Director
WASHINGTON, January 3 — Roberta Baskin, a two-time Emmy- and Peabody Award-winning investigative journalist, has been named executive director of the Center for Public Integrity. She succeeds Peg Ralston, a veteran journalist, and communications director of the Center for Public Integrity, who has been serving as acting director since November.

# THE CENTER FOR PUBLIC INTEGRITY
Investigative Journalism in the Public Interest

Donate | Store

SITE SEARCH [ ] Go | Home | Projects | Research Tools | About Us

- Audio, Video and Interactive Clips
- News Room
- Site Search
- Sitemap
- Tools of the Trade >>

**Archives**
- 2007
- 2006
- 2005
- 2004
- 2003
- 2002
- 2001
- 2000
- 1999
- 1998
- 1997

## Research Tools

# 2006 Archives

### States Outpace Congress in Upgrading Lobbying Laws
**24 states have made disclosure strides since 2003**
WASHINGTON, February 24, 2006 — As Congress struggles to maintain public trust in the midst of the lobbying scandal raging in Washington D.C., members could look to the states for ways to revamp the federal system. >>

*News Release*
### The Center for Public Integrity Responds
WASHINGTON, February 23, 2006 — For 16 years the Center for Public Integrity has been an award-winning, independent, non-profit watchdog organization. Today the Center continues to investigate and publish reports on the accountability of government and business. Our work has proven influential, in light of a journalism industry that every day seems less willing and able to take on long-term, dig-deep projects of the kind we produce. >>

### New GOP House Leader Has Many Old Ties to K Street
WASHINGTON, February 2, 2006 — House Republicans today chose as their majority leader, the candidate with the most former staff connections to lobbying firms. >>

*News Release*
### ICIJ Staffer Wins Natali Prize
**Marina Walker Guevara praised for human rights reporting**
WASHINGTON, January 31, 2006 — The Center for Public Integrity is proud to announce that Marina Walker Guevara of the International Consortium of Investigative Journalists has qualified as a winner of the Lorenzo Natali Prize for journalism in 2005. >>

### Draft Legislation Undercuts Bush Domestic Spying Rationale
WASHINGTON, January 31, 2006 — A Justice Department memo written in 2003 may call into question the legal rationale the Bush administration has offered to justify electronic surveillance of Americans without court review. >>

*News Release*
### Lobbyists Connect With White House
WASHINGTON, January 26, 2006 — During today's news conference, President Bush was asked whether or not he meets with lobbyists. His answer, "I try not to," did not paint a complete picture. >>

### Candidates for GOP House Leader Also Have Ties to K Street
**At least 19 former staff members are lobbyists**
WASHINGTON, January 18, 2006 — The three candidates running to replace Rep. Tom DeLay as Republican Majority Leader in the House of Representatives have their own multiple "revolving door" connections to lobbying firms, each sending former staff members, and staff members of the committees they chair, to work for major K Street operations. >>

### Lobbying FAQ: What is Permissible? Out of Bounds? Punishable?
WASHINGTON, January 18, 2006 — Lobbying has been present throughout our nation's history, dating back to America's first Congress, when New York merchants offered lawmakers treats and dinners in an attempt to delay passage of a tariff bill. Yet for a practice so politically prevalent, surprisingly little is known about the lobbying industry. >>

### Abramoff Plea: Digging Up K Street
**The history of lobbying shows a web of conflicts**
WASHINGTON, January 6, 2006 — Lobbyist Jack Abramoff's guilty plea to charges of mail fraud, tax evasion and conspiracy to bribe public officials, could potentially open a Pandora's Box on both K Street and Capitol Hill, industry experts said. >>

*News Release*
### Abramoff Plea Marks a Turning Point on K Street
**The Center for Public Integrity tracks lobbying milestones**
WASHINGTON, January 3, 2006 — Lobbyist Jack Abramoff's guilty plea to corruption, fraud and tax evasion charges should bring important changes to the lobbying industry, according to Roberta Baskin, executive director of the Center for Public Integrity. >>

http://www.publicintegrity.org/archives.aspx?year=2006

© 2005, The Center for Public Integrity. All rights reserved.
IMPORTANT: Read our privacy policy and the terms under which this service is provided to you.
910 17th Street, NW · 7th Floor · Washington, DC 20006 · Tel. (202) 466-1300

Our Private Legislatures

Special Report
## Personal Politics
### All too often, legislators' private interests are hidden from public view

By David Dagan
Data by Daniel Lathrop, Susan Schaab and Leah Rush

WASHINGTON, September 24, 2004 — State legislators directly influence the personal fortunes of all Americans. The 7,400 lawmakers in state capitals across the country passed more than 42,000 laws in 2003 alone and spent more than $1 trillion in taxpayer money in fiscal 2002.

But state representatives are also often uniquely positioned to influence their personal financial fortunes or those of their employers while in office. In fact, more than 28 percent of state legislators who reported their finances sat on a committee with authority over at least one of their personal interests in 2001, according to a recent Center for Public Integrity report. Eighteen percent disclosed ties to organizations registered to lobby state government. And 10 percent were employed by other government agencies, including public schools and universities. See Who's the Boss: Legislators with other government jobs.

Although state legislators frequently have jurisdiction over areas in which they hold personal interests, many states have weak mechanisms for disclosing those ties, a companion Center report notes. In fact, 24 states received failing scores on making basic information about the outside interests of their legislators available to the public.

### Meaningful disclosure
Strength of state legislators' personal financial disclosure in 2004

[map image]

The Center for Public Integrity methodically evaluated financial disclosure laws that apply to members of the legislature in all 50 states. The 43-question survey covered everything from who must personally provide access to public records. A perfect score was worth 100 points.
Source: 2004 legislative personal financial disclosure reports, forms and ethics agencies

The two analyses update previous reports by the Center on outside influences that can affect the crucial policy decisions state legislators make. The Center has been studying the financial disclosure statements filed by 6,516 legislators during 2002—which covered legislators' financial interests in 2001—in the 47 states that require them. Lawmakers in Idaho, Michigan and Vermont do not file such reports. The study considered four categories of personal interests: employers, business interests, stock holdings and directorships.

The 5.4 percent of legislators in the 47 states with mandatory financial disclosure who did not file statements were excluded when the Center calculated percentages of legislators with each type of connection.

Not surprisingly, the most commonly listed occupations were law, education and business. More than 12 percent of legislators reported property and 5.5 percent from other real estate endeavors. Seven percent had a business interest in farming. The most common stock holding was in commercial banks, which almost 10 percent had a stake in. Just over 8.5 percent were invested in computer equipment and services, followed by over 6.5 percent each in pharmaceuticals and in telecommunications.

Also, 5.3 percent of the legislators reported that they were officers or directors of a non-profit organization. Real estate businesses, commercial banks and law firms each accounted for well over three percent of the state legislators among their officers and directors.

### Applying themselves

In Kentucky, at least 57 percent of lawmakers were on committees with oversight of a personal interest in 2001. In North Carolina, Virginia and Kansas, that figure was at least 45 percent. Ten states in all had rates of more than 40 percent. Most of the committee members overseeing an industry they did so while also working as employees or business owners.

Although not all cases where a conflict of interest are an inevitable consequence of running a part-time legislature, as 39 states do, the Center's data suggests that full-time assemblies are no less likely to have potential conflicts of interest.

New York and California, for example, ranked ninth and 19th in the proportion of members serving on committees with oversight of their personal interests.

The rankings are far from reliable, however, because some states may have scored high for potential conflicts of interest only because legislators are required to disclose more personal information than their colleagues elsewhere.

L. Alma "Al" Mansell, the president of the Utah Senate, says he routinely entertains pleas from senators to land on committees related to their professions.

"They request to be on those committees because that's the area they have the most expertise in and probably where they serve best in," he said.

Other legislators say that some overlapping of public service and private interests is inevitable and often beneficial, especially when they are not paid a full-time salary for their service and must deal with topics that require particular expertise.

But committees frequently do surface about individual legislators using their offices to benefit themselves, their families, their clients or their employers.

- a former Minnesota legislator amended his financial disclosures retroactively after the Minneapolis Star Tribune asked him why he voted on legislation authorizing highway improvements without reporting a stake in land that stood to gain in value as a result.
- A Maryland state senator was advised by the Joint Committee on Legislative Ethics — in what would have been a first-ever recusal — that he should abandon his sponsorship of a bill that would have made zoning approval of cell phone towers easier for telephone companies that his law firm has represented.
- An Alabama state senator directed $35,000 in tax dollars to a training program operated by her sister and brother, according to the State Ethics Commission, which referred the case to the attorney general in early August.
- In Georgia, a federal grand jury indicted a former Senate majority leader on 137 counts, alleging in one case that he made "official decisions based on his own self-interest in securing undisclosed business favors and remuneration" from a hospital.

Those cases may have been exceptional, but most states allow legislators to cast votes that benefit themselves if the effect is not too narrow.

Robert Stern, president of the Center for Governmental Studies, a research and reform-advocacy group in California, says the most common conflict-of-interest problem is that legislators come with a bias toward their industries.

"The question in my mind is, 'Who's your boss? Who are you serving?'" Stern said. He added that legislators should avoid leading committees that oversee their industries and introducing legislation that directly affects them.

Marnsell said that, at least in Utah, committees are balanced with people from diverse backgrounds. He added that in part-time legislatures, the system works because politicians feel the impact of what they do.

"I believe that when you pass laws and then you have to go out and live with them day in and day out — in your life and in your business — you come to realize the unintended consequences of bad lawmaking, and you're not insulated from it later on," he told the Center.

### Where they sit, where they stand

Most states require at least some information about the earnings of legislators' spouses. Including their spouses raised the proportion of legislators with ties to interests before their committees to 31 percent and of those with ties to lobbying entities to 20.5 percent. Legal services, education, farming, and oil and gas, in that order, were the four top fields with ties to committees.

Most legislatures define conflicts of interest in rather narrow terms and, the Center found in a survey of voting procedures, several states actively discourage legislators from abstaining on any vote.

Generally, the law sees no conflict of interest when legislators work on bills from which they would not benefit any more than other members of their industries or other relevant groups of people.

In at least one state—Arizona—the group benefiting can legally be as small as 10 people.

James Browning, the executive director of Common Cause in Maryland, recently co-authored a study that found dozens of cases in which legislators sponsored or co-sponsored bills that appeared to benefit their own employers or interests. Browning said most of the overlaps were "benign," and after genuine efforts to do good, but that they troubled him nonetheless.

"The precedent allows someone in a less beneficent enterprise to do the same sort of thing," he said.

Virginia Delegate Bob McDonnell, a Virginia Beach Republican, was the sponsor of a bill passed last year that requires legislators to report their financial connections to lobbyists.

"It really needed to be disclosed to the public," he said. "Not necessarily banned, but disclosed."

Critics of financial disclosure insist that it is unnecessary and may scare off potential candidates for public office.

### Big blind spots

In the survey, which graded mechanisms for revealing basic information about legislators' personal financial interests, the Center found that 24 states failed, 21 were found to be satisfactory or good, and five were excellent.

Washington State came out on top with 93.5 out of 100 possible points. Among the 47 states with some form of financial disclosure law, Utah finished last with 6.5 points. As indicated earlier, Idaho, Michigan and Vermont were failed because they have no mandatory financial disclosure at all.

The 43-question survey measured access to information Center researchers determined be essential to monitoring whether legislators stand to gain personally from actions they take in office.

The survey found huge blind spots in the disclosure mirror that constituents, watchdog groups and journalists rely on to assess the judgment their legislators exercise.

- Eight states define reportable employment so narrowly that lawmakers could avoid disclosing huge sources of salaries and wages. Louisiana, for example, requires only reporting salaries earned from another government agency or from a gambling interest.
- A dozen states don't require legislators to report any of their real estate holdings.
- And in some states, spouses are virtually invisible. Twelve do not even require legislators to say where their spouses are employed. Fifteen don't ask for information about their investments, and 20 exclude their real property holdings from disclosure.

Those problems mostly affected failing states. But even in states that performed better in the survey, the Center found significant gaps that allow entire categories of personal interests to fly under the public radar.

### Survey findings

The 24 states with total scores below 60 points were failed. Thirteen of them scored below 50. Of the passing states, nine scored below 70 and five above 80. Only Hawaii and Washington cracked the 90-point even.

With Texas, Alaska and Arizona, they showed up as the nation's champions of disclosure. Even in some of these states, however, loopholes kept the picture incomplete. Texas, for example, requires legislators who provide professional services to identify their business clients—but only if the pay for that was more than what they actually deliver.

The survey found similar results as a previous Center study conducted in 1999, when 24 states also scored fewer than 60 points. The surveys are not directly comparable, however, because questions and point values were modified.

Both surveys graded states on how much they disclose about legislators' employment, personal business activities, clients, investments, real property holdings and organizational leadership positions. They also studied the accessibility of the disclosure statements, the enforcement of the disclosure laws, and the rules defining who must file disclosures and how often.

Most states struggled with specifics:

- The value of incomes, investments and real estate holdings are each exempt from reporting, either precisely or within ranges, in at least 35 states. Descriptions of the companies or organizations that legislators have invested in, hold leadership positions with, or work for are each left unreported in at least 25 states.
- In 24 states, legislators who provide client services—in professions such as law or accounting, for example—are not required to disclose anything about who has retained them.

### Outside jobs
Most common employment held by state legislators as a percentage

[pie chart]

This chart shows the percentage of legislators nationwide who reported receiving employment income from these industries in 2002. Percentages are rounded.
Source: 2002 legislative personal financial disclosure reports filed in 47 states

The latest survey added new questions about enforcement and access.

It found that authorities do not have the power to audit financial disclosure statements for completeness and accuracy in six states—Arizona, Colorado, Delaware, Nevada, Oregon and Wyoming. A dozen states, including eight with auditing power, do not conduct even minimal reviews to ensure that disclosure statements are complete.

Also, seven states make no provisions for penalizing legislators who fail to file disclosure statements.

Access policies vary widely across states, the survey found.

Massachusetts, Maryland, New Jersey, New York, Virginia and Wisconsin alert legislators when someone has inspected their financial disclosures, often including the person's name and address.

The practice is required by law in Massachusetts, Maryland and Wisconsin. In the others, it's an administrative policy.

On the other hand, sixteen states—including the two with scores above 90—make disclosure statements available electronically or online.

### Incomplete disclosure

### Seat at the table
Percentage of state legislators who sat on a committee regulating their personal interest

[map image]

This map shows the percentage of legislators in each state who sat on a committee in 2001 that regulated their own or their spouse's professional or business interests—an employer, a business of their own, a stockholding or a directorship. A blank state indicates it did not require legislators to file personal financial disclosure reports.
Note: Percentages of potential conflicts in each state can be skewed by the strength of that state's disclosure law.
Source: 2002 legislative personal financial disclosure reports

In Idaho, Michigan and Vermont, legislators file no financial disclosures at all. Repeated requests by the Center to each of the 433 legislators in these three states to fill a voluntary disclosure form drew a tepid response of only 33.

Although much of these legislators' incomes are hidden, their professional backgrounds are generally widely known. That's enough to make it clear that these legislators are no less likely to work in the fields where they also exert their brand of power.

- In Michigan, a bet of bills that would have helped local pharmacies compete with mail-order operations was moved out of a committee chaired by Rep. Stephen Ehardt, a pharmacist who had vocally supported them. Ehardt told the committee that opponents of the bills raised new questions about his self-interest rather than holding a debate on the merits, according to the Associated Press. The bills would have stopped insurers from rewarding patients who obtain prescription drugs through the mail instead of at a local pharmacy; with higher reimbursement rates. Ehardt is the president and CEO of Ehardt's Pharmacy Inc.
- In Vermont, the chairwoman of the House Judiciary Committee and the vice chairman of the Senate committee are practicing attorneys. Of the House committee's 11 members, at least four are practicing attorneys. Rep. Margaret Flory, the House chair, said there's no reason to abstain in matters affecting her profession. "I'm an attorney. I'm also a mother and a grandmother. Does that mean I shouldn't deal with parenting?" Flory noted that she once considered abstaining from a vote on raising insurance benefits for the spouses of teachers. "I thought about recusing myself because my husband is a teacher, but I voted no on the bill anyway," she said.
- In Idaho, a legislator who bums the fields on his farm annually to improve crop yields in the next season backed legislation in 2003 that stalled a major lawsuit against him and dozens of other farmers. But Rep. Wayne Meyer recently lost a primary re-election bid to an opponent who had criticized him over the legislation. See Balancing Act: Without financial disclosure, Idaho legislators tackle conflicts on their own.

In interviews, Idaho legislators invoked their neighborly political culture and capacity for self-policing to explain why financial disclosure forms are unnecessary. Idaho was also the state with the highest response rate to the Center's voluntary disclosure survey—eleven legislators filed.

One Idaho representative, Maxine Bell (R), sent back a note declining the invitation. "I mean no disrespect to your efforts, but I feel comfortable with my activities that impact my integrity and feel no need to share any information with your organization," she wrote.

Researchers from the Center contacted each legislator in Idaho, Michigan and Vermont at least three times over the course of several months to request that they return the forms.

The "statement of economic interests form" designed by the Center reflected the basic level of disclosure required in most states. It was modeled after the forms required by law in Kansas and Indiana, which offer a simple presentation.

At least one lawmaker in each of the three states contacted the Center to express interest in passing a disclosure law in their state. The Center does not advocate legislation, but gave the makers more information and samples of laws that it has rated as strong.

### Debating disclosure

Maryland Delegate John Cluster, a retired S.W.A.T. team leader from Baltimore County, acknowledges that sometimes, serving in the legislature is not so different from his old career.

Cluster was a co-sponsor of five bills that sought to cut some items from financial disclosures and require individuals who inspect the statements to present identification first.

The aim, Cluster said, was to eliminate information that was burdensome for legislators themselves to track and that ethics officials had agreed was unimportant, including some detailed investment and debt reports.

"Why should I be responsible for tracking all that information?" he told the Center.

One student of financial disclosure laws at the federal level said they have been largely ineffective and that they scare off many potential public servants who do not want to disclose their finances.

"There just is very little evidence that financial disclosure is a very useful detection device for corruption," said G. Calvin Mackenzie, a Colby College professor of government who has written books on ethics laws and on presidential appointments.

Mackenzie, a former chairman of Maine's ethics commission, said that by keeping "good people" out of government, financial disclosure would be too costly "even if there were a problem" it would fix.

But Cluster, the Maryland ex-cop, said financial disclosure was a valuable curb on wrongdoing.

Being a state legislator "is often not an attractive job," he said. "If you add to that the requirement that they've got to file personal financial disclosures, people are going to be impossible to get anyone to serve in the legislature." He added that there have been demands from disclosures but that they are not detailed.

But Cluster, the Maryland ex-cop, said financial disclosure was a valuable curb on wrongdoing.

Asked what was wrong with the honor system that is used to sort conflicts of interest in Idaho, Michigan and Vermont, Cluster laughed.

"You know, I'm a police officer," he said. "So everybody I look at is guilty."

Marilyn Canavan, who served as executive director of Maine's ethics commission while Mackenzie was the chair, said a crucial problem with financial disclosure statements is that they are not being used.

Canavan, who is now a legislator, said Maine's statements should include real estate information and that the press needs to scrutinize them more carefully. But if that is not done, she said, it might be worth reconsidering the merits of financial disclosure. "It's one thing if a legislator reports their income and their holdings and it is another thing to have someone go in there and actually try to make a connection between their income and their voting record" if it exists, she said.

Canavan recently sponsored legislation toughening the state's disclosure laws.

Still, she told the Center, "I think most of the people I serve with are very trustworthy. They are not in there to add to their wealth."

Michigan has a full-time legislature but no financial disclosure laws, and one Detroit representative said the plans to vote his second term to change that.

Rep. Steven Tobocman said that many people's backgrounds are already widely known but that "at least putting [it] in black and white would help."

"I just remember how freaked out I was at first" over legislators talking actions that benefited themselves, he said. "And then it just became so regular."

Tobocman was one of the legislators who contacted the Center for more information about financial disclosure laws.

### Scandal and reaction

Scores of bills relating to financial disclosure have been filed in state legislatures in the last two years.

The most ambitious new disclosure proposals would have legislators report their interests in government contracts or to identify business affiliates that might have political work bids.

Many disclosure proposals fell by the wayside. In Georgia, they went twice as ambitious ethics reform packages foundered in 2003 and 2004. In Louisiana, Governor Kathleen Blanco failed the idea of tougher disclosures for legislators this year but, according to the Baton Rouge Advocate, found no takers in the Legislature. One opponent of the idea says the governor didn't really try. "It was a joke," Emilie "Pepi" Bruneau, a New Orleans representative, told the Center. "It was designed to get her some publicity. Nobody was for it."

A few states did tighten the screws.

Maine passed Marilyn Canavan's bill, forcing legislators to disclose any contracts they have with the state and excluding them from no-bid deals. But provisions for disclosure of legislators' real estate holdings and associated affiliations were stripped away in committee.

The Rhode Island General Assembly imposed new restrictions on lobbyists after two legislators resigned amid controversy over their failure to disclose business ties. Among the new rules is a requirement that lobbyists and their employers disclose any payments of more than $250 they make to legislators.

Virginia legislators voted to include their business ties to lobbyists on personal financial disclosure forms by passing McDonnell's bill in 2003. Connecticut did the same this year as it took up a flurry of ethics reform after the scandal that led to Gov. John Rowland's resignation.

Voters are getting a closer look inside their lawmakers' wallets in New Jersey, which passed a new financial disclosure law that will raise the state from failing to passing on the Center survey when it kicks in next year. It will require lawmakers to disclose liabilities and to indicate the value ranges of their assets and debts.

The law itself was part of a 23-point ethics plan the Legislature passed this year amid intense media attention to a series of corruption indictments against public officials, the use of government contracts to reward campaign donors, and alleged conflicts of interest.

Rep. Jeff Van Drew, a Cape May County Democrat who was a primary sponsor of the law, said it was not only a political victory but also, a statement.

"I believe it's symbolic to say, 'Look, we've run for state office for the right reasons,'" he told the Center. Legislators' lives and much of their finances, he added, "should really be an open book."

THE CENTER FOR PUBLIC INTEGRITY
Investigative Journalism in the Public Interest

Donate | Store

Case No. 01818-JDB    Document 13-3    http://www.publicintegrity.org/wow/default.aspx?

SITE SEARCH [Go]    Home | Projects | Research Tools | About Us

**Windfalls of War**

Original Source

### Private Contractors
As early as December 2000 the Army was aware of the risks of calling on the private sector for intelligence work
WASHINGTON, June 13, 2004 — Reports on the use of contractors in Iraq have disclosed that private-sector employees have been performing sensitive intelligence work in and around combat zones. What's more, the report by Major General Antonio Taguba on the alleged abuse of prisoners at the Abu Ghraib Prison noted the involvement of civilian contractors at the Baghdad facility. >>

### Winning Contractors
U.S. Contractors Reap the Windfalls of Post-war Reconstruction
WASHINGTON, October 30, 2003 — More than 70 American companies and individuals have won up to $8 billion in contracts for work in postwar Iraq and Afghanistan over the last two years, according to a new study by the Center for Public Integrity. >>

### Cutting Through the Fog of War
Open records law offers flawed glimpse of government contracting
WASHINGTON, October 30, 2003 — Raytheon Aerospace, which changed its name to Vertex Aerospace in June 2003, and its related companies have received more than $2.7 billion in U.S. government contracts since 1990, and the company is currently in Afghanistan with a contract from the Defense Department worth at least $7.4 million involving aircraft repair and maintenance. >>

### Outsourcing Government
Service contracting has risen dramatically in the last decade
WASHINGTON, October 30, 2003 — Government contracting has always been a complex matter, thick with legal wrangling and bureaucracy, but the last decade has seen a radical change in how the U.S. government purchases goods and services. >>

### Oil Immunity?
Government denies charges that Bush helped oil companies in Iraq
WASHINGTON, October 30, 2003 — On May 22, the U.N. Security Council gathered in New York to approve a resolution lifting sanctions on Iraq, creating a Development Fund for the country and providing limited immunity to corporations involved in oil and gas deals there for the next four years. The resolution directed that proceeds from future sales of Iraqi oil and gas be placed in the development fund and allowed the U.S.-led Coalition Provisional Authority to disburse the funds in consultation with the interim Iraqi administration. >>

### A Family Connection
Sullivan Haave may be tiny, but it does have an influential Pentagon link
WASHINGTON, October 30, 2003 — One of the more interesting Iraq contracts the Center uncovered involves a tiny firm called Sullivan Haave Associates. >>

### Anatomy of a Contract
A closer look at Science Applications International Corp.'s deal
WASHINGTON, October 30, 2003 — The Pentagon has awarded seven contracts to San Diego-based Science Applications International Corp. to oversee much of the massive jobs of building a new government and mass media in post-war Iraq. Although the Defense Department and SAIC have chosen to keep much of the contract information secret—including the cost—the Center for Public Integrity has been able to glean some interesting details about the deals, which were all awarded in February 2003. The contracts all appear to last for one year and call for all of the work to be directed by Undersecretary of Defense for Policy Douglas Feith. Feith's top deputy at the Pentagon is Christopher "Ryan" Henry. Henry was a senior vice president at SAIC until October 2002. >>

### Contracts With Provisional Authorities
Some players in Iraq got their business from Baghdad and Kabul
WASHINGTON, October 30, 2003 — While the Defense and State Departments have granted the lion's share of contracts in Iraq and Afghanistan directly from Washington, a few U.S. companies have made their deals directly with local governing authorities that have emerged with U.S. support or direction. >>

http://www.publicintegrity.org/wow/default.aspx?

HOME | PROJECTS | RESEARCH TOOLS | ABOUT US | DONATE | SEARCH | SITEMAP | RSS

© 2005, The Center for Public Integrity. All rights reserved.
IMPORTANT: Read our privacy policy and the terms under which this service is provided to you.
910 17th Street, NW · 7th Floor · Washington, DC 20006 · Tel. (202) 466-1300

Sidebar:
- Project Home
- Archives
- Contractors (alphabetical list)
  - Iraq
  - Afghanistan
- Contractor Ranking
- Contractors by campaign $
- Contractors by contract history
- Updates
- Contracts and Reports
- Comments
- Methodology
- Team
- From the Executive Director

# THE CENTER FOR PUBLIC INTEGRITY
### Investigative Journalism in the Public Interest



SITE SEARCH | Go | Home | Projects | Research Tools | About Us

**Windfalls of War**

## Methodology

The Center for Public Integrity looked at U.S. companies that received U.S. government contracts in Afghanistan [and Iraq from the U.S.] agencies that are responsible for awarding most of the contracts—the Department of Defense, Department of S[tate, and U.S. Agency for International] Development.

The Center filed 73 Freedom of Information Act requests and appeals with these agencies. In addition, the Cent[er reviewed] Securities Exchange Commission filings, news clips, online databases and government and NGO (non-governm[ental organization)] resources. In addition, the Center made hundreds of phone calls and sent numerous e-mails to the companies [awarded contracts and] the federal agencies that granted them.

To calculate campaign contribution history for the companies covered in the report, the Center compiled a data[base of campaign] contributions reported to the Federal Election Commission. Those contributions were made by individuals and p[olitical action committees to] political parties and other PACs between 1990 and mid-year 2003.

For contract history, the Center used a database compiled annually by the U.S. General Services Administratio[n of all contracts greater] than $25,000 reported to the GSA by more than 60 U.S. Government, Executive Branch, departments, bureaus [and agencies for] fiscal years 1990 through 2002, the most recent data available.

In order to calculate the total campaign finance and contract history for each company in the study, the Center [thoroughly researched the corporate] structures of those companies holding contracts in Iraq or Afghanistan, identifying the current parent companies as well as any affiliated subsidiaries.

Political contributions made by individuals or political action committees affiliated with those parent companies and subsidiaries were aggregated to arrive at a single number.

Because subsidiaries were frequently bought and sold, campaign contributions were excluded if they were made during periods of time when those subsidiaries were not owned by their current parent company.

The Center used the same methodology to determine each company's history of contracting with the federal government.

The Center obtained lobbying records filed with the U.S. Congress under the Lobbying Disclosure Act, which requires companies to document how much they spend in a six-month period on lobbying, who lobbied for them and what issues they lobbied on. The records dated from January 2001 to June 2003, though not all companies had filed their 2003 forms at the time of publication.

**Sidebar menu:**
- Project Home
- Archives
- Contractors (alphabetical list)
  - Iraq
  - Afghanistan
- Contractor Ranking
- Contractors by campaign $
- Contractors by contract history
- Updates
- Contracts and Reports
- Comments
- **Methodology**
- Team
- From the Executive Director

**Dropdown menu:**
- Annual Report
- Awards
- Center Policy
- Commentaries
- Employment
- Funders
- Get Our Email Newsletters
- In the News
- International Consortium of Investigative Journalists
- IRS Compliance
- Journalistic Ethics
- News Room
- The Public i Newsletter (PDF)
- RSS Feed Help
- The Team ▶
- Contact Us
- Donate

http://www.publicintegrity.org/wow/default.aspx?act=methodology

© 2005, The Center for Public Integrity. All rights reserved.
IMPORTANT: Read our privacy policy and the terms under which this service is provided to you.
910 17th Street, NW · 7th Floor · Washington, DC 20006 · Tel. (202) 466-1300

# THE CENTER FOR PUBLIC INTEGRITY
Investigative Journalism in the Public Interest

▶ Our Mission
▶ Donate
▶ Store

http://store.publicintegrity.org/ecom/store/

SITE SEARCH [Search Phrase] [Go]

Home | Projects | Newsletters | Research Tools | About Us

**Store Home**
**Catalog of Books**
**Catalog of Reports**

🛒 View your Shopping Cart.

## The Center Store

## Welcome to the Center Store

The Center for Public Integrity welcomes you to the Center Store — the place to buy our books and reports. We hope you will also visit our website regularly for updates of projects, not yet in book or report form, or other investigations available electronically on the *Public i*.

### Catalog of Books

- Networks of Influence: The Political Power of the Communications Industry
- The Corruption Notebooks: 25 Investigative Journalists Report on Abuses of Power in Their Home Country
- Harmful Error: Investigating America's Local Prosecutors
- The Buying of the President 2004: Who's Really Bankrolling Bush and His Democratic Challengers – and What They Expect in Return
- More >>

### Catalog of Reports

- Our Private Legislature: Public Service, Private Gain
- Off the Record: What Media Corporations Don't Tell You About Their Legislative Agendas
- Unreasonable Risk: The Politics of Pesticides
- Safety Last: The Politics of E Coli and Other Food-Borne Killers
- More >>

Click on one of the above buttons or items for information about our publications and/or to buy a book or report.

HOME | PROJECTS | RESEARCH TOOLS | ABOUT US | DONATE | SEARCH | SITEMAP | RSS | PODCASTS | CORRECTIONS

© 2006, The Center for Public Integrity. All rights reserved.
**IMPORTANT**: Read our privacy policy and the terms under which this service is provided to you.
910 17th Street, NW · 7th Floor · Washington, DC 20006 · Tel. (202) 466-1300

http://store.publicintegrity.org/ecom/store/




http://store.publicintegrity.org/ecom/store/default.aspx?act=details&type=book&iID=55

# The Buying of the President 2004: Who's Really Bankrolling Bush and His Democratic Challengers – and What They Expect in Return

*New York Times* Bestseller
Available at **Amazon** and **Barnes & Noble**

*The Buying of the President 2004* reveals how the process of choosing a president has moved from the voting booth to the auction block, and highlights the special interests that heavily invest in the politicians seeking the nation's highest office. Lewis and his team reveal and investigate the sponsors and the known and not-so-known conflicts of interest entangling each of the aspirants to the White House. This is the only book of its kind, containing investigative profiles and personal histories of the major presidential candidates.

Here you will find answers to questions like

- Which candidate was paid by a pharmaceutical firm to give speeches while running for the Senate?
- Who turned the Homeland Security Act into a bonanza for the biotech industry?
- Which candidate proposed 32 separate tax breaks for big businesses that support his campaign?
- Who is the "go-to guy" for the insurance industry?

© 2006, The Center for Public Integrity. All rights reserved.
IMPORTANT: Read our privacy policy and the terms under which this service is provided to you.
910 17th Street, NW · 7th Floor · Washington, DC 20006 · Tel. (202) 466-1300

http://store.publicintegrity.org/ecom/store/default.aspx?act=details&type=book&iID=55