# EXHIBIT B

## Web Pages
## Dated October 27, 2006

# THE CENTER FOR PUBLIC INTEGRITY

Investigative Journalism in the Public Interest

http://www.publicintegrity.org

▶ Our Mission ▶ Donate ▶ Store

SITE SEARCH Go

Home | Projects | Newsletters | Research Tools | About Us

## The Center Today

Katrina Watch
10/27/2006
I.R.S. going slow before election
• See *New York Times* article

Telecom Watch Blog
10/27/2006
• CEA Touts Its 'Digital Freedom Campaign'

Takings Initiatives Accountability Project

## TAKINGS INITIATIVES ACCOUNTABILITY PROJECT

Investigating ballot initiatives that would radically change land-use and environmenntal regulation in five Western states.

- Read the stories
- About the Project
- Takings 101
- Who's Bankrolling the Initiatives?
- The Battleground States
- Ad Watch

**Visit Document Warehouse!**

## LATEST REPORTS

Well Connected: Relaunched Media Tracker Reveals Media Control by ZIP Code
New version plots broadcasting facilities on maps, tells number of broadband providers, examines more than five million records (10/17/2006)

Well Connected: Telephone, TV Industries Fight Battles Up Hill
New company profiles include details of corporate agendas in Washington (10/17/2006)

Takings Initiatives: Disrespecting the Bing
Pro-initiative groups simultaneously whack animated "Sopranos" ads (10/16/2006)

Statehouse Revolvers: Statehouse Revolvers
Study finds more than 1,300 ex-legislators among 2005 state lobbying ranks (10/12/2006)

(MORE >>)

## FEATURED PROJECTS >>

Campaign Consultants

Tracking professional advice in the 2004 races

Telecom and Media Ownership

Tracking the Players in Broadcasting, Cable and Telecommunications

(MORE >>)

SUPPORT OUR INVESTIGATIONS
Find Out How

HELP US SHINE A LIGHT ON YOUR GOVERNMENT
JOIN US NOW

## EMAIL NEWSLETTERS >>

Go

## NEWS ROOM >>

William E. Buzenberg Named Executive Director Of The Center for Public Integrity (10/23/2006)

Former FDA Chief Charged Over Conflict Of Interest (10/17/2006)

Center Receives Top Online News Association Award (10/10/2006)

## ICIJ >>

International Consortium of Investigative Journalists

## IN YOUR STATE >>

Select a state

Go

© 2006, The Center for Public Integrity. All rights reserved.
IMPORTANT: Read our privacy policy and the terms under which this service is provided to you.

910 17th Street, NW · 7th Floor · Washington, DC 20006 · Tel. (202) 466-1300

http://www.publicintegrity.org

THE CENTER FOR PUBLIC INTEGRITY
Investigative Journalism in the Public Interest
http://www.publicintegrity.org/about/about.aspx?act=awards
▶ Our Mission ▶ Donate ▶ Store
SITE SEARCH Go
Home | Projects | Newsletters | Research Tools | About Us
About Us
Annual Report
Awards
Center Policy
Corrections
Employment
Funders
IRS Compliance
Journalistic Ethics
Mission Statement
News Room
The Public i™ Newsletter
RSS Feed Help
The Team >>
Contact Us
Donate

About Us

# Awards

Awards as of October 24, 2006, are listed by year received, not necessarily by year work was published.

## 2006

- CAPITOLBEAT: ASSOCIATION OF CAPITOL REPORTERS AND EDITORS
  - Winner, In-depth Reporting Online
    **"Pushing Prescriptions in the States" and "Well Connected in the States"** , *Staff*
- ONLINE NEWS ASSOCIATION AND THE USC ANNENBERG SCHOOL FOR COMMUNICATION
  - Finalist, Online Journalism Award for Investigative Journalism (Small Sites)
    **"Power Trips"**, *Staff*
  - Winner, Online Journalism Award for General Excellence in Online Journalism (Small Sites)
    **www.publicintegrity.org**, *Staff*
- SOCIETY OF PROFESSIONAL JOURNALISTS
  - Winner, Sigma Delta Chi Award for Public Service in Online Journalism (Independent)
    **"Well Connected in the States"**, *John Dunbar and Leah Rush*

## 2005

- CAPITOLBEAT: ASSOCIATION OF CAPITOL REPORTERS AND EDITORS
  - Winner, In-depth Reporting Online
    **"Personal Politics"**, *Leah Rush, Susan Schaab, Daniel Lathrop and David Dagan*
- INVESTIGATIVE REPORTERS AND EDITORS
  - Finalist, Online
    **"The Politics of Oil"**, *Bob Williams, Kevin Bogardus, Laura Peterson, Paul Radu, Daniel Lathrop, Teo Furtado and Aron Pilhofer*
  - Winner, Online Certificate
    **"Outsourcing the Pentagon"**, *Larry Makinson, Elizabeth Brown, Dan Guttman, M. Asif Ismail, and Alex Knott*
- ONLINE NEWS ASSOCIATION AND THE USC ANNENBERG SCHOOL FOR COMMUNICATION
  - Finalist, Online Journalism Award Enterprise (Small Sites)
    **"Outsourcing the Pentagon"**, *Staff*
  - Finalist, Online Journalism Award for General Excellence (Small Sites)
    **www.publicintegrity.org**, *Staff*
- SOCIETY OF ENVIRONMENTAL JOURNALISTS
  - Winner, Outstanding Online Reporting
    **"The Politics of Oil"**, *Bob Williams, Kevin Bogardus, Daniel Lathrop, Alexander Cohen and Aron Pilhofer*
- SOCIETY OF PROFESSIONAL JOURNALISTS
  - Winner, Sigma Delta Chi Award for Investigative Reporting Online (Independent)
    **"The Politics of Oil"**, *Bob Williams, Kevin Bogardus, Aron Pilhofer and Alex Cohen*
  - Winner, Sigma Delta Chi Award for Public Service in Online Journalism (Independent)
    **"Personal Politics"**, *Staff*

## 2004

- CAPITOLBEAT: ASSOCIATION OF CAPITAL REPORTERS AND EDITORS
  - Winner, In-depth Reporting Online
    **"Silent Partners"**, *Derek Willis and Aron Pilhofer*
- INVESTIGATIVE REPORTS AND EDITORS
  - Finalist, Online
    **"Well Connected"**, *John Dunbar, Bob Williams, Morgan Jindrich and Scott Singleton*
  - Winner, Online Certificate
    **"The Water Barons"**, *William Marsden, Maud Beelman, Bill Allison, Erika Hobbs, Daniel Politi, Aron Pilhofer, Andre Verloy, Laura Peterson and Samiya Edwards*
- LONG ISLAND UNIVERSITY
  - Winner, George Polk Award for Internet Reporting
    **"Windfalls of War"**, *Maud S. Beelman, Andre Verloy, Bill Allison, Teo Furtado, Kevin Baron, Neil Gordon, Laura Peterson, Daniel Politi, André Verlöy, Bob Williams, Brooke Williams, Aron Pilhofer and Han Nguyen*
- ONLINE NEWS ASSOCIATION AND USC ANNENBERG SCHOOL FOR COMMUNICATION
  - Finalist, Online Journalism Award for General Excellence (Small Sites)
    **www.publicintegrity.org**, *Staff*
  - Winner, Online Journalism Award for Enterprise (Small Sites)
    **"Silent Partners"**, *Staff*
- PEN USA
  - First Amendment Award
    **"Charles Lewis "**
- SOCIETY OF PROFESSIONAL JOURNALISTS
  - Winner, Sigma Delta Chi Award for Public Service in Online Journalism (Independent)
    **"Silent Partners"**, *Derek Willis and Aron Pilhofer*
- SONOMA STATE UNIVERSITY
  - 2nd Place, Project Censored Award for Top 25 Censored News Stories of 2002-2003
    **"Justice Department Drafts Sweeping Expansion of Terrorism Act"**, *Charles Lewis and Adam Mayle*

## 2003

- CAPITOLBEAT: ASSOCIATION OF CAPITOL REPORTERS AND EDITORS
  - Winner, In-depth Reporting Online
    **"State Secrets"**, *Mary Jo Sylwester, Leah Rush, John Dunbar and Robert Moore*
- INVESTIGATIVE REPORTERS AND EDITORS
  - Finalist, Online
    **"Enron's Big Political Donors"**, *John Dunbar, Robert Moore and MaryJo Sylwester*
- ONLINE NEWS ASSOCIATION AND THE USC ANNENBERG SCHOOL FOR COMMUNICATION
  - Finalist, Online Journalism Award for Enterprise Journalism (Independent)
    **"The Water Barons"**, *William Marsden, Maud S. Beelman, Bill Allison, Samiya Edwards, Erika Hobbs, Aron Pilhofer, Daniel Politi and Andre Verloy*
  - Finalist, Online Journalism Award for General Excellence (Independent Small Sites)
    **www.publicintegrity.org**, *Staff*
  - Finalist, Online Journalism Awards, Enterprise Reporting (Independent)
    **"Making a Killing: The Business of War"**, *Philip van Niekerk, Maud S. Beelman, Iqbal Athas, Duncan Campbell, Sunday Dare, Samiya Edwards, Julio Godoy, Alain Lallemand, Yossi Melman, Laura Peterson, Mungo Soggot and Andre Verloy*
  - Winner, Online Journalism Award for Enterprise Journalism (Independent)
    **"Well Connected"**, *John Dunbar, Bob Williams, Morgan Jindrich, Bill Allison and Teo Furtado*
- SOCIETY OF PROFESSIONAL JOURNALISTS
  - Winner, Sigma Delta Chi Award for Investigative Reporting Online (Independent)
    **"Making a Killing: The Business of War"**, *Staff and International Consortium of Investigative Journalists*
  - Winner, Sigma Delta Chi Award for Public Service in Online Journalism (Independent)
    **"State Secrets"**, *Mary Jo Sylwester, Leah Rush, John Dunbar and Robert Moore*

## 2002

- INVESTIGATIVE REPORTERS AND EDITORS
  - Finalist, Online
    **"Tobacco Companies Linked to Criminal Organizations in Lucrative Cigarette Smuggling"**, *International Consortium of Investigative Journalists, Maud S. Beelman, Bill Birnbauer, Duncan Campbell, William Marsden, Erik Schelzig, and Leo Sisti*
- SOCIETY OF PROFESSIONAL JOURNALISTS
  - Winner, Sigma Delta Chi Award for Public Service in Online Journalism (Independent)
    **"Watchdogs on Short Leashes"**, *Kenneth Vogel and Leah Rush*

## 2001

- INVESTIGATIVE REPORTERS AND EDITORS
  - Finalist, Books
    **"The Buying of the President 2000"**, *Charles Lewis*
  - Finalist, Online
    **"Money, Influence and Integrity in the 2000 Election Year"**, *Staff*
  - Winner, Online Certificate
    **"Our Private Legislatures - Public Service, Personal Gain"**, *Diane Renzulli, Meleah Rush, John Dunbar, Alex Knott, Robert Moore, Ken Vogel*

## 2000

- INVESTIGATIVE REPORTERS AND EDITORS
  - Finalist, Online
    **"U.S. Support for Tobacco Overseas: Going Out of Business?"**, *Maud S. Beelman*
  - Winner, Books Certificate
    **"Animal Underworld: Inside America's Black Market for Rare and Exotic Species"**, *Alan Green*

## 1999

- INVESTIGATIVE REPORTERS AND EDITORS
  - Finalist, Books
    **"The Buying of Congress: How Special Interests Have Stolen Your Right to Life, Liberty and the Pursuit of Happiness"**, *Charles Lewis*

## 1998

- INVESTIGATIVE REPORTERS AND EDITORS
  - Finalist, Books
    **"Toxic Deception: How the Chemical Industry Manipulates Science, Bends the Law, and Endangers Your Health"**, *Dan Fagin and Marianne Levelle*

## 1997

- INVESTIGATIVE REPORTERS AND EDITORS
  - Finalist, Books
    **"The Buying of the President 1996"**, *Charles Lewis*
- SOCIETY OF PROFESSIONAL JOURNALISTS
  - Winner, Sigma Delta Chi Award for Public Service in Newsletter Journalism
    **"Fat Cat Hotel"**, *Margaret Ebrahim*

http://www.publicintegrity.org/about/about.aspx?act=awards
HOME | PROJECTS | RESEARCH TOOLS | ABOUT US | DONATE | SEARCH | SITEMAP | RSS | PODCASTS | CORRECTIONS

© 2006, The Center for Public Integrity. All rights reserved.
IMPORTANT: Read our privacy policy and the terms under which this service is provided to you.
910 17th Street, NW · 7th Floor · Washington, DC 20006 · Tel: (202) 466-1300

THE CENTER FOR PUBLIC INTEGRITY
Investigative Journalism in the Public Interest
Case 1:06-cv-01818-JDB Docu
http://www.publicintegrity.org/about/about.aspx?act=mission
▶ Our Mission
▶ Donate
▶ Store
SITE SEARCH Go
Home | Projects | Newsletters | Research Tools | About Us

About Us
Annual Report
Awards
Center Policy
Corrections
Employment
Funders
IRS Compliance
Journalistic Ethics
Mission Statement
News Room
The Public i™ Newsletter
RSS Feed Help
The Team >>

Contact Us
Donate

About Us

# The Mission of the Center for Public Integrity

The mission of the Center for Public Integrity is to produce original investigative journalism about significant public issues to make institutional power more transparent and accountable.

To pursue its mission, the Center:

- Generates high-quality, accessible investigative reports, databases and contextual analysis on issues of public importance.
- Disseminates work to journalists, policymakers, scholars and citizens using a combination of digital, electronic and print media.
- Educates, engages and empowers citizens with tools and skills they need to hold governments and other institutions accountable.
- Organizes and supports investigative journalists around the world who apply the Center's goals and standards to cross-border projects.
- Remains independent by building a strong and sustainable financial base of support, including a community of committed individuals and foundations.

The Center is a nonprofit, nonpartisan, non-advocacy, independent journalism organization based in Washington, D.C.

http://www.publicintegrity.org/about/about.aspx?act=mission

HOME | PROJECTS | RESEARCH TOOLS | ABOUT US | DONATE | SEARCH | SITEMAP | RSS | PODCASTS | CORRECTIONS

© 2006, The Center for Public Integrity. All rights reserved.
IMPORTANT: Read our privacy policy and the terms under which this service is provided to you.
910 17th Street, NW · 7th Floor · Washington, DC 20006 · Tel. (202) 466-1300

THE CENTER FOR PUBLIC INTEGRITY
Investigative Journalism in the Public Interest
Case 1:06-cv-01818-JDB Document 13-4
http://www.publicintegrity.org/about/publici.aspx
▶ Our Mission
▶ Donate
▶ Store
SITE SEARCH Go
Home | Projects | Newsletters | Research Tools | About Us

About Us
Annual Report
Awards
Center Policy
Corrections
Employment
Funders
IRS Compliance
Journalistic Ethics
Mission Statement
News Room
The Public *i*™ Newsletter
RSS Feed Help
The Team >>

Contact Us
Donate

About Us

# The Public *i*™ Newsletter

The Public i™ is the Center for Public Integrity's award-winning newsletter. Launched in 1994, it's been the venue for some of the Center's biggest scoops, including "Fat Cat Hotel," the story that first exposed how wealthy Democratic donors and fund-raisers were being rewarded with overnight stays in the White House as guests of President and Mrs. Clinton. That issue of *The Public i*™, published in August 1996, won the "Public Service in Newsletter Journalism" award from the Society of Professional Journalists "in recognition of distinguished service to the American people and the profession of journalism through outstanding accomplishment during the year of 1996."

Get Adobe Reader These documents require Adobe Acrobat Reader.

July 2006 Issue (PDF format), July 2006

April 2006 Issue (PDF format), April 2006

March 2006 Issue (PDF format), March 2006

December 2005 Issue (PDF format), December 2005

September 2005 Issue (PDF format), September 2005

July 2005 Issue (PDF format), July 2005

May 2005 Issue (PDF format), May 2005

February 2005 Issue (PDF format)

December 2004 Issue (PDF format)

September 2004 Issue (PDF format)

July 2004 Issue (PDF format)

May 2004 Issue (PDF format)

February 2004 Issue (PDF format)

November 2003 Issue (PDF format)

July 2003 Issue (PDF format)

February 2003 Issue (PDF format)

November - December 2002 Issue (PDF format)

October 2002 Issue (PDF format)

May 2002 Issue (PDF format)

- Center Releases Capitol Offenders: How Private Interests Govern Our States
- $570 Million Spent on Lobbying in the States in 2000
- For Banks, a Payday in the Statehouse
- Since Our Last Newsletter

February 2002 Issue (PDF format)

- White House Pushed Pro-Tobacco Rule in Anti-Terrorism Bill
- HUD Office Mismanages Funds
- Racicot will Continue Lobbying while Serving as RNC Chair

December 2001 Issue (PDF format)

- Enron's Top Brass Were Big Donors
- Enron: A Financial and Political Scandal (Commentary)
- Africa's 'Merchant of Death' Sold Arms to The Taliban

November 2001 Issue (PDF format)

- Osama bin Laden: How U.S. Helped Midwife a Terrorist
- U.S. role in Gulf War
- U.S. Embassy Bombings

September 2001 Issue (PDF format)

- Investigation Looked at Colombia, Peru, Mexico, Brazil
- CIA Gave at Least $10 Million to Ex-Spymaster

June 2001 Issue (PDF format)

- The Bush Team
- A Dozen Summer Interns
- Politics and Human Cloning

April 2001 Issue (PDF format)

- Most Surprising Finding: Feds' Non-response to Tax Cheats
- A Special Offer for new and Renewing Members

February 2001 Issue (PDF format)

- Young Pilots Riskier Than the Over-60s Who are Turned Away
- Legislators' Ties to Timber Industry
- Message to Our Members

December 2000 Issue (PDF format)

- Attack Linked to U.S. Bomb
- U.K. May Probe Cigarette Smuggling
- Philip Morris Accused of Smuggling
- Membership message

October 2000 Issue (PDF format)

- Anti-Hillary Groups Drawn to New York
- Little Money for Black Candidates
- Membership message

April 2000 Issue (PDF format)

- Overnight Guests at Governor's Mansion Added $2.2 Million to Bush Campaign
- Vice President's Quarters Draws Fund-Raisers Bucks
- Major Tobacco Mutlinational Implicated In Cigarette Smuggling, Tax Evasion, Documents Show
- Charles Lewis Commentary: Denial and Hypocrisy
- Celebrity Quiz
- Membership message

Opposition Research (PDF format), August 1999
The pen isn't the only communications tool that's mightier than the sword. There's also the video camera, which in the right hands can produce some very special effects- for instance, making a mountain of trash disappear.

Poison Politics (PDF format), June 1999
Since Toxic Deception was first published in 1997, the EPA claims to have mended many of the holes in the tattered safety net for toxic chemicals. But as the new edition of the book shows, appearances can be deceiving.

Reporting Across Borders (PDF format), March 1999
The International Consortium of Investigative Journalists is the first systematic effort ever to bring the world's leading investigative reporters together in a collaborative—and largely electronic—network.

Not-So-Full Disclosure (PDF format), February 1999
Financial-disclosure rules are the first line of defense against lawmakers using their positions of public trust for private gain. Taken together, however, the rules that apply to state legislators may be more loophole than law.

The Death of Conscience (PDF format), October 1998
The public perception today is that most lawmakers on Capitol Hill won't risk their careers for anything. Why? A tale of two former Senators speaks volumes about what's wrong in Washington these days.

In Your Backyard (PDF format), August 1998
Americans apply about 74 million pounds of pesticides a year to everything from lawns and playgrounds to golf courses and parks. Here's how the industry that manufactures them keeps Congress—and the EPA—on its side.

Errant Arcs (PDF format), May 1998
In 1991, the National Transportation Safety Board urged the Federal Aviation Administration to inspect the wiring on Boeing 737s. The FAA didn't listen—until events eight years later forced it to act.

Anything Goes? (PDF format), April 1998
What's stopping lawmakers in the Illinois General Assembly from proposing and voting on measures that could boost their own incomes? Nothing, the Center's investigation shows.

The Invisible Threat (PDF format), August 1997
An excerpt from the Center's widely acclaimed book, *Toxic Deception: How the Chemical Industry Manipulates Science, Bends the Law, and Endangers Your Health*.

The Big Squeeze (PDF format), March 1997
An excerpt from the Center's report, *Squeeze Play: The United States, Cuba, and the Helms-Burton Act*, an in-depth investigation of the influences that have shaped U.S. policy toward Cuba.

Presidential Frequent Fliers (PDF format), December 1996
Bill Clinton and Bob Dole hit the air running in the 1996 campaign, but both of them flew on the cheap, thanks to huge - and mostly hidden - subsidies from corporate America and the nation's taxpayers.

Limited Partners (PDF format), October 1996
Elizabeth and Robert Dole's investment in a tax shelter raises a series of provocative questions, especially for a presidential candidate who has made tax fairness and integrity the centerpieces of his campaign.

Fat Cat Hotel (PDF format), August 1996
Where to stay in the nation's capital? If you're one of the Democratic Party's big donors or fund-raisers, your hotel of choice isn't the Four Seasons or the Ritz-Carlton. It's the White House.

Playing Political Roulette (PDF format), June 1996
The gambling industry has moved quickly to accumulate influence and clout in national politics. In this year's presidential race, it's betting the house.

Campaign 96: The Hidden Persuaders (PDF format), February 1996
Candidates on the Washington Culture: Lamar Alexander, Bob Dole, Pat Buchanan, Phil Gramm, Bill Clinton, and Richard Lugar.

Unanswered Questions the Presidential Candidates Don't Want You to Ask (PDF format), January 1996
1995 Contributions to presidential candidates from Bill Clinton, Lamar Alexander, Patrick Buchanan, and Bob Dole, their "Top Ten Career Patrons."

Steve Forbes and the Flat Tax (PDF format), December 1995
With the assistance of an accounting firm that made estimates based on available public financial disclosure records, the Center revealed that millionaire publisher Steve Forbes's key campaign issue, advocacy of a "flat tax," would have cut his own annual tax liability in half.

Rocky Mountain High-Flier (PDF format), June 1995
A look into the foreign trade missions sponsored by the U.S. Department of Commerce and led by Commerce Secretary Ronald Brown.

Contract with an American (PDF format), March 1995
A look into Marianne Gingrich's position with the Israel Export Development Company, Ltd.

Public Trust, Private Influence (PDF format), November 1994

- A word from Charles Lewis on arrogance
- James MacGregor Burns on leadership
- Inside the Beltway-New Campaign Fund Uses!
- Dread Disease; Old Nuke and New Nuke Concerns
- A Defense Fund Tax Primer
- Cuba Si! Cuba No!

Lobbying (PDF format), July 1994

- The Fastest Growing Health Care Industry
- A word from Charles Lewis, "Where's the Outrage?"
- An interview with Bill Kovach
- Inside the Beltway: Summer Bummer
- Inside America: Scary Water
- Study Update: Rainy Day II
- Gold Rush for Former Senator.

http://www.publicintegrity.org/about/publici.aspx
HOME | PROJECTS | RESEARCH TOOLS | ABOUT US | DONATE | SEARCH | SITEMAP | RSS | PODCASTS | CORRECTIONS

© 2006, The Center for Public Integrity. All rights reserved.
IMPORTANT: Read our privacy policy and the terms under which this service is provided to you.
910 17th Street, NW · 7th Floor · Washington, DC 20006 · Tel. (202) 466-1300

THE CENTER FOR PUBLIC INTEGRITY
Investigative Journalism in the Public Interest

http://www.publicintegrity.org/archives.aspx?year=2005

Home | Projects | Newsletters | Research Tools | About Us

Site Search
Audio, Video and Interactive Clips
News Room
Site Search
Sitemap
Tools of the Trade >>

Archives
2007
2006
2005
2004
2003
2002
2001
2000
1999
1998
1992

# 2005 Archives

In the News
## Lobbyist Found Guilty of Jamming Get-Out-the-Vote Phone Lines
WASHINGTON, December 16, 2005 — James Tobin, a Republican lobbyist from Maine, was found guilty of conspiring to jam New Hampshire Democrats' get-out-the-vote phone lines three years ago, reports the Bangor Daily News. >>

In the News
## Defense Contractor Behind a Congressman's Bribery
WASHINGTON, December 1, 2005 — Rep. Randy "Duke" Cunningham's confession that he accepted bribes and his resignation from Congress are drawing attention to Pentagon contractors linked to the California Republican. >>

## Indictment of a System
**Like DeLay's committee, groups run by 30 other members of Congress took corporate money and transferred funds to national party accounts**
WASHINGTON, November 21, 2005 — Hours after Rep. Tom DeLay, R-Texas, was indicted by a Texas grand jury, he went on national television to refute the charges with viewers that he was not alone: other members of Congress had made transactions similar to those that led to his prosecution. >>

## Study Findings for "Indictment of a System"
WASHINGTON, November 21, 2005 — Like DeLay's committee, groups run by 30 other members of Congress took corporate money and transferred funds to national party accounts. >>

## Nice Work If You Can Get It
**Political patronage rules in state utility commissions**
WASHINGTON, November 17, 2005 — When Martin Cohen was appointed head of the Illinois Commerce Commission, the regulatory body that oversees utilities in the state, he joined a very small fraternity. >>

## State Utility Commissions Fall Transparency Test
**Half of states fail Center survey**
WASHINGTON, November 17, 2005 — More than half of the states received a failing grade on making personal financial information of the nation's utility board members available for public inspection, according to a Center for Public Integrity study examining laws in all 50 states. >>

## Cheney Sidesteps Travel Disclosure Rules
**Unlike the rest of the White House, Cheney doesn't make his outside travel public**
WASHINGTON, November 16, 2005 — Vice President Dick Cheney and his staff have been unilaterally exempting themselves from long-standing travel disclosure rules followed by the rest of the executive branch, including the Office of the President, the Center for Public Integrity has discovered. >>

In the News
## Koch Industries: Big, Private, and Powerful
WASHINGTON, November 14, 2005 — Koch Industries, poised to become the largest privately held company in America with its acquisition of Georgia-Pacific, is also a major player in campaign contributions. >>

## From Coffins to Coffers
**Dozens of donors listed as 'deceased' have contributed $1.3 million to candidates for Congress, the White House and political parties**
WASHINGTON, October 20, 2005 — Most people have heard tales of the dead casting ballots in Chicago or Philadelphia. But there's another form of posthumous political participation that has grown into a nationwide trend: donating money from beyond the grave. >>

## 527s Run Aground in the States
**Groups continue to raise money as some regulators crack down**
WASHINGTON, October 24, 2005 — With $51 million in the bank for 2005 so far, 527 committees—political nonprofit organizations that file with the Internal Revenue Service rather than with the Federal Election Commission—are riding high in the off-year election cycle. On the campaign trail, though, many of these groups are running afoul of state regulators and election authorities. Some have been fined, subpoenaed or left to dissolve after months of battling state officials. >>

## Murky Waters
**A private foundation tied to Red Lobster's parent company has paid for House Resource Committee Chairman Pombo's trips abroad. Did they break the law?**
WASHINGTON, October 18, 2005 — A powerful member of Congress may have broken the law by not paying taxes on foreign trips paid for by a shadowy private foundation in large part bankrolled by the parent company of the Red Lobster and Olive Garden restaurant chains, the Center for Public Integrity has found. >>

## Murky Waters
**A private foundation tied to Red Lobster's parent company has paid for House Resource Committee Chairman Pombo's trips abroad. Did they break the law?**
WASHINGTON, October 18, 2005 — Related documents >>

In the News
## Harriet Miers Donated $5,000 to Bush Election Recount
WASHINGTON, October 4, 2005 — President George W. Bush's latest Supreme Court nominee, White House Counsel Harriet Miers, donated $5,000 to the Bush-Cheney 2000, Inc.-Recount Fund, a significant portion of the $26,700 total given by individuals at her law firm, Locke Liddell & Sapp. >>

## PAC-Men Lobbyists
**Almost 80 members of Congress used corporate lobbyists to head their fund-raising committees**
WASHINGTON, October 3, 2005 — When lobbyist William Oldaker sits down to negotiate with a member of Congress, he brings years of experience working for the federal government to the table, as well as the legislative resources of his own firm. He also brings quite a bit of money. >>

In the News
## The Paper Trail Behind Tom DeLay's Indictment and Roy Blunt's 527
WASHINGTON, September 29, 2005 — Although Rep. Tom DeLay, R-Texas, was indicted for allegedly laundering corporate donations through his 527 organization to a state party committee, the man chosen to fill in for him as House majority leader has engaged in similar—albeit legal—activities. >>

In the News
## The Paper Trail Behind DeLay's Indictment
WASHINGTON, September 28, 2005 — House Majority Leader Tom DeLay was indicted by a Texas grand jury Wednesday on a charge of conspiracy to violate campaign finance laws. Following the indictment, DeLay announced that he would temporarily step down from his post as House Majority Leader. >>

## Former Bells Dial Up Big Numbers in Statehouses
**SBC is No. 1 in both lobbying and contributions**
WASHINGTON, September 29, 2005 — Telecommunications companies spent $60.3 million on political contributions over six years and a minimum of $63.4 million on lobbying over two years in an attempt to curry favor with elected officials in the states, according to a new Center for Public Integrity analysis. >>

## More Cities Offering Wireless Internet Access
**Bells call it unfair competition**
WASHINGTON, September 29, 2005 — As a resident of tech-savvy Austin, Texas, Adina Levin enjoys the benefits of widespread wireless Internet access. Austin is one of a number of cities in the nation that has built a system that allows residents to log on to the Internet without worrying about plugging into a phone or cable outlet. Levin wants the rest of the state to have the same advantage. "People really care about it," Levin said of wireless access. "There's a constituency for it." >>

In the News
## Pentagon Doesn't Know How Much It's Spending
WASHINGTON, September 27, 2005 — How well is the Defense Department keeping track of the billions of dollars spent in Iraq and Afghanistan? >>

## K Street Pushes Chinese Textiles Interests
**Trade issues fuel much of China's lobbying efforts—and few may be more important than textile imports**
WASHINGTON, September 23, 2005 — As U.S. and Chinese negotiators get ready to bump heads over textile trade again next week in Washington, D.C., a Center for Public Integrity analysis of lobbying records filed with the Department of Justice shows that textiles have been one of the top priorities of China's political agenda in the past seven years. >>

## Lobbying the White House
**Campaign donors and former government officials help 4,000 companies influence the executive branch**
WASHINGTON, September 21, 2005 — Not many companies change their name to accommodate a recent hire, but not every new employee has the standing of Kirk Blalock. In a town where influence is predicated on who you know, Blalock's connections are a conspicuously valuable commodity. >>

In the News
## New Calls for Lobby Reform
WASHINGTON, September 20, 2005 — In April 2005 the Center for Public Integrity released a report showing that a large number of lobbyists failed to comply with the law by filing timely disclosure forms with the government. >>

Commentary
## Muzzling the Watchdogs
**India has a vibrant press—despite some government officials' efforts to discourage it**
WASHINGTON, September 20, 2005 — Earlier this year, I wrote front-page stories in *The Indian Express* newspaper in which one of the government's highest law officers (the attorney general or a subordinate) advised narrowing or shutting down probes into political scandals by the Central Bureau of Investigation, the country's premier investigative agency. This was no small matter: The CBI is analogous to the American FBI, and a significant number of the cases under its jurisdiction deal with corruption and public fraud. >>

## China Steps Up Its Lobbying Game
**The Chinese government is hiring the best of the best to advance its agenda**
WASHINGTON, September 15, 2005 — An oil company controlled by the government of China bankrolled one of the most intense, multi-pronged lobbying blitzes in recent memory in a bid to take over U.S.-based Unocal this summer, according to an in-depth analysis of new disclosure filings by the Center for Public Integrity. >>

## Timely, Effective and Fair?
**Justice Department makes a valuable public database all but inaccessible**
WASHINGTON, September 15, 2005 — It is a detailed database that could be shining a constant light on the shadowy and complicated world of Washington lobbyists working for foreign governments and overseas companies, a potentially invaluable tool for promoting government transparency, honesty and accountability. >>

In the News
## Profiting from Katrina
**The contracts**
September 12, 2005 — Reports by CNN, the *Houston Chronicle* and *The Wall Street Journal*, among others, have begun to focus on another angle of the still-unfolding story of Hurricane Katrina's aftermath: the awarding of government contracts for one of the biggest reconstruction efforts in American history. In the last few years, the Center for Public Integrity has done several significant reports on government contracts; below are links to Web pages from our projects *The Windfalls of War* and *Outsourcing the Pentagon* that offer data on some of the major companies that have received the first federal contracts in connection with the Gulf Coast disaster. >>

## State Lobbyists Near the $1 Billion Mark
**Laws in flux for 19 states**
WASHINGTON, August 10, 2005 — Vested interests are working harder than ever to achieve their goals in state capitols and state agencies across the country. Nearly 47,000 such interests—companies, advocacy groups, labor unions, professional organizations and even government agencies—hired more than 38,000 individual lobbyists. >>

## Lobbying Laws in the States
**A state-by-state roundup of recent developments**
WASHINGTON, August 10, 2005 — What follows are summaries of states that have either proposed or enacted changes to their lobbying regulations in the last year. Most of this information comes from Web-based news services. >>

Commentary
## Why We Still Need Serious Journalism
August 6, 2005 — I tried for years to get on to Fleet Street and nearly gave up. Then, with one of those strokes of luck which all journalists need, in 1965 I wiggled my way on to the Sunday Times. I'd done one story for it as a freelance and had been given a spare desk and a telephone. >>

## Illegal Defense
**Center finds violations, missing records regarding legal expense funds**
WASHINGTON, August 4, 2005 — House Majority Leader Tom DeLay and Senate Minority Leader Harry Reid are among five lawmakers who accepted donations to their legal expense funds—in apparent violation of congressional ethics rules—from registered lobbyists and foreign agents, according to a study by the Center for Public Integrity. >>

Commentary
## If You Pay, You're the Boss
**Mexico has freedom of expression, but no tradition of investigative reporting**
July 22, 2005 — Mexican TV networks, which in years past had a tradition of imposing tight self-censorship on themselves, are now playing a leading role in the country's media coverage of politics. >>

## Campaigning for Oil
**A 527 helps Alaska's push to open up the Arctic National Wildlife Refuge**
WASHINGTON, July 14, 2005 — So-called 527 committees entered the public realm last year as a tool of campaigns and consultants to win elections. But in Alaska, one such group has found a new function: lobbying to open up the Arctic National Wildlife Refuge for oil and gas development. >>

Special Report
## Drug Lobby Second to None
**How the pharmaceutical industry gets its way in Washington**
WASHINGTON, July 7, 2005 — The pharmaceutical and health products industry has spent more than $800 million in federal lobbying and campaign donations at the federal and state levels in the past seven years, a Center for Public Integrity investigation has found. >>

## FDA: A Shell of its Former Self
**The Food and Drug Administration lacks the power to regulate pharmaceuticals and keep you safe**
WASHINGTON, July 7, 2005 — Thalomid is a popular treatment for a progressive blood disease known as multiple myeloma—a cancer of the plasma cells that is responsible for more than 10,000 deaths annually in the United States. The drug accounted for more than three-quarters of the $377 million in revenue generated last year by its manufacturer, New Jersey-based Celgene Corp. In fact, the global pharmaceutical company's Web site proclaims that Thalomid is "the current driver of Celgene revenue growth." >>

## Surrogates for Their Agenda
**How the drug industry uses non-profits to push its interests**
WASHINGTON, July 7, 2005 — Chances are, the commercial is familiar, seen more often than not at dinnertime: a middle-aged woman begins a discussion by saying, "I can't even believe I'm talking about this." >>

## Checkbook Politics
**Over the last seven years, the pharmaceutical industry has given $150 million in campaign contributions**
WASHINGTON, July 7, 2005 — The pharmaceutical and health products industry has given nearly $150 million to federal and state candidates and parties, along with some political non-profits, in the last four election cycles, a Center for Public Integrity analysis of campaign finance records revealed. Sixty-five percent, or almost $100 million, went to Republicans. >>

## Drug Industry Influence Timeline
**Here's what the pharmaceutical industry has gotten on its political investment:**
July 7, 2005 — Here's what the pharmaceutical industry has gotten on its political investment: >>

## Exporting Prices
**Drug makers' trade group makes the industry's priorities U.S. trade policy**
WASHINGTON, July 1, 2005 — The Pharmaceutical Research and Manufacturers of America, which represents 67 parent companies and subsidiaries that develop and make prescription and over-the-counter drugs, listed contacts with the government's top officials overseeing international trade agreements on more lobbying reports than it did for contacts with the Food and Drug Administration, which directly oversees the industry's products. >>

## The Cost of Indecency
**Big settlements lead to tamer airwaves**
WASHINGTON, June 30, 2005 — After a record 2004, the Federal Communications Commission has yet to issue a fine for indecent broadcasting this year, the longest pause in activity since 2001, according to records gathered by the Center for Public Integrity. >>

## Traveling on the Abramoff Plan
**Dozens of members of Congress have accepted trips from non-profits with registered lobbyists on their boards**
WASHINGTON, June 22, 2005 — At least 123 of Washington's top lobbyists occupy the same ethical gray area now threatening to bring down high-profile influence peddler Jack Abramoff, according to a new study by the Center for Public Integrity, American Public Media and Medill News Service. >>

INTERACTIVE MAP

In the News
## Zuma to Be Prosecuted
June 20, 2005 — South Africa is in the news again, with the decision by the national prosecuting authority to charge the sacked deputy president Jacob Zuma on two charges of corruption. >>

## Private Warriors
June 20, 2005 — "Private Warriors" is a collaborative effort between Frontline, RainMedia and the Center for Public Integrity. >>

## Treacherous Trails
**The press in Colombia has access to public information, though looking for it can put journalists in grave danger**
WASHINGTON, June 10, 2005 — Colombia is a country of extreme news, as evidenced by just one day's headlines: 17 military killed in a guerrilla ambush; U.S. soldiers caught smuggling cocaine out of the country; 19 of Bogotá's 20 deputy mayors fired by the mayor while most of them were under investigation on allegations of corruption. >>

In the News
## Call for GAO Investigation Follows Center Report
WASHINGTON, June 10, 2005 — The House Judiciary Committee minority office may ask for an investigation into the Justice Department's Foreign Agent Registration Act Database, following a report by the Center for Public Integrity. >>

## McCain-Feingold Changes State Party Spending
**Fundraising dips, ad buys plummet in first election after campaign reform**
WASHINGTON, May 26, 2005 — Campaign finance reform took a bite out of the bottom line for state parties in 2004 as overall fundraising dipped to slightly more than $735 million for the cycle, with an even split between Democrats and Republicans. >>

## Old Parties Learn New Tricks
**Governors' 527s gave $13.2 million to state parties in 2004**
WASHINGTON, May 26, 2005 — Missouri became a hotbed of activity for 527s—the political groups that had an outsized impact on the 2004 election season by funding controversial advertisements and organizing voters outside of the traditional party system. >>

## Profiles: Organizational Donors
WASHINGTON, May 26, 2005 — The Center profiled the top organizations—companies or groups—giving to state political party and caucus committees in 2003 and 2004. >>

## Profiles: Individual Donors
WASHINGTON, May 26, 2005 — The Center profiled the top individuals giving to state political party and caucus committees in 2003 and 2004. >>

## Profiles: Industry Donors
WASHINGTON, May 26, 2005 — The Center profiled select industries giving to state political party and caucus committees that are not directly related to the two major parties to better explain their support of certain policies and politicians at the state level in 2003 and 2004. >>

## Profiles: Consultants
WASHINGTON, May 26, 2005 — The Center profiled the top consultants hired by state political party and caucus committees in 2003 and 2004. >>

## Foreign Companies Pay to Influence U.S. Policy
**More than $620 million spent lobbying federal government**
WASHINGTON, May 20, 2005 — The army of lobbyists working behind the scenes to affect federal legislation and agency regulations now count some 650 foreign companies among their clients, which are seeking to influence everything from America's defense contracting and pharmaceutical policies to the sort of environmental matters that literally affect U.S. soil, according to an analysis by the Center for Public Integrity. >>

## Lobbying the Watchdogs
**Hundreds of companies push their agendas with the GAO, FEC and OGE**
WASHINGTON, May 3, 2005 — Nearly 300 companies and organizations have sought to influence the federal offices responsible for overseeing the integrity of American democracy the past six years. These special interests have reported lobbying the Federal Election Commission, the Office of Government Ethics and the Government Accountability Office. >>

## Prescription for Power
**Drug makers' lobbying army ensures their legislative dominance**
WASHINGTON, April 28, 2005 — The deep-pocketed pharmaceutical and health products industry has lobbied on more than 1,400 congressional bills since 1998 and spent a whopping $759 million during that period, a Center for Public Integrity review of lobbying records revealed. >>

## Influencing the IRS
**Nearly 500 companies lobby the tax agency**
WASHINGTON, April 12, 2005 — When average Americans need help with their federal income taxes, they hire an accountant or buy a computer program to ensure that they don't miss out on any deductions. But when corporate giants like Detroit-based DTE Energy want to save millions, they turn to Washington, D.C., lobbyists. >>

Special Report
## Industry of Influence Nets More Than $10 Billion
**Shadowy lobbyists ignore rules and exploit connections**
WASHINGTON, April 7, 2005 — Special interests and the lobbyists they employ have reported spending, since 1998, a total of more than $10.8 billion to influence Congress, the White House and more than 200 federal agencies. They've hired a couple thousand former government officials to influence federal policy on everything from abortion and adoption to taxation and welfare. And they've filed—most of the time—thousands of pages of disclosure forms with the Senate Office of Public Records and the House Clerk's Office. >>

## Breaking the Law
**At least one in five companies lobbying fail to file required forms**
WASHINGTON, April 7, 2005 — When it comes to lobbying in Washington, D.C., those paid to influence America's laws have a habit of disregarding them. >>

## Your Tax Dollars at Work—on K Street
**Cities, states and universities spend more than half a billion dollars lobbying**
WASHINGTON, April 7, 2005 — At a time of enormous budgetary constraints, states, cities and public schools have spent hundreds of millions of dollars on lobbyists to plead their cases before legislators and regulators in the nation's capital. >>

## More Than 2,000 Spin Through Revolving Door
**Nearly 250 former members of Congress and agency heads register to lobby**
WASHINGTON, April 7, 2005 — Back in 1995 Rep. Dick Zimmer wanted to curtail the ability of lawmakers-turned-lobbyists to trade their public responsibility for private gain. The New Jersey congressman introduced a bill popularly referred to as the "Revolving Door Act." His goal was to "prevent former members of Congress from cashing in on their former positions of public trust by gaining inappropriate advantage over other lobbyists," Zimmer wrote in a letter to a newspaper that year. >>

## Georgia Beefs Up Disclosure
WASHINGTON, April 5, 2005 — In the last vote of this year's session, the Georgia General Assembly on Thurs., March 31, passed House Bill 48 updating their ethics in government laws. Several provisions beef up requirements for legislative personal financial disclosure and lobbyist disclosure. Research for this was pulled from the Center's nationwide rankings on legislative disclosure laws and lobbyist disclosure laws. The Center will update Georgia's score and ranking when the legislation is signed into law. >>

Commentary
## Puzzling Evidence
**When a story is good enough to cut and paste, and too good to check**
WASHINGTON, March 23, 2005 — The teapot sized tempest over remarks made by Sean Treglia, a former program officer for the Pew Charitable Trusts, in March 2004 continues to roil. But is what Treglia said even accurate? Specifically, he claimed that, "I always encouraged the grantees never to mention Pew." >>

Commentary
## No Good Deed Goes Unpunished
**The Center responds to its poorly informed critics**
WASHINGTON, March 22, 2005 — Columnists and editorial writers stirring the teapot-sized tempest about foundations that have supported (nefariously, they seem to claim) campaign finance research have also been maligning the Center for Public Integrity—no doubt for our "Orwellian name," as one of them put it—as well. >>

Response
## Mercyhurst Responds
March 17, 2005 — Mercyhurst College letter of response >>

Update
## No-Bid Contractor Has Deep Ties to Ridge
**Head of Trustees at Mercyhurst College one of former DHS Secretary's best friends and top political supporters**
WASHINGTON, March 17, 2005 — Former Homeland Security Secretary Tom Ridge has close personal and political connections to a tiny Pennsylvania college that is negotiating a no-bid contract to train intelligence analysts for the sprawling agency. >>

## Tiny School Gets No-Bid Work From Homeland Security
**Agency deems Mercyhurst College the sole source to provide training for intelligence analysts**
WASHINGTON, March 16, 2005 — A tiny college located in the hometown of ex-Homeland Security Secretary Tom Ridge is negotiating a no-bid contract to train intelligence analysts for the sprawling agency. In doing so, the agency is short-circuiting a selection process that would normally include a host of bigger and better known institutions already working in that field such as George Washington University and Georgetown University. >>

Interview
## Unprecedented Opportunity
**A Beirut-based Arab journalist discusses the potential for democracy in the Middle East**
March 3, 2005 — Rami Khouri, a veteran editor and reporter who currently serves as editor-at-large for the Lebanese English language newspaper, *The Daily Star*, spoke to the staff of the Center for Public Integrity on March 2, 2005. He discussed recent events in Lebanon and elsewhere in the Middle East and their implications for American foreign policy. >>

## Two-hundred Channels and Nothing on – Literally
**Low-power TV mogul hopes for big payoff**
WASHINGTON, February 24, 2005 — In 1982, the Federal Communications Commission created a new broadcast television service designed to provide local and niche programming to rural Americans and urbanites whose special-interest needs were not being met by existing broadcasters. >>

Interactive Map

Book Excerpt
## Democrats Likely to Choose Howard Dean as Leader
**During his run for president in 2003, the former governor from Vermont pioneered Internet fundraising**
WASHINGTON, February 8, 2005 — Former presidential candidate Howard Dean has been chosen to succeed Terry McAuliffe as the chairman of the Democratic National Committee. The Center for Public Integrity profiled Dean in our *New York Times* bestselling book, *The Buying of the President 2004*. >>

## Battling Over Social Security
**Several groups associated with 527s are now engaged in the dispute over Bush's plan to overhaul the entitlement program**
WASHINGTON, February 8, 2005 — Interest groups that spent millions through their 527 committees in Election 2004 are now turning their sights on a different target: Social Security. >>

Commentary
## The State of Investigative Reporting
WASHINGTON, January 31, 2005 — Those who report on political corruption must often confront everything from insidious lies to death threats. Over the next few days, four journalists-from Russia, Peru, Zimbabwe, and the United States-describe the deteriorating state of press freedom in their respective parts of the world and the risks they face personally in trying to uncover the truth.

- **Russian Media:** A dead man still walking, by Yevgenia Albats
  For more on press freedom issues in Russia and the quality of governance in general, see the Russia Country Report in the Center's 2004 Global Integrity Report.
- **The Spy Who Would Rule Peru:** An investigative journalist recalls his quest to expose a notorious power-monger, by Gustavo Gorriti
- **Encounter With an Assassin:** A Zimbabwean journalist puts his life at risk when his paper questions government policy, by Geoff Nyarota
  For more on press freedom issues in Zimbabwe and the quality of governance in general, see the Zimbabwe Country Report in the Center's 2004 Global Integrity Report.
- **A Culture of Secrecy:** What has happened to the principle that American democracy should be accessible and transparent? By Charles Lewis
  For more on press freedom issues in the United States and the quality of governance in general, see the U.S. Country Report in the Center's 2004 Global Integrity Report.

>>

## Private Interests
**The privatization of Romania's oil industry has enriched the well-connected—and corrupt**
WASHINGTON, January 25, 2005 — Iosif Dan, a top advisor to Romanian President Ion Iliescu, explained in a recent interview with the Center for Public Integrity why he had accepted money from a petroleum company vying for a piece of the country's oil-privatization action. >>

Update
## Posted: State Legislators' 2004 Personal Disclosures
WASHINGTON, January 24, 2005 — Ever wonder what outside financial interests a legislator in your state might have? Now you can find out with a couple of clicks of your mouse. Putting the country's government ethics laws to work, the Center for Public Integrity today made thousands of state legislators' outside interest disclosure filings available to online users. >>

## PhRMA's Envoys
**Former ambassador lobbies Canadians on drug imports to U.S.**
WASHINGTON, January 18, 2005 — The U.S. pharmaceutical industry, which is mounting a multi-million dollar campaign to prevent importation of prescription drugs from across the northern borders, enlisted an ex-envoy to Canada and his former top aide to lobby the government with which they once conducted diplomacy, Canadian lobbying disclosure records reviewed by the Center for Public Integrity revealed. >>

http://www.publicintegrity.org/archives.aspx?year=2005

HOME | PROJECTS | RESEARCH TOOLS | ABOUT US | DONATE | SEARCH | SITEMAP | RSS | PODCASTS | CORRECTIONS

© 2006, The Center for Public Integrity. All rights reserved.
IMPORTANT: Read our privacy policy and the terms under which this service is provided to you.
910 17th Street, NW · 7th Floor · Washington, DC 20006 · Tel. (202) 466-1300

THE CENTER FOR PUBLIC INTEGRITY
Investigative Journalism in the Public Interest

http://www.publicintegrity.org/archives.aspx?year=2006

▶ Our Mission
▶ Donate
▶ Store

SITE SEARCH [Go]

Home | Projects | Newsletters | Research Tools | About Us

Audio, Video and Interactive Clips
News Room
Site Search
Sitemap
Tools of the Trade >>

Archives
2007
2006
2005
2004
2003
2002
2001
2000
1999
1998
1997

Research Tools

# 2006 Archives

## Relaunched Media Tracker Reveals Media Control by ZIP Code
**New version plots broadcasting facilities on maps, tells number of broadband providers, examines more than five million records**
WASHINGTON, October 17, 2006 — The Center for Public Integrity's "Well Connected" Project on Tuesday released a new version of Media Tracker, a searchable Internet database that allows users to find out who controls the media and telecommunications facilities in their regions. >>

## Telephone, TV Industries Fight Battles Up Hill
**New company profiles include details of corporate agendas in Washington**
WASHINGTON, October 17, 2006 — The Center for Public Integrity's "Well Connected" Project on Tuesday updated 48 profiles in its Media Tracker database. The profiles reveal a multitude of conflicting pressures confronting the top players in telecommunications, broadcast and cable television. >>

## Disrespecting the Bing
**Pro-initiative groups simultaneously whack animated "Sopranos" ads**
October 16, 2006 — A cartoon knockoff of HBO's hit series "The Sopranos," which had been used as ammunition in the advertising arsenals of groups pushing property-rights initiatives in four Western states, has been pulled following inquiries by the Center for Public Integrity. >>

## Statehouse Revolvers
**Study finds more than 1,300 ex-legislators among 2005 state lobbying ranks**
WASHINGTON, October 12, 2006 — Over a three-year period ending in 2005, nearly 1,600 former lawmakers across the country were registered at some point to lobby state legislatures for special interests, according to an analysis by the Center for Public Integrity. More than 1,300 ex-lawmakers were registered to lobby in 2005 alone. The study findings show that the revolving door between public and private service turns just as easily in the state arena as it does in Washington D.C. on the federal level. And when the former state legislators moved into their new roles, Center research found, they often emerged as some of the most powerful, well-connected statehouse lobbyists. >>

## From Lobbyist to Legislator
**Former professional advocates take on role of lawmaker**
WASHINGTON, October 12, 2006 — To get a bill passed in the statehouse often requires legislators to do a little lobbying — a requirement that especially suits North Carolina Rep. Deborah Ross, D-Wake County, current lawmaker and former registered lobbyist. The process includes speaking with all committee members involved and following the bill when it crosses over to the other legislative chamber for consideration, Ross says. But she believes legislators sometimes think such tasks are reserved only for lobbyists. While a Center for Public Integrity analysis focused on former state legislators who registered to lobby at some point after leaving office, Ross is among the rarer individuals who were lobbyists who then became legislators. >>

## No Longer on Staff
**Former government aides join state lobbying ranks**
WASHINGTON, October 12, 2006 — WolfBlock Government Relations touts the success of its employees "in this specialized field of Pennsylvania politics" on its Web site. It's not surprising the firm knows how to get results for its clients from the state government: of the six lobbyists with online profiles, five worked as staffers in the state legislature or the governor's office. The sixth member is a former legislator. Through its six-month investigation of state legislators-turned-lobbyists, the Center for Public Integrity found not only ex-lawmakers cashing in on legislative experience, but government staffers who also moved into private advocacy positions. >>

## The 'Reason' Road Map
**Libertarian foundation laid out a plan for cloning Oregon experiment**
October 10, 2006 — When Measure 37 passed handily in Oregon two years ago, property-rights activists throughout the nation were euphoric — and, apparently, eager to push the experiment forward. >>

## Center Posts State Legislators' Personal Financial Disclosures
WASHINGTON, October 6, 2006 — In New Jersey, looking up the outside financial interests of a state legislator takes less than a minute. A few states away in Maryland, the process can take hours. The difference? New Jersey offers online access to the financial disclosure statements filed by its lawmakers. Maryland requires anyone who wants to view legislators' forms to travel to Annapolis and obtain copies in person (see number 15 on the ethics commission's frequently asked questions regarding financial disclosure). >>

## The 'Other' Howard
**While he's put $200,000 behind Proposition 90, Howard Ahmanson, Jr., says that he's never even spoken to Howard Rich**
October 5, 2006 — While New Yorker Howard Rich has emerged as the chief financier of anti-takings ballot initiatives in the West, the California effort also has received substantial support from Howard Fieldstead Ahmanson, Jr., a wealthy Christian fundamentalist who lives in Orange County. >>

## Showdown in the West
**It's over "regulatory takings," and the political gunslinger is a wealthy real estate investor in New York City**
October 3, 2006 — On November 7, residents of at least four Western states — Arizona, California, Idaho, and Washington — are to vote on proposed constitutional amendments that critics say would all but paralyze land-use regulation and erode environmental protections. >>

## A Wealth of Advice
**Nearly $2 billion flowed through consultants in 2003-2004 federal elections**
WASHINGTON, September 26, 2006 — In the 2004 federal races, more than $1.78 billion flowed through a professional corps of consultants whose influence plays an important, though largely unexamined role, in the unrelenting escalation of campaign spending, a groundbreaking Center for Public Integrity study has found. The money going to these consultants amounted to about half of the total spending by presidential candidates, national party committees, general election candidates for Congress, and so-called "527"s — independent political groups. >>

## Airtime Is Money
**Basing pay on ad spending could create a consulting conflict of interest**
WASHINGTON, September 26, 2006 — When people discuss the sometimes prohibitive costs of political campaigns, rarely is the role that consultants play in driving up costs addressed. Consulting firms hired by presidential candidates who make it all the way to the November election earn millions of dollars. If their candidate wins, the consultants' careers are made. >>

## The More Media, the Better ...
**Consultants urge ever-expanding amounts of ad time**
WASHINGTON, September 26, 2006 — The proof that media consultants abuse their clients, according to Doug Bailey, founder of The Hotline political news service and former Republican consultant, is the sheer volume of airtime they advise candidates to purchase now. The number of times each political ad airs has risen exponentially over the years — a phenomenon other consultants confirm — and in Bailey's mind, for no valid strategic reason. >>

## Jakarta's Intelligence Service Hires Washington Lobbyists
**Former Indonesian president's foundation served as conduit for push to overturn ban on military cooperation**
JAKARTA, Indonesia, September 7, 2006 — The Indonesian national intelligence agency used the charitable foundation of a former Indonesian president to retain a Washington lobbying firm that pressed for a full resumption of controversial military training programs to the country, the International Consortium of Investigative Journalists has learned. >>

## A Gateway to Brazil
**Telecom firm linked to Jefferson bribe probe helped pay for his, others' travel**
WASHINGTON, September 6, 2006 — In February 2004, Rep. William Jefferson, D-La., went to Africa to help set up deals for a telecommunications company whose top executive later pleaded guilty to bribing him. In April of that year, the congressman led a delegation on a weeklong tour of Brazilian cities sponsored in part by the same firm. >>

## Drug Makers' Dime Funds Congressional Travel
**Pharmaceutical companies, affiliated trade groups spent more than $600,000 on trips**
WASHINGTON, August 30, 2006 — Members of Congress and their aides accepted more than $600,000 in free travel from pharmaceutical interests during a 5½-year period in which drug company profits climbed, in part due to federal legislation favorable to the industry. >>

## Drug Makers' Dime Funds Congressional Travel
**Pharmaceutical companies, affiliated trade groups spent more than $600,000 on trips**
WASHINGTON, August 30, 2006 — Members of Congress and their aides accepted more than $600,000 in free travel from pharmaceutical interests during a 5½-year period in which drug company profits climbed, in part due to federal legislation favorable to the industry. >>

## A Vacation from the Rules
**Some disclosure filings sketchy on details, tardy despite ethics oversight**
WASHINGTON, June 27, 2006 — Much is known about James Dennis' trip to Europe in the spring of 2003. The 10-day trip took the aide to Sen. Jeff Bingaman, D-N.M., to Berlin, Geneva and London, where he discussed "international tax matters" with local officials. His transportation cost $7,700, his food $1,140, and his lodging $2,180. >>

## Sponsors' Gifts Present a Problem
**Travelers took goods, services valued above $50 limit as part of expenses**
WASHINGTON, June 27, 2006 — In January 2003, Katherine E. Dedrick went to the Kona Hawaiian Resort to speak at a conference sponsored by the American Association of Airport Executives, a trade group. >>

## Family Trips
**House rules on travel companions were skirted — then loosened**
WASHINGTON, June 22, 2006 — Members of the House of Representatives and their staffs skirted congressional travel rules about 190 times in a 5½-year period ending in mid-2005 by bringing unauthorized companions on trips bankrolled by private groups, the Center for Public Integrity has found. >>

## Poor Form on Senate Guest Disclosure
**Travelers' filing doesn't require companion names or expense details**
WASHINGTON, June 22, 2006 — Over the course of 5½ years, U.S. senators and their aides reported taking companions on privately financed trips far less often than their counterparts in the House, a study by the Center for Public Integrity found. >>

## Unregistered Advocates?
**Influential groups sponsoring $20 million in travel not registered to lobby**
WASHINGTON, June 20, 2006 — Over the past three years, as Airbus and Boeing have been locked in a bitter fight over each other's government subsidies, an obscure nonprofit has sponsored at least 10 trips for congressional officials to Toulouse, France, where Airbus is headquartered. >>

## To Panama and Back
**Contractor implicated in Cunningham bribery scandal sponsored 2000 trip for aide**
WASHINGTON, June 15, 2006 — In April 2000, Rep. Randy "Duke" Cunningham sent his chief of staff to Panama for what the aide described on his travel disclosure form as "education and research." >>

## Abramoff Travel Ties
**Disgraced lobbyist's firm, clients sponsored more than a dozen congressional trips**
WASHINGTON, June 14, 2006 — Playing a round on Scotland's historic Old Course and watching the Chitimacha Louisiana Open are two very different golfing experiences, but they have one common connection: Jack Abramoff. >>

## Ethics Committee Members, Staff Among the Well-Traveled
**House legislators mulling rules and their aides took about $1 million in trips**
WASHINGTON, June 14, 2006 — In the next few days, the House Committee on Standards of Official Conduct is expected to recommend changes to the chamber's rules on privately sponsored travel, including measures that could strengthen disclosure requirements and close loopholes used by lobbyists. >>

## Flouting the Rule on Lobbyist-Paid Travel
**Review finds at least 90 apparent ethics violations**
WASHINGTON, June 12, 2006 — It's a cardinal rule in Congress: Lawmakers and their staffers may not take travel paid by registered lobbyists or lobbying firms. The intention is to keep professional influence-peddlers from gaining special access to lawmakers. >>

## Lobbyists Tag Along on Civil Rights Tour
**Alabama pilgrimage also provides chance to mingle with lawmakers**
WASHINGTON, June 8, 2006 — Seven times in the last nine years, the Faith and Politics Institute has taken a congressional contingent on what it calls a "civil rights pilgrimage" to Alabama. >>

## So Much Travel in So Little Time
**Former DeLay staffer racked up $85,000 in travel in 26 months**
WASHINGTON, June 8, 2006 — As chief of staff to then-House Majority Whip Tom DeLay, Susan Hirschmann spent months away from Capitol Hill, visiting exotic international locales while conferring with heads of state and staying at oceanside resorts — most of the time with her lobbyist husband in tow. >>

Special Report
## Privately Sponsored Trips Hot Tickets on Capitol Hill
**Study finds almost $50 million spent on travel for lawmakers, aides**
WASHINGTON, June 5, 2006 — Over a 5½-year period ending in 2005, members of Congress and their aides took at least 23,000 trips — valued at almost $50 million — financed by private sponsors, many of them corporations, trade associations and nonprofit groups with business on Capitol Hill. >>

## Top Gun of Travel
**Spy plane's maker spent roughly $660,000, targeted legislators' aides**
WASHINGTON, June 5, 2006 — Among the top corporate sponsors of congressional trips is a little-known California defense contractor that far outspent its industry competitors on travel for more than five years — and that in 2005 landed promises of billions of dollars in federal business. >>

## Rangel Trip Raises Ethics Questions
**N.Y. legislator's first filing didn't disclose Cuban government as sponsor**
WASHINGTON, June 5, 2006 — Four years after taking a privately funded trip to Cuba with his wife and son, Rep. Charles B. Rangel, D-N.Y., has acknowledged a violation of House ethics rules and reimbursed two of the trip sponsors. >>

## Who Are the Top Travelers?
WASHINGTON, June 5, 2006 — Measured in both dollars and number of trips, members of the House and their aides made more extensive use of privately sponsored travel than their counterparts in the Senate from January 2000 through June 2005. >>

## E-mails from the Edge of Disaster
**Ex-FEMA head's messages show unfolding drama behind the scenes**
WASHINGTON, May 9, 2006 — On the day Hurricane Katrina slammed into New Orleans, a former U.S. senator who had become a registered lobbyist was trying to get the nation's top emergency manager to schedule a meeting to complain about a no-bid contract that was heading to his client's competitor. >>

## Ga. Leads States Shining More Light on Legislator Finances
**Center launches Web tool offering easier access to state disclosure filings**
WASHINGTON, April 20, 2006 — At least seven state governments made changes in 2005 to provide more information to the public on legislators' personal financial interests, a Center for Public Integrity survey of state disclosure offices has found. >>

## Industry Puts $44 Million into State Lobbying
**Campaigns push back against moves to cut prices, spending on medication**
WASHINGTON, April 6, 2006 — Fighting a flurry of legislative and public policy initiatives aimed at reducing prices and slicing drug budgets, the pharmaceutical industry spent more than $44 million on lobbying state governments in 2003 and 2004, a Center for Public Integrity analysis of lobbying records has found. >>

## Deep Pockets Contribute to Success
**Industry spends millions on state campaign donations, Calif. fight**
WASHINGTON, April 6, 2006 — The pharmaceutical industry, which mounted a huge lobbying campaign to thwart attempts by states to reduce drug prices, also has spent tens of millions of dollars on campaign contributions and fights over ballot initiatives, a Center for Public Integrity analysis of state campaign funds has found. >>

## States See Importation as Solution to High Drug Costs
**Several seek, have plans despite federal and industry opposition**
WASHINGTON, April 6, 2006 — Pursuing average savings of 25 percent to 50 percent below U.S. prices, many states have defied the federal government and turned to countries such as Canada for access to affordable prescription drugs for their citizens. >>

## FDA Staff Travels on Drug Industry Dollars
**Groups tied to FDA-regulated industry paying for agency officials' trips**
WASHINGTON, March 30, 2006 — Through an apparent loophole in agency rules the Food and Drug Administration has allowed its employees to receive more than $1.3 million in sponsored travel since 1999 from groups closely tied to pharmaceutical and medical device companies. >>

## Senate Rejects Office of Public Integrity
**Leaves lobbying regulations un-enforced**
WASHINGTON, March 28, 2006 — The U.S. Senate defeated today, by a vote of 67-30, an amendment by Senators John McCain (R-Ariz.), Susan Collins (R-Maine) and Joseph Lieberman (D-Conn.) to create an independent Office of Public Integrity to oversee lobbying disclosure. >>

## Meet the New Boss, Same as the Old Boss?
**Boehner's travel and PAC spending aren't a huge change from DeLay's ways**
WASHINGTON, March 17, 2006 — When Rep. John Boehner, R-Ohio, was elected House majority leader on Feb. 2, he presented himself as a new kind of leader — someone who would rise above doing business as usual, a departure from the aggressive tactics and ethical tight-rope walking of his predecessor, Tom DeLay. >>

INTERACTIVE MAP

## Few States Claiming Easy Money for Katrina Victims
**Only 12 tap into $2 billion federal fund to aid poor evacuees**
WASHINGTON, March 8, 2006 — Just weeks after Hurricane Katrina struck the Gulf Coast, Congress scrambled to pass an emergency bill that gave states access to $2 billion to help the low-income hurricane victims scattered across the country. >>

## States Outpace Congress in Upgrading Lobbying Laws
**24 states have made disclosure strides since 2003**
WASHINGTON, March 1, 2006 — As Congress struggles to maintain public trust in the midst of the lobbying scandal raging in Washington D.C., members could look to the states for ways to revamp the federal system. >>

## States Outpace Congress in Upgrading Lobbying Laws
**24 states have made disclosure strides since 2003**
WASHINGTON, March 1, 2006 — As Congress struggles to maintain public trust in the midst of the lobbying scandal raging in Washington D.C., members could look to the states for ways to revamp the federal system. (Hired Guns project) >>

## New GOP House Leader Has Many Old Ties to K Street
WASHINGTON, February 2, 2006 — House Republicans today chose as their majority leader, the candidate with the most former staff connections to lobbying firms. >>

## Draft Legislation Undercuts Bush Domestic Spying Rationale
WASHINGTON, January 31, 2006 — A Justice Department memo written in 2003 may call into question the legal rationale the Bush administration has offered to justify electronic surveillance of Americans without court review. >>

## Candidates for GOP House Leader Also Have Ties to K Street
**At least 19 former staff members are lobbyists**
WASHINGTON, January 18, 2006 — The three candidates running to replace Rep. Tom DeLay as Republican Majority Leader in the House of Representatives have their own multiple "revolving door" connections to lobbying firms, each sending former staff members, and staff members of the committees they chair, to work for major K Street operations. >>

## Lobbying FAQ: What is Permissible? Out of Bounds? Punishable?
WASHINGTON, January 18, 2006 — Lobbying has been present throughout our nation's history, dating back to America's first Congress, when New York merchants offered lawmakers treats and dinners in an attempt to delay passage of a tariff bill. Yet for a practice so politically prevalent, surprisingly little is known about the lobbying industry. >>

## Abramoff Plea: Digging Up K Street
**The history of lobbying shows a web of conflicts**
WASHINGTON, January 6, 2006 — Lobbyist Jack Abramoff's guilty plea to charges of mail fraud, tax evasion and conspiracy to bribe public officials, could potentially open a Pandora's Box on both K Street and Capitol Hill, industry experts said. >>

http://www.publicintegrity.org/archives.aspx?year=2006

HOME | PROJECTS | RESEARCH TOOLS | ABOUT US | DONATE | SEARCH | SITEMAP | RSS | PODCASTS | CORRECTIONS

© 2006, The Center for Public Integrity. All rights reserved.
IMPORTANT: Read our privacy policy and the terms under which this service is provided to you.
910 17th Street, NW · 7th Floor · Washington, DC 20006 · Tel. (202) 466-1300

# THE CENTER FOR PUBLIC INTEGRITY

[illegible]

"SOME OF THE BEST INVESTIGATIVE REPORTING TODAY IS BEING DONE BY...THE CENTER FOR PUBLIC INTEGRITY."
— Columbia Journalism Review

## CENTER PROJECTS IN 2004

[illegible]

[illegible]

## CHANGES AT THE TOP

[illegible]

## 2004 REPORTS

[illegible]

| Date | Headline |
|---|---|
| 3/2/2004 | **Regulating Cloning:** *The biotech industry pushes its agenda in the states* |
| 3/4/2004 | **Political Mugging in America:** *Anatomy of an "independent" smear campaign* |
| 3/11/2004 | **Bush Has a New Top Career Patron:** *MBNA surpasses Enron as the president's top lifetime contributor* |
| 3/25/2004 | **The State Money Race:** *Dems outraised GOP in the states, but have little to show for it* |
| 3/25/2004 | **Party of One:** *Special committees allow prominent lawmakers to parcel out campaign cash* |
| 3/25/2004 | **Professional Advice:** *State parties spend hundreds of millions on consulting* |
| 4/6/2004 | **FCC Managers Still Flying Free** |
| 4/9/2004 | **Indecency on the Air:** *Shock-radio jock Howard Stern remains 'King of All Fines'* |
| 4/13/2004 | **Group Wants Truth in Cell Phone Billing:** *Wireless firms bill clients $937 million for 'federal recovery fees'* |
| 4/19/2004 | **Closing in on Human Cloning:** *The federal government is funding research in primate cloning technology. Why?* |
| 4/20/2004 | **The Money Pours In:** *Political non-profits rake in millions of dollars from rich donors* |

[illegible] *proposed prohibition*

| Date | Headline |
|---|---|
| 6/2/2004 | **Where Scientists Call the Shots:** *Advanced capabilities and lax regulation put Israel on the leading edge of cloning* |
| 6/2/2004 | **Favorable Logistics:** *In Brazil, infrastructure and human resources for cloning are available* |
| 6/2/2004 | **A Human Rights Issue:** *In Europe, nations ban reproductive cloning, but allow research to continue* |
| 6/13/2004 | **Private Contractors:** *As early as December 2000 the Army was aware of the risks of calling on the private sector for intelligence work* |
| 6/23/2004 | **Baby Bells Paying to Play:** *Bells paid two-thirds of fines and settlements since Jan. 2000* |
| 6/23/2004 | **Tracking Enforcement:** *Getting enforcement information from agency a maddening process* |
| 6/28/2004 | **Foreign Lobbyist Database Could Vanish:** *Justice Department claims merely copying its foreign agents database could destroy it* |
| 6/30/2004 | **Contractors Write the Rules:** *Army policy governing use of contractors omits intelligence* |
| 7/1/2004 | **Voter Turnout Group Focuses on Ohio:** *America Coming Together puts hundreds of employees into Buckeye State* |

| Date | Headline |
|---|---|
| 7/7/2004 | **Winning Contractors – An Update:** *As the number of contracts rises, problems continue to plague the contracting process* |
| 7/8/2004 | **The Party's Parties:** *Lavish parties lead to access at nominating convention* |
| 7/12/2004 | **It's Their Party:** *DNC demands boost cost of convention, paid for by special interests* |
| 7/12/2004 | **Spending Spree:** *Where Does the Convention Money Go?* |
| 7/12/2004 | **Wining and Dining the DNC:** *When cities vie to host a convention, it's the Party insiders who win* |
| 7/12/2004 | **A Study in Excess:** *Los Angeles rolled out red carpet for winning bid in 2000* |
| 7/15/2004 | **Big Oil Protects its Interests:** *Industry spends hundreds of millions on lobbying, elections* |
| 7/15/2004 | **Gimme Shelter (From Taxes):** *U.S. oil and gas companies have 882 subsidiaries in tax haven count* |
| 7/15/2004 | **Koch's Low Profile Belies Political Power:** *Private oil company does both business and politics with the shades drawn* |
| 7/15/2004 | **Big Oil Spends $400,000 on Government Junkets:** *Legislators taken to NASCAR races, "Wildcatters Ball"* |
| 7/15/2004 | **A Pipeline of Influence:** *Even before he became VP, Dick Cheney and Bush fundraisers were crafting national energy policy* |
| 7/27/2004 | **Incomplete Disclosure:** *IRS filings show few penalties for political committees that fail to meet requirements* |
| 7/28/2004 | **Contracting Intelligence:** *Department of Interior releases Abu Ghraib contract* |
| 7/29/2004 | **Outsourcing the Defense Budget:** *Defense contractors are writing the president's defense budget* |
| 8/12/2004 | **527s Attract New Donors as Others Abandon System in Wake of BCRA** |
| 8/18/2004 | **Halliburton Contracts Balloon:** *Despite being under an investigative cloud, company gets $4.3 billion in 2003* |
| 8/20/2004 | **The Republican Convention:** *The party begins in New York City, paid for by special interests* |
| 8/20/2004 | **Grand Old Parties:** *Special interests shower Republicans with perks and parties in the Big Apple* |
| 8/20/2004 | **Counting the Costs:** *Convention boosters promise a windfall that rarely materializes* |
| 8/26/2004 | **State Parties Adjust to McCain-Feingold:** *Fundraising ahead of 2001 pace as new law provides opportunities and challenges* |
| 9/2/2004 | **Media Tracker Gets Facelift:** *Ownership search expanded, improved* |
| 9/7/2004 | **Millionaires Raising Millions:** *Bush and Kerry have new major donors in common* |
| 9/14/2004 | **States with Senate Races Fuel Money Pipeline:** *National parties ship millions to Alaska, Florida and California* |
| 9/17/2004 | **GOP 527s Gaining Ground:** *Political groups on the right raise at least $26 million since June* |
| 9/22/2004 | **Venezuela Head Polishes Image With Oil Dollars:** *President Hugo Chavez takes his case to America's streets* |
| 9/22/2004 | **Saudis Drop Big Bucks for Washington Influence:** *Saudi Arabia the most active OPEC member on K Street* |
| 9/22/2004 | **Bob Dole: Indonesia's Man in Washington:** *Former Republican presidential candidate is paid to lobby for the country's oil interests* |
| 9/22/2004 | **K Street Lobbyists Carry Water for OPEC:** *Disclosure filings indicate massive spending on lobbying by oil-rich countries* |
| 9/23/2004 | **527 Ad Spending Heavy in Midwestern States:** *Wisconsin and Iowa see millions in advertising since June* |
| 9/24/2004 | **Personal Politics:** *All too often, legislators' private interests are hidden from public view* |
| 9/24/2004 | **Balancing Act:** *Without financial disclosure, Idaho legislators tackle conflicts on their own* |
| 9/24/2004 | **Who's the Boss?** *Legislators with other government jobs* |

| Date | Headline |
|---|---|
| 9/29/2004 | **Outsourcing the Pentagon:** *Who benefits from the politics and economics of national security?* |
| 9/29/2004 | **The Pentagon's Stealth Rainmaker:** *How revolving doors and large donations allow a defense lobbying firm to dominate* |
| 9/29/2004 | **The Pentagon's $200 Million Shingle:** *Defense data show billions in mistakes and mis-labeled contracts* |
| 9/29/2004 | **The Shadow Pentagon:** *Private contractors play a huge role in basic government work—mostly out of public view* |
| 9/29/2004 | **The Big Business of Small Business:** *Top defense contracting companies reap the benefits meant for small businesses* |
| 10/8/2004 | **The Abu Ghraib Supplementary Documents:** *The Center for Public Integrity posts classified documents that form the basis of the Taguba report* |
| 10/8/2004 | **Anatomy of a Lobbying Blitz:** *Cable industry enlists diverse crowd in high-level influence campaign* |
| 10/14/2004 | **A Little-Used Campaign Finance Rule:** *State and local parties not warming up to Levin funds* |
| 10/18/2004 | **527 Fundraising Nets a Record Haul:** *Independent political groups have raised $391 million for the 2004 election* |
| 10/25/2004 | **The Limits of Charity:** *Gov. Bill Richardson is taking advantage of a regulatory gray area to get out the vote* |
| 10/27/2004 | **K Street's Investment in the Status Quo:** *Incumbent senators bank on lobbyists with agendas before them* |
| 10/27/2004 | **Three Quarters of Incumbent Legislators Are Running Again** |
| 10/27/2004 | **Cautious About Hard Money:** *County party organizations shying away from federal activities* |
| 10/28/2004 | **From Government Service to Private Practice:** *Writers of telecom law move to K Street* |
| 10/28/2004 | **Bells vs. AT&T:** *Telephone lobbying surpasses half-billion* |
| 10/28/2004 | **Networks of Influence:** *The political power of the communications industry* |
| 10/28/2004 | **Broadcast Lobbying Tops $222 Million:** *One story you won't hear on the news* |
| 10/28/2004 | **Industry Battles Re-regulation:** *Cable lobbying climbs by 50 percent* |
| 10/28/2004 | **Sinclair Flap Proves Exception to the Rule:** *Broadcasters split the ticket when it comes to contributions* |
| 10/29/2004 | **Electioneering Communications:** *Outside groups spend millions on ad buys* |
| 10/29/2004 | **2004 Election Tip Sheet** |
| 10/31/2004 | **The Abu Ghraib Supplementary Documents:** *New installment of classified documents shows abuses at other prison camps* |
| 11/1/2004 | **Kerry Almost Doubles Bush's Recount Funds:** *Primary campaign funds give Kerry the edge* |
| 11/3/2004 | **Documents Reveal Concern Regarding Halliburton Contracts:** *A top Army contracting officer asks for an independent investigation* |
| 11/3/2004 | **GOP 527s Outspend Dems in Late Ad Blitz:** *Progress for America and Swift Boats dominated airwaves in Swing States* |
| 11/15/2004 | **527 Reports Win Two Journalism Awards:** *Center is a Finalist for General Excellence* |
| 11/18/2004 | **Investing in War:** *The Carlyle Group profits from government and conflict* |
| 11/22/2004 | **Clamping Down on Freedom of the Press:** *What lessons does Watergate offer for today's beleaguered media?* |
| 11/29/2004 | **Ukraine in the News** |
| 12/7/2004 | **Appealing to a Higher Authority:** *Federal energy regulators smooth the way for liquefied natural gas terminals* |
| 12/7/2004 | **Can a Free Market Help Clear the Air?** *World Bank buys pollution rights from tiny Indian village for $645* |
| 12/16/2004 | **527s in 2004 Shatter Previous Records for Political Fundraising** |
| 12/20/2004 | **Big Oil Wields Ultra Deep Influence:** *Legislators push for energy industry tax breaks, regulatory changes to hunt for oil at the bottom of the sea* |
| 12/20/2004 | **U.S. Pushed to Ratify Deep Sea Treaty:** *U.N. Law of the Sea will divvy up deep ocean bottom for oil and gas drilling* |

## AWARDS 2004

In 2004 the Center was honored by the journalistic community nine times for its investigative reporting, including winning the first George Polk Award ever given to a Web-based organization.

**PEN USA**
Winner
First Amendment Award: Charles Lewis and The Center for Public Integrity

**ONLINE JOURNALISM AWARDS, USC ANNENBERG SCHOOL FOR COMMUNICATION**
Winner
Enterprise Journalism (small sites): "Silent Partners: How political non-profits work the system," Derek Willis & Aron Pilhofer
Finalist
General Excellence (small sites)

**INFORMATION TODAY**
Winner
2004 Buddie Award for Best Unknown Database: The Center for Public Integrity

**LONG ISLAND UNIVERSITY**
Winner
The George Polk Award in Journalism (Internet Reporting): "Windfalls of War: U.S. Contractors in Iraq and Afghanistan," Maud S. Beelman, Andre Verloy, Bill Allison, Teo Furtado, Kevin Baron, Neil Gordon, Laura Peterson, Daniel Politi, André Verlöy, Bob Williams, Brooke Williams, Aron Pilhofer and Han Nguyen

**SOCIETY OF PROFESSIONAL JOURNALISTS**
Winner
Public Service in Online Journalism (Independent): "Silent Partners: How political nonprofits work the system," Derek Willis and Aron Pilhofer

**INVESTIGATIVE REPORTERS AND EDITORS**
Winner
Investigative Reporting (Online): "The Water Barons," William Marsden, Maud S. Beelman, Bill Allison, Samiya Edwards, Erika Hobbs, Aron Pilhofer, Daniel Politi and Andre Verloy
Finalist
Other Media (Online): "Well Connected," John Dunbar, Bob Williams, Morgan Jindrich and Scott Singleton

**ASSOCIATION OF CAPITAL REPORTERS AND EDITORS**
Winner
In-Depth Reporting (Online): "Silent Partners: How political nonprofits work the system," Derek Willis and Aron Pilhofer

## 2004 INTERN REPORT

For 10 weeks during the summer of 2004 the Center hired 13 interns from around the country and introduced them to the nuts and bolts of investigative reporting. Although they failed to improve the Center's softball record despite enthusiastic participation, they made invaluable contributions to our most important investigations.

While working closely with Center staff, they assisted in the research, writing, and database development that embody the Center's style of reporting. Their efforts helped make the Center the premier online investigative reporting organization in the country.

As part of the summer program, interns have the opportunity to meet and question outstanding members of the media, the federal government and corporations. In 2004, they met with Sen. John McCain (R-Ariz.), Sen. Hillary Clinton (D-N.Y.), *Nightline* anchor Ted Koppel, *NewsHour* senior correspondent Gwen Ifill, Pulitzer Prize winners Seymour Hersh, Bob Woodward and Anthony Shadid, and Doug Bennett, executive vice president of Timmons & Company. In one meeting with three foreign journalists, interns listened to first-hand stories of reporting in countries where censorship, intimidation, and even murder are the usual obstacles faced by investigative reporters.

The Center's summer internship programs have become a point of pride for the entire organization. The infusion of excitement they bring to our newsroom adds an extra layer of satisfaction among the staff; knowing they have a hand in helping the next generation of investigative reporters begin their careers.

## FUNDERS

The Center for Public Integrity, which does not accept contributions from anonymous donors or from corporations, labor unions or governments, gratefully acknowledges the generous support of the following individuals and foundations that contributed $500 or more in 2004:

Reza Abbaszadeh
Amrou I. Almanaseer
The Annenberg Foundation
James Bagley II
Morton K. and Jane Blaustein Foundation
Professor Jack Block
Peter and Alice Broner
Stimson Bullitt
Carnegie Corporation of New York
Peter and Lucia Gill Case
Columbia Foundation – Christine H. Russell Fund
Jonathan Coopersmith
Harriet Crosby
The Nathan Cummings Foundation
Russell and Teruko Daniel
Estate of Robert DeBolt
The Dudley Foundation
Robert Duke
Victor Elmaleh Foundation
Ford Foundation
James Gleick and Cynthia Crossen
The David B. Gold Foundation
The Lucy Gonda Foundation
Mr. and Mrs. Arthur Greenberg
Gunzenhauser – Chapin Fund
The William and Flora Hewlett Foundation
John Hirschi Donor Advised Fund
Jimmy W. Janacek
The Joyce Foundation
John S. and James L. Knight Foundation
Jerry Knoll
Eleanor W. Lawing
Liberty Hill Foundation – Wolk Fund
Raymond and Susana Limon
Arthur D. Lipson and Rochelle Kaplan
Donna Mae Litowitz
Susan Loewenberg
John D. Logan
The Los Angeles Times Foundation*
Jon and Lillian Lovelace
The John D. and Catherine T. MacArthur Foundation
Paula Madison
Robert and Nicole Maloney
Nita Manitzas
Debra Mattina
Janet Maughan and Steven Klimczak
Amy McCombs
Stewart R. Mott Charitable Trust
The John and Florence Newman Foundation
The New York Community Trust:
  T. Roland Berner Fund
  Everett Philanthropic Fund
  World-Wide Holdings, Inc. Fund
Frances C. Nyce
Omidyar Network Fund
Open Society Institute Development Foundation
John Pasquin and JoBeth Williams
Park Foundation, Inc.
Chris and Karen Payne
Dr. Sarah Pender
The Pew Charitable Trusts
Charles Piller
Popplestone Foundation
Lynn R. and Karl E. Prickett Fund
Mark Purcell
Donovan E. Rasmussen
Grace Jones Richardson Trust
Richard Robb
Rockefeller Brothers Fund
Christopher Ryan
Vincent Ryan
Sandler Family Supporting Foundation
The Scherman Foundation, Inc.
Bruce Sievers and Cynthia Perry
Peter Sills
Norman M. Spieler
K. Martin Stevenson
Marianne Szegedy-Maszak
Mark Thompson
Michael Tiemann
Town Creek Foundation
Vanguard Public Foundation:
  Domitila Barrios de Chungara Fund
The Whitehead Foundation
John H.T. and Sandra Wilson

* Matching gift

http://www.publicintegrity.org/docs/annualreports/2004_CPI_Annual_Report.pdf

THE CENTER FOR PUBLIC INTEGRITY
Investigative Journalism in the Public Interest

http://www.publicintegrity.org/oi/report.aspx?aid=377

Our Private Legislatures

Special Report

# Personal Politics

## All too often, legislators' private interests are hidden from public view

By David Dagan
Data by Daniel Lathrop, Susan Schaab and Leah Rush

WASHINGTON, September 24, 2004 — State legislators directly influence the lives of all Americans. The 7,400 lawmakers in state capitals across the country passed more than 42,000 laws in 2003 alone and spent more than $1 trillion in taxpayer money in fiscal 2002.

Virginia Delegate Bob McDonnell, a Virginia Beach Republican, was the sponsor of a bill passed last year that requires legislators to report their financial connections to lobbyists.

"It really needed to be disclosed to the public," he said. "Not necessarily banned, but disclosed."

Critics of financial disclosure argue that it is unnecessary and may scare off potential candidates for public office.

### Big blind spots

In the survey, which graded mechanisms for revealing basic information about legislators' personal financial interests, the Center found that 24 states failed, 21 were found to be satisfactory or good, and five were excellent.

Washington State came out on top with 93.5 out of 100 possible points. Among the 47 states with some kind of financial disclosure law, Utah finished last with 6.5 points. As indicated earlier, Idaho, Michigan and Vermont were failed because they have no mandatory financial disclosure at all.

The 43-question survey measured access to information Center researchers determined to be essential to monitoring whether legislators stand to gain personally from actions they take in office.

The survey found huge blind spots in the disclosure mirror that constituents, watchdog groups and journalists rely on to assess the judgment their legislators exercise.

- Eight states define reportable employment so narrowly that lawmakers could avoid disclosing huge sources of salaries and wages. Louisiana, for example, requires only reporting salaries earned from another government agency or from a gambling interest.
- A dozen states don't require legislators to report any of their real estate holdings.
- And in some states, spouses are virtually invisible: Twelve do not even require legislators to say where their spouses are employed. Fifteen don't ask for information about their investments, and 20 exclude their real property holdings from disclosure.

Those problems mostly afflicted failing states. But even in states that performed better in the survey, the Center found significant gaps that allow entire categories of personal interests to fly under the public radar.

### Survey findings

The 24 states with total scores below 60 points were failed. Thirteen of them scored below 50. Of the passing states, nine scored below 70 and five above 80. Only Hawaii and Washington cracked the 90-point mark.

With Texas, Alaska and Arizona, they showed up as the nation's champions of disclosure. Even in some of these states, however, loopholes kept the picture incomplete. Texas, for example, requires legislators who provide professional services to identify their business clients—but only if they are paid for more than what they actually deliver.

The survey found similar results as a previous Center study conducted in 1999, when 24 states also scored fewer than 60 points. The surveys are not directly comparable, however, because questions and point values were adjusted.

Both surveys graded states on how much they disclose about legislators' employment, personal business activities, clients, investments, real property holdings and organizational leadership positions. They also studied the accessibility of the disclosure statements, the enforcement of the disclosure laws, and the rules defining who must file disclosures and how often.

Most states struggled with specifics:

- The value of incomes, investments and real estate holdings are each exempt from reporting, either precisely or within ranges, in at least 35 states. Descriptions of the companies or organizations that legislators have invested in, hold leadership positions with, or work for are each left unreported in at least 25 states.
- In 24 states, legislators who provide client services—in professions such as law or accounting, for example—are not required to disclose anything about who has retained them.

The latest survey added new questions about enforcement and access.

It found that authorities do not have the power to audit financial disclosure statements for completeness and accuracy in six states—Arizona, Colorado, Delaware, Nevada, Oregon and Wyoming. A dozen states, including eight with auditing power, do not conduct even informal reviews to ensure that disclosure statements are complete.

**Seat at the table**

**Percentage of state legislators who sat on a committee regulating their personal interest**

This map shows percentages of legislators in each state who sat on a committee in 2001 that regulated their own or their spouse's professional or business interest—an employer, a personal business, a stock investment or a directorship—reported in 2002.

Note: Percentages of potential conflicts in each state can be affected by the strength of that state's disclosure law.

Source: 2002 legislative personal financial disclosure reports

Also, seven states make no provisions for penalizing legislators who fail to file disclosure statements.

Access policies vary widely across states, the survey found.

Massachusetts, Maryland, New Jersey, New York, Virginia and Wisconsin alert legislators when someone has inspected their financial disclosures, often including the person's name and address.

The practice is required by law in Massachusetts, Maryland and Wisconsin. In the others, it's an administrative policy.

On the other hand, sixteen states—including the two with scores above 90—make disclosure statements available electronically or online.

### Incomplete disclosure

In Idaho, Michigan and Vermont, legislators file no financial disclosures at all. Repeated requests by the Center to each of the 433 legislators in these three states to file a voluntary disclosure form drew a tepid response of only 33.

Although much of these legislators' incomes are hidden, their professional backgrounds are generally widely known. That's enough to make it clear that these legislators are no less likely to work in the fields where they also earn their bread and butter.

- In Michigan, a set of bills that would have helped local pharmacies compete with mail-order operations was moved out of a committee chaired by Rep. Stephen Ehardt, a pharmacist who had vocally supported them. Ehardt told the committee that opponents of the bills had been raising questions about his self-interest rather than holding a debate on the merits, according to the Associated Press. The bills would have stopped insurers from rewarding patients who obtain prescription drugs through the mail instead of at a local pharmacy with higher reimbursement rates. Ehardt is the president and CEO of Ehardt's Pharmacy Inc.
- In Vermont, the chairwoman of the House Judiciary Committee and the vice chairman of the Senate committee are practicing attorneys. Of the House committee's 11 members, at least four are practicing attorneys. Rep. Margaret Flory, the House chair, said there's no reason to abstain in matters affecting her profession: "I'm an attorney; I'm also a mother and a grandmother. Does that mean I shouldn't deal with parenting?" Flory noted that she once considered abstaining from a vote on raising insurance benefits for the spouses of teachers. "I thought about recusing myself because my husband is a teacher, but I voted no on the bill anyway," she said.
- In Idaho, a legislator who burns the fields on his farm annually to improve crop yields in the next season backed legislation in 2003 that stalled a major lawsuit against him and dozens of other farmers. But Rep. Wayne Meyer recently lost a primary re-election bid to an opponent who had criticized him over the legislation. See Balancing Act: Without financial disclosure, Idaho legislators tackle conflicts on their own.

In interviews, Idaho legislators invoked their neighborly political culture and capacity for self-policing to explain why financial disclosure forms are unnecessary. Idaho was also the state with the highest response rate to the Center's voluntary disclosure survey—eleven legislators filed.

One Idaho representative, Maxine Bell (R), sent back a note declining the invitation. "I mean no disrespect to your efforts, but I feel comfortable with my activities that impact my integrity and feel no need to share any information with your organization," she wrote.

Researchers from the Center contacted each legislator in Idaho, Michigan and Vermont at least three times over the course of several months to request that they return the forms.

The "statement of economic interests form" designed by the Center reflected the basic level of disclosure required in most states. It was modeled after the forms required by law in Kansas and Indiana, which offer a simple presentation.

At least one lawmaker in each of the three states contacted the Center to express interest in passing a disclosure law in their state. The Center does not advocate legislation, but gave the callers more information and samples of laws that it has rated as strong.

### Debating disclosure

Maryland Delegate John Cluster, a retired S.W.A.T. team leader from Baltimore County, acknowledges that sometimes, serving in the legislature is not so different from his old career.

Cluster was a co-sponsor of five bills that sought to cut some items from financial disclosures and require individuals who inspect the statements to present identification first.

The aim, Cluster said, was to eliminate information that was burdensome for legislators themselves to track and that ethics officials had agreed was unimportant, including some detailed investment and debt reports.

"Why should I be responsible for tracking all that information?" he told the Center.

One student of financial disclosure laws at the federal level said they have been largely ineffective and that they scare off many potential public servants who do not want to disclose their finances.

"There just is very little evidence that financial disclosure is a very useful detection device for corruption," said G. Calvin Mackenzie, a Colby College professor of government who has written books on ethics laws and on presidential appointments.

Mackenzie, a former chairman of Maine's ethics commission, said that by keeping "good people" out of government, financial disclosure would be too costly "even if there were a problem" it would fix.

Being a state legislator "is often not an attractive job," he said. "If you add to that the requirement that they've got to file personal financial disclosures, it's gonna be impossible to get anyone to serve in the legislature." He added that Maine does demand disclosures but that they are not detailed.

But Cluster, the Maryland ex-cop, said financial disclosure was a valuable curb on wrongdoing.

In the rough and tumble of state politics, he said, there is potential for self-serving actions. "I think the opportunity is there if you are not ethical," he said. "And so I think it's important that a lot of information is disclosed."

Asked what was wrong with the honor system that is used to spot conflicts of interest in Idaho, Michigan and Vermont, Cluster laughed.

"You know, I'm a police officer," he said. "So everybody I look at is guilty."

Marilyn Canavan, who served as executive director of Maine's ethics commission while Mackenzie was the chair, said a crucial problem with financial disclosure statements is that they are not being used.

Canavan, who is now a legislator, said that Maine's statements should include real estate information and that the press needs to scrutinize them more carefully. But if that is not done, she said, it might be worth reconsidering the merits of financial disclosure. "It's one thing if a legislator reports their income and their holdings, and it is another thing to have someone go in there and actually try to make a connection between their income and their voting record" if it exists, she said.

Canavan recently sponsored legislation toughening the state's disclosure laws.

Still, she told the Center, "I think most of the people I serve with are very trustworthy. They are not in there to add to their wealth."

Michigan has a full-time legislature but no financial disclosure laws, and one Detroit representative said he plans to use his second term to change that.

Rep. Steven Tobocman said that many people's backgrounds are already widely known but that "at least putting [it] in black and white would help."

"I just remember how freaked out I was at first" over legislators taking actions that benefited themselves, he said. "And then it just became so regular."

Tobocman was one of the legislators who contacted the Center for more information about financial disclosure laws.

### Scandal and reaction

Scores of bills relating to financial disclosure have been filed in state legislatures in the last two years.

The most ambitious new disclosure proposals would have legislators report their interests in government contracts or to identify business affiliates that might have political wish lists.

Many disclosure proposals fell by the wayside. In Georgia, they went down twice as ambitious ethics reform packages foundered in 2003 and 2004. In Louisiana, Governor Kathleen Blanco floated the idea of tougher disclosure for legislators this year but, according to the Baton Rouge *Advocate*, found no takers in the legislature. One opponent of the idea says the governor didn't really try. "It was a joke," Emile "Peppi" Bruneau, a New Orleans representative, told the Center. "It was designed to get her some publicity. Nobody was for it."

A few states did tighten the screws.

Maine passed Marilyn Canavan's bill, forcing legislators to disclose any contracts they have with the state and excluding them from no-bid deals. But provisions for disclosure of legislators' real estate holdings and organizational affiliations were stripped away in committee.

The Rhode Island General Assembly imposed new restrictions on lobbyists after two legislators resigned amid controversy over their failure to disclose business ties. Among the new rules is a requirement that lobbyists and their employers disclose any payments of more than $250 they make to legislators.

Virginia legislators voted to include their business ties to lobbyists on personal financial disclosure forms by passing McDonnell's bill in 2003. Connecticut did the same this year as it took up a flurry of ethics bills in the aftermath of the scandal that led to Gov. John Rowland's resignation.

Voters are getting a closer look inside their lawmakers' wallets in New Jersey, which passed a new financial disclosure law that will raise the state from failing to passing on the Center survey when it kicks in next year. It will require lawmakers to disclose liabilities and to indicate the value ranges of their assets and debts.

The law itself was part of a 23-point ethics plan the Legislature passed this year amid intense media attention to a series of corruption indictments against public officials, the use of government contracts to reward campaign donors, and alleged conflicts of interest.

Rep. Jeff Van Drew, a Cape May County Democrat who was a primary sponsor of the law, said it was not only a useful policing tool, but also a statement.

"I believe it's symbolic, to say, 'Look, we've run for state office for the right reasons,'" he told the Center. Legislators' lives and much of their finances, he added, "should really be an open book."

http://www.publicintegrity.org/oi/report.aspx?aid=377

HOME | PROJECTS | RESEARCH TOOLS | ABOUT US | DONATE | SEARCH | SITEMAP | RSS | PODCASTS | CORRECTIONS

© 2006, The Center for Public Integrity. All rights reserved.
IMPORTANT: Read our privacy policy and the terms under which this service is provided to you.
910 17th Street, NW · 7th Floor · Washington, DC 20006 · Tel. (202) 466-1300

THE CENTER FOR PUBLIC INTEGRITY
Investigative Journalism in the Public Interest

Case 1:06-cv-01818-JDB Document 13-4 Filed 02/...

http://www.publicintegrity.org/powertrips/

▶ Our Mission
▶ Donate
▶ Store

SITE SEARCH [Go]

Home | Projects | Newsletters | Research Tools | About Us

# Power Trips

How private travel sponsors gain special access to Congress

**Project Home**
Search Power Trips Database

Power Trips Overview
Videos
Examples of Incomplete Forms
Trip Sponsor Profiles
Who Are the Top Travelers?
Key Findings

Reactions and Responses
Frequently Asked Questions
Archives
How We Did It
Methodology
Team

**An investigation into congressional travel**

**In the summer of 2005, the Center for Public Integrity, Northwestern University's Medill News Service and American Public Media began examining disclosure documents for about 23,000 privately funded trips taken by members of Congress and staffers over a 5½-year period. While some of these trips no doubt were educational, others appeared to be thinly veiled attempts by special interests to influence lawmakers and their advisers.**

## A Gateway to Brazil

**Telecom firm linked to Jefferson bribe probe helped pay for his, others' travel**

WASHINGTON, September 6, 2006 — In February 2004, Rep. William Jefferson, D-La., went to Africa to help set up deals for a telecommunications company whose top executive later pleaded guilty to bribing him. In April of that year, the congressman led a delegation on a weeklong tour of Brazilian cities sponsored in part by the same firm. >>

## Drug Makers' Dime Funds Congressional Travel

**Pharmaceutical companies, affiliated trade groups spent more than $600,000 on trips**

WASHINGTON, August 30, 2006 — Members of Congress and their aides accepted more than $600,000 in free travel from pharmaceutical interests during a 5½-year period in which drug company profits climbed, in part due to federal legislation favorable to the industry. >>

## A Vacation from the Rules

**Some disclosure filings sketchy on details, tardy despite ethics oversight**

WASHINGTON, June 27, 2006 — Much is known about James Dennis' trip to Europe in the spring of 2003. The 10-day trip took the aide to Sen. Jeff Bingaman, D-N.M., to Berlin, Geneva and London, where he discussed "international tax matters" with local officials. His transportation cost $7,700, his food $1,140, and his lodging $2,180. >>

## Sponsors' Gifts Present a Problem

**Travelers took goods, services valued above $50 limit as part of expenses**

WASHINGTON, June 27, 2006 — In January 2003, Katherine E. Dedrick went to the Kona Hawaiian Resort to speak at a conference sponsored by the American Association of Airport Executives, a trade group. >>

## Family Trips

**House rules on travel companions were skirted — then loosened**

WASHINGTON, June 22, 2006 — Members of the House of Representatives and their staffs skirted congressional travel rules about 190 times in a 5½-year period ending in mid-2005 by bringing unauthorized companions on trips bankrolled by private groups, the Center for Public Integrity has found. >>

## Archives >>

**Key Findings**

**Muddy Paper Trail**

If the aim is to enlighten the public about their trips, the disclosure forms filled out by congressional travelers leave much to be desired. Many lack information that could be used to determine whether a trip was a serious fact-finding mission or simply a vacation in disguise. Follow this link to see examples of the incomplete forms reviewed by Center for Public Integrity researchers.

http://www.publicintegrity.org/powertrips/

HOME | PROJECTS | RESEARCH TOOLS | ABOUT US | DONATE | SEARCH | SITEMAP | RSS | PODCASTS | CORRECTIONS

© 2006, The Center for Public Integrity. All rights reserved.
IMPORTANT: Read our privacy policy and the terms under which this service is provided to you.
910 17th Street, NW · 7th Floor · Washington, DC 20006 · Tel. (202) 466-1300



THE CENTER FOR PUBLIC INTEGRITY
Investigative Journalism in the Public Interest

http://www.publicintegrity.org/powertrips/default.aspx?act=archives

▶ Our Mission
▶ Donate
▶ Store

SITE SEARCH [Go]

Home | Projects | Newsletters | Research Tools | About Us

Power Trips

Project Home
Search Power Trips Database

Power Trips Overview
Videos
Examples of Incomplete Forms
Trip Sponsor Profiles
Who Are the Top Travelers?
Key Findings

Reactions and Responses
Frequently Asked Questions
Archives
How We Did It
Methodology
Team

# Archives

## Poor Form on Senate Guest Disclosure

**Travelers' filing doesn't require companion names or expense details**

WASHINGTON, June 22, 2006 — Over the course of 5½ years, U.S. senators and their aides reported taking companions on privately financed trips far less often than their counterparts in the House, a study by the Center for Public Integrity found. >>

## Unregistered Advocates?

**Influential groups sponsoring $20 million in travel not registered to lobby**

WASHINGTON, June 20, 2006 — Over the past three years, as Airbus and Boeing have been locked in a bitter fight over each other's government subsidies, an obscure nonprofit has sponsored at least 10 trips for congressional officials to Toulouse, France, where Airbus is headquartered. >>

## To Panama and Back

**Contractor implicated in Cunningham bribery scandal sponsored 2000 trip for aide**

WASHINGTON, June 15, 2006 — In April 2000, Rep. Randy "Duke" Cunningham sent his chief of staff to Panama for what the aide described on his travel disclosure form as "education and research." >>

## Abramoff Travel Ties

**Disgraced lobbyist's firm, clients sponsored more than a dozen congressional trips**

WASHINGTON, June 14, 2006 — Playing a round on Scotland's historic Old Course and watching the Chitimacha Louisiana Open are two very different golfing experiences, but they have one common connection: Jack Abramoff. >>

## Ethics Committee Members, Staff Among the Well-Traveled

**House legislators mulling rules and their aides took about $1 million in trips**

WASHINGTON, June 14, 2006 — In the next few days, the House Committee on Standards of Official Conduct is expected to recommend changes to the chamber's rules on privately sponsored travel, including measures that could strengthen disclosure requirements and close loopholes used by lobbyists. >>

## Flouting the Rule on Lobbyist-Paid Travel

**Review finds at least 90 apparent ethics violations**

WASHINGTON, June 12, 2006 — It's a cardinal rule in Congress: Lawmakers and their staffers may not take travel paid by registered lobbyists or lobbying firms. The intention is to keep professional influence-peddlers from gaining special access to lawmakers. >>

## Lobbyists Tag Along on Civil Rights Tour

**Alabama pilgrimage also provides chance to mingle with lawmakers**

WASHINGTON, June 8, 2006 — Seven times in the last nine years, the Faith and Politics Institute has taken a congressional contingent on what it calls a "civil rights pilgrimage" to Alabama. >>

## So Much Travel in So Little Time

**Former DeLay staffer racked up $85,000 in travel in 26 months**

WASHINGTON, June 8, 2006 — As chief of staff to then-House Majority Whip Tom DeLay, Susan Hirschmann spent months away from Capitol Hill, visiting exotic international locales while conferring with heads of state and staying at oceanside resorts — most of the time with her lobbyist husband in tow. >>

Special Report

## Privately Sponsored Trips Hot Tickets on Capitol Hill

**Study finds almost $50 million spent on travel for lawmakers, aides**

WASHINGTON, June 5, 2006 — Over a 5½-year period ending in 2005, members of Congress and their aides took at least 23,000 trips — valued at almost $50 million — financed by private sponsors, many of them corporations, trade associations and nonprofit groups with business on Capitol Hill. >>

## Top Gun of Travel

**Spy plane's maker spent roughly $660,000, targeted legislators' aides**

WASHINGTON, June 5, 2006 — Among the top corporate sponsors of congressional trips is a little-known California defense contractor that far outspent its industry competitors on travel for more than five years — and that in 2005 landed promises of billions of dollars in federal business. >>

## Rangel Trip Raises Ethics Questions

**N.Y. legislator's first filing didn't disclose Cuban government as sponsor**

WASHINGTON, June 5, 2006 — Four years after taking a privately funded trip to Cuba with his wife and son, Rep. Charles B. Rangel, D-N.Y., has acknowledged a violation of House ethics rules and reimbursed two of the trip sponsors. >>

## Who Are the Top Travelers?

WASHINGTON, June 5, 2006 — Measured in both dollars and number of trips, members of the House and their aides made more extensive use of privately sponsored travel than their counterparts in the Senate from January 2000 through June 2005. >>

http://www.publicintegrity.org/powertrips/default.aspx?act=archives

HOME | PROJECTS | RESEARCH TOOLS | ABOUT US | DONATE | SEARCH | SITEMAP | RSS | PODCASTS | CORRECTIONS

© 2006, The Center for Public Integrity. All rights reserved.
IMPORTANT: Read our privacy policy and the terms under which this service is provided to you.
910 17th Street, NW · 7th Floor · Washington, DC 20006 · Tel. (202) 466-1300

Project Home
Search Power Trips Database

Power Trips Overview
Videos
Examples of Incomplete Forms
Trip Sponsor Profiles
Who Are the Top Travelers?
Key Findings

Reactions and Responses
Frequently Asked Questions
Archives
How We Did It
Methodology
Team

# Methodology

WASHINGTON, June 5, 2006 — In a nine-month analysis of privately financed travel data based on sometimes incomplete congressional disclosure forms, the Center for Public Integrity and its partners took the following steps to ensure that the resulting data would be as true as possible to the forms filed by members of Congress and their staffers.

What we did:

- Drew up detailed templates for data entry teams at Secure Paper Solutions of Fredericksburg, Va.
- Scanned batches of trip forms by member (and, where possible, by year) into PDF files, which were transmitted electronically to servers at SPS.
- Once data entry was complete, downloaded data files from SPS and imported them into the Center's internal database server.
- Reviewed 30,000 pages of raw documents — including forms and attachments — and compared them with the data entered. Each apparent error or inconsistency was reviewed by a database editor.
- Analyzed traveler names to standardize them to 715 members and 5,945 staffers.
- Compared start dates and end dates of trips taken by people with the same or similar names to identify amendments and duplicate filings.
- Built a calendar of all trips taken by people with the same or similar names to identify travel that overlapped to identify amendments and duplicate filings.
- Analyzed start, end and signature dates and examined cases in which they were non-sequential or inconsistent, identifying additional amendments and data entry errors.
- Identified the sole sponsor reported on 23,380 forms out of 26,577 received.
- Attributed the trips to 3,208 organizations and identified an additional 265 forms listing no identifiable sponsor.
- Identified the remaining trips as having been co-sponsored by multiple organizations or sponsored by organizations that could not be identified as having financed multiple trips.
- Removed from analysis 82 forms reported to be sponsored by lawmakers' offices, Cabinet agencies or other arms of the federal government.
- Excluded from analysis all trips that did not begin between Jan.1, 2000, and June 30, 2005 (one trip which began within that period ended outside of it, on July 1, 2005).
- Adjusted totals to account for forms on which travelers incorrectly added subtotals in the space reserved for "Other" expenses. Leaving them in could have led to double counting.
- Set to zero all totals reported in foreign currency.
- Compared trips with identical costs to identify duplicates and amendments with name variations not previously identified.
- Consulted five years of congressional directories to resolve inconsistencies in the entry of staffers' names and identify whether chiefs of staff, administrative assistants and others whose signatures appeared approving forms were in fact supervised by the member under whose name the forms were filed.
- Compared signature data to the name of the member under which congressional officials filed the trip. This corrected 524 forms filed under the name of someone other than the member responsible for approving them.
- Checked incomplete dates and assigned them to a year. By default, they were assigned to the year in which they were filed (in the House) and then that date was adjusted based on the signature and date stamp dates on the forms themselves.
- Reviewed trips reported as having no cost to identify "advanced authorization forms" that reported approval of a trip rather than that a trip had been taken and paid for by an outside sponsor.
- Called congressional offices about hundreds of trips that appeared to have violated ethics rules. Changes were only made to these trips when specific data entry errors were identified in the process.
- Researched reported destinations to identify whether the destination was foreign or domestic.

What we did not do:

- Attempt to determine whether committee staff members' forms were signed bv the proper supervisor.
- Attempt to harmonize sponsorships (except in a few limited cases in which it was necessitated by additional reporting) when different staffers listed conflicting sponsors for what appeared to be the same trip.
- Attempt to determine the precise job titles and roles of travelers other than members.
- Attempt to modify the data based on interviews; the goal was to ensure that the data accurately reflected what was disclosed on the forms, not what legislators and staffers later said they had intended to disclose.
- Attempt to attribute sponsorship proportionally to the various sponsors of co-sponsored trips.
- Attempt to determine whether ethics rules required the filing of specific forms, such as those without substantial costs or with no travel cost listed.

— The Center for Public Integrity Data Team

http://www.publicintegrity.org/powertrips/default.aspx?act=methodology

© 2006, The Center for Public Integrity. All rights reserved.
IMPORTANT: Read our privacy policy and the terms under which this service is provided to you.
910 17th Street, NW · 7th Floor · Washington, DC 20006 · Tel. (202) 466-1300

THE CENTER FOR PUBLIC INTEGRITY
Investigative Journalism in the Public Interest

Case 1:08-cv-01818-JDB Doc

http://www.publicintegrity.org/wow/default.aspx?act=archives

▶ Our Mission
▶ Donate
▶ Store

SITE SEARCH [Go]

Home | Projects | Newsletters | Research Tools | About Us

Project Home
Archives

Contractors *(alphabetical list)*
Iraq
Afghanistan

Contractor Ranking
Contractors by campaign $
Contractors by contract history

Updates
Contracts and Reports
Comments
Methodology
Team
From the Executive Director

## Windfalls of War

Original Source

### Private Contractors

**As early as December 2000 the Army was aware of the risks of calling on the private sector for intelligence work**

WASHINGTON, June 13, 2004 — Reports on the use of contractors in Iraq have disclosed that private-sector employees have been performing sensitive intelligence work in and around combat zones. What's more, the report by Major General Antonio Taguba on the alleged abuse of prisoners at the Abu Ghraib Prison noted the involvement of civilian contractors at the Baghdad facility. >>

### Winning Contractors

**U.S. Contractors Reap the Windfalls of Post-war Reconstruction**

WASHINGTON, October 30, 2003 — More than 70 American companies and individuals have won up to $8 billion in contracts for work in postwar Iraq and Afghanistan over the last two years, according to a new study by the Center for Public Integrity. >>

### Cutting Through the Fog of War

**Open records law offers flawed glimpse of government contracting**

WASHINGTON, October 30, 2003 — Raytheon Aerospace, which changed its name to Vertex Aerospace in June 2003, and its related companies have received more than $2.7 billion in U.S. government contracts since 1990, and the company is currently in Afghanistan with a contract from the Defense Department worth at least $7.4 million involving aircraft repair and maintenance. >>

### Outsourcing Government

**Service contracting has risen dramatically in the last decade**

WASHINGTON, October 30, 2003 — Government contracting has always been a complex matter, thick with legal wrangling and bureaucracy, but the last decade has seen a radical change in how the U.S. government purchases goods and services. >>

### Oil Immunity?

**Government denies charges that Bush helped oil companies in Iraq**

WASHINGTON, October 30, 2003 — On May 22, the U.N. Security Council gathered in New York to approve a resolution lifting sanctions on Iraq, creating a Development Fund for the country and providing limited immunity to corporations involved in oil and gas deals there for the next four years. The resolution directed that proceeds from future sales of Iraqi oil and gas be placed in the development fund and allowed the U.S.-led Coalition Provisional Authority to disburse the funds in consultation with the interim Iraqi administration. >>

### A Family Connection

**Sullivan Haave may be tiny, but it does have an influential Pentagon link**

WASHINGTON, October 30, 2003 — One of the more interesting Iraq contracts the Center uncovered involves a tiny firm called Sullivan Haave Associates. >>

### Anatomy of a Contract

**A closer look at Science Applications International Corp.'s deal**

WASHINGTON, October 30, 2003 — The Pentagon has awarded seven contracts to San Diego-based Science Applications International Corp. to oversee much of the massive jobs of building a new government and mass media in post-war Iraq. Although the Defense Department and SAIC have chosen to keep much of the contract information secret—including the cost—the Center for Public Integrity has been able to glean some interesting details about the deals, which were all awarded in February 2003. The contracts all appear to last for one year and call for all of the work to be directed by Undersecretary of Defense for Policy Douglas Feith. Feith's top deputy at the Pentagon is Christopher "Ryan" Henry. Henry was a senior vice president at SAIC until October 2002. >>

### Contracts With Provisional Authorities

**Some players in Iraq got their business from Baghdad and Kabul**

WASHINGTON, October 30, 2003 — While the Defense and State Departments have granted the lion's share of contracts in Iraq and Afghanistan directly from Washington, a few U.S. companies have made their deals directly with local governing authorities that have emerged with U.S. support or direction. >>

http://www.publicintegrity.org/wow/default.aspx?act=archives

HOME | PROJECTS | RESEARCH TOOLS | ABOUT US | DONATE | SEARCH | SITEMAP | RSS | PODCASTS | CORRECTIONS

© 2006, The Center for Public Integrity. All rights reserved.
IMPORTANT: Read our privacy policy and the terms under which this service is provided to you.

910 17th Street, NW · 7th Floor · Washington, DC 20006 · Tel. (202) 466-1300

THE CENTER FOR PUBLIC INTEGRITY
Investigative Journalism in the Public Interest

▶ Our Mission
▶ Donate
▶ Store

SITE SEARCH Go

Home | Projects | Newsletters | Research Tools | About Us

Project Home
Archives

Contractors *(alphabetical list)*
Iraq
Afghanistan

Contractor Ranking
Contractors by campaign $
Contractors by contract history

Updates
Contracts and Reports
Comments
Methodology
Team
From the Executive Director

Windfalls of War

# Methodology

The Center for Public Integrity looked at U.S. companies that received U.S. government contracts in Afghanistan and Iraq. Our investigation focused on the three agencies that are responsible for awarding most of the contracts—the Department of Defense, Department of State and the United States Agency for International Development.

The Center filed 73 Freedom of Information Act requests and appeals with these agencies. In addition, the Center combed through company reports and Web sites, Securities Exchange Commission filings, news clips, online databases and government and NGO (non-government organizations) documents, to name a few resources. In addition, the Center made hundreds of phone calls and sent numerous e-mails to the companies and individuals who received the contracts as well as to the federal agencies that granted them.

To calculate campaign contribution history for the companies covered in the report, the Center compiled a database with more than nine million campaign contributions reported to the Federal Election Commission. Those contributions were made by individuals and political action committees to federal candidates, political parties and other PACs between 1990 and mid-year 2003.

For contract history, the Center used a database compiled annually by the U.S. General Services Administration. The data includes unclassified contracts worth more than $25,000 reported to the GSA by more than 60 U.S. Government, Executive Branch, departments, bureaus, agencies and commissions. The database covered fiscal years 1990 through 2002, the most recent data available.

In order to calculate the total campaign finance and contract history for each company in the study, the Center began by researching the present and past corporate structures of those companies holding contracts in Iraq or Afghanistan, identifying the current parent companies as well as any affiliated subsidiaries.

Political contributions made by individuals or political action committees affiliated with those parent companies and subsidiaries were aggregated to arrive at a single number.

Because subsidiaries were frequently bought and sold, campaign contributions were excluded if they were made during periods of time when those subsidiaries were not owned by their current parent company.

The Center used the same methodology to determine each company's history of contracting with the federal government.

The Center obtained lobbying records filed with the U.S. Congress under the Lobbying Disclosure Act, which requires companies to document how much they spend in a six-month period on lobbying, who lobbied for them and what issues they lobbied on. The records dated from January 2001 to June 2003, though not all companies had filed their 2003 forms at the time of publication.

http://www.publicintegrity.org/wow/default.aspx?act=methodology

HOME | PROJECTS | RESEARCH TOOLS | ABOUT US | DONATE | SEARCH | SITEMAP | RSS | PODCASTS | CORRECTIONS

© 2006, The Center for Public Integrity. All rights reserved.
IMPORTANT: Read our privacy policy and the terms under which this service is provided to you.
910 17th Street, NW · 7th Floor · Washington, DC 20006 · Tel. (202) 466-1300



THE CENTER FOR PUBLIC INTEGRITY
Investigative Journalism in the Public Interest
Case 1:06-cv-01818-JDB Document 13-4 Filed 02/
http://store.publicintegrity.org/ecom/store/
▶ Our Mission
▶ Donate
▶ Store
SITE SEARCH Search Phrase Go
Home | Projects | Newsletters | Research Tools | About Us

Store Home
Catalog of Books
Catalog of Reports

View your Shopping Cart.

The Center Store

# Welcome to the Center Store

The Center for Public Integrity welcomes you to the Center Store — the place to buy our books and reports. We hope you will also visit our website regularly for updates of projects, not yet in book or report form, or other investigations available electronically on the *Public i*.

## Catalog of Books

- Networks of Influence: The Political Power of the Communications Industry
- The Corruption Notebooks: 25 Investigative Journalists Report on Abuses of Power in Their Home Country
- Harmful Error: Investigating America's Local Prosecutors
- The Buying of the President 2004: Who's Really Bankrolling Bush and His Democratic Challengers - and What They Expect in Return
- **More >>**

## Catalog of Reports

- Our Private Legislature: Public Service, Private Gain
- Off the Record: What Media Corporations Don't Tell You About Their Legislative Agendas
- Unreasonable Risk: The Politics of Pesticides
- Safety Last: The Politics of E Coli and Other Food-Borne Killers
- **More >>**

Click on one of the above buttons or items for information about our publications and/or to buy a book or report.

http://store.publicintegrity.org/ecom/store/

HOME | PROJECTS | RESEARCH TOOLS | ABOUT US | DONATE | SEARCH | SITEMAP | RSS | PODCASTS | CORRECTIONS

© 2006, The Center for Public Integrity. All rights reserved.
**IMPORTANT**: Read our privacy policy and the terms under which this service is provided to you.

910 17th Street, NW · 7th Floor · Washington, DC 20006 · Tel. (202) 466-1300

http://store.publicintegrity.org/ecom/store/default.aspx?act=details&type=book&iID=55

View your Shopping Cart.

## The Buying of the President 2004: Who's Really Bankrolling Bush and His Democratic Challengers – and What They Expect in Return

***New York Times* Bestseller**
**Available at Amazon and Barnes & Noble**

*The Buying of the President 2004* reveals how the process of choosing a president has moved from the voting booth to the auction block, and highlights the special interests that heavily invest in the politicians seeking the nation's highest office. Lewis and his team reveal and investigate the sponsors and the known and not-so-known conflicts of interest entangling each of the aspirants to the White House. This is the only book of its kind, containing investigative profiles and personal histories of the major presidential candidates.

Here you will find answers to questions like

- Which candidate was paid by a pharmaceutical firm to give speeches while running for the Senate?
- Who turned the Homeland Security Act into a bonanza for the biotech industry?
- Which candidate proposed 32 separate tax breaks for big businesses that support his campaign?
- Who is the "go-to guy" for the insurance industry?

© 2006, The Center for Public Integrity. All rights reserved.
IMPORTANT: Read our privacy policy and the terms under which this service is provided to you.
910 17th Street, NW · 7th Floor · Washington, DC 20006 · Tel. (202) 466-1300

http://store.publicintegrity.org/ecom/store/default.aspx?act=details&type=book&iID=55