# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CTR. FOR PUB. INTEGRITY,

     Plaintiff,

        v.

U.S. DEP'T OF HEALTH & HUMAN SERVS.,

     Defendant.

Civil Action No.  06-1818 (JDB)

## ORDER

Upon consideration of [8] defendant's motion for summary judgment, [9] plaintiff's cross-motion for summary judgment, and the entire record herein, and for the reasons given in the accompanying memorandum opinion, it is, this 3rd day of August, 2007, hereby

**ORDERED** that [8] defendant's motion for summary judgment is **DENIED**; it is further

**ORDERED** that [9] plaintiff's cross-motion for summary judgment is **GRANTED**; and it is further

**ORDERED** that **JUDGMENT** is entered for plaintiff.

_____/s/ John D. Bates_____
JOHN D. BATES
United States District Judge