# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Center for Public Integrity, | |
| Plaintiff, | |
| v. | Civil Action No. 06-1818 (JDB) |
| | ECF |
| U.S. Department of Health and Human Services, | |
| Defendant. | |

## PLAINTIFF'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME IN WHICH TO MOVE FOR AN AWARD OF ATTORNEYS' FEES

Plaintiff, Center for Public Integrity, by its counsel, respectfully requests an enlargement of time, through October 16, 2007, in which to file a motion seeking an award of attorneys' fees.

The Court entered judgment for Plaintiff on August 3, 2007. Fed. R. Civ. P. 54(d) generally requires that a motion claiming attorneys' fees be made within 14 days, "[u]nless otherwise provided by statute or order of the court." Defendant may file a notice of appeal within 60 days of the entry of judgment. Fed. R. App. P. 4(a)(1)(B). Should Defendant choose not to appeal, the enlargement of time that Plaintiff seeks will therefore not greatly delay consideration of the claim for attorneys' fees.

In addition, counsel for Plaintiff will be away from the office on paternity leave for a few weeks, beginning any day or by early September. This extension should allow counsel sufficient time to prepare the motion for attorneys' fees upon his return from paternity leave.

Pursuant to LCvR 7(m), counsel for Plaintiff has contacted Defendant's counsel regarding this requested extension. Defendant's counsel indicated that Defendant would take no position on this motion.

For these reasons, plaintiff requests that this Motion be granted. A proposed Order accompanies this Motion.

                                Respectfully submitted,

                                _____/s/_____
                                Peter Newbatt Smith
                                D.C. Bar #458244
                                Center for Public Integrity
                                910 17th Street, N.W., 7th Floor
                                Washington, DC 20006-2606
                                202-481-1239
                                psmith@publicintegrity.org

                                Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Center for Public Integrity,                |
                                            |
    Plaintiff,                         |
                                            |
v.                                          |    Civil Action No. 06-1818 (JDB)
                                            |    ECF
U.S. Department of Health and Human Services,|
                                            |
    Defendant.                        |

**[PROPOSED]**
**ORDER**

UPON CONSIDERATION OF Plaintiff's Unopposed Motion for Enlargement of Time, it is this ____ day of August, 2007, hereby

ORDERED that the Motion is granted and that Plaintiff may file a motion claiming attorneys' fees on or before October 16, 2007.

_____
Hon. John D. Bates
United States District Judge