IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **Center for Public Integrity**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 06-1818 (JDB)) |
| ) | |
| **United States Department of Health and Human Services**, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEAL

**Notice is hereby given this** 2nd day of October, 2007, that defendant, the United States Department of Health and Human Services, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the District Court's Memorandum Opinion and Order dated August 3, 2007, denying defendant's motion for summary judgment and granting plaintiff's cross-motion for summary judgment.

Respectfully submitted,

/s/ Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/ R. Craig Lawrence
R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney

/s/ Michelle N. Johnson
MICHELLE N. JOHNSON, D.C. BAR # 491910
Assistant United States Attorney
United States Attorney's Office
Civil Division

        555 4th Street, N.W. – Room E4212
        Washington, D.C. 20530
        (202) 514-7139

**TO THE CLERK:** Please send copies of the Notice of Appeal to the following at the addresses indicated:

| | |
|---|---|
| **MICHELLE N. JOHNSON** | **PETER NEWBATT SMITH** |
| Assistant United States Attorney | Center for Public Integrity |
| United States Attorney's Office | 910 17th Street, NW – 7th Floor |
| 555 4th Street, NW – Room E4212 | Washington, DC 20006 |
| Washington, DC 20001 | |

**CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing Notice of Appeal was transmitted via the U.S. District Court's electronic filing notification system to:

Peter Newbatt Smith  
Center for Public Integrity  
910 17th Street, NW  
7th Floor  
Washington, DC 20006

on this 2nd day of October, 2007

                                                 /s/  
                                        MICHELLE N. JOHNSON