# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 07-5332**  **September Term, 2007**

06cv01818

Filed On:

Center for Public Integrity,
    Appellee

v.

U. S. Department of Health and Human Services,
    Appellant



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED  NOV 0 2 2007

CLERK

### O R D E R

Upon consideration of appellant's motion to dismiss appeal, it is

**ORDERED** that the motion be granted, and this case is hereby dismissed.

The Clerk is directed to transmit forthwith to the district court a certified copy of this order in lieu of formal mandate.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:  
Mark Butler
Deputy Clerk

A true copy:
United States Court of Appeals
for the District of Columbia Circuit

By: Sabrina Crisp